UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 JAN 21 P 1: 27
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| SPECIALTY NATIONAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ONE BEACON INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 04-12306 RCL |

### DEFENDANT, ONEBEACON INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, the Defendant, OneBeacon Insurance Company, identifies the following parent corporation or publicly held corporation that owns ten percent (10%) or more of its stock:

White Mountains Insurance Group, Ltd.

ONEBEACON INSURANCE COMPANY,
By its attorneys,

_____
Peter G. Hermes, BBO No. 231840
John R. Felice, BBO No. 644517
HERMES, NETBURN, O'CONNOR
   & SPEARING, P.C.
111 Devonshire Street, Eighth Floor
Boston, MA  02109-5407
(617) 728-0050
(617) 728-0052 (F)

Dated:

## CERTIFICATE OF SERVICE

I hereby certify that on this ___ day of January, 2005, I served the foregoing document by first class mail, postage prepaid, upon the following counsel of record:

Robert P. Powers, Esquire
Melick, Porter & Shea, LLP
28 State Street
Boston, MA  02109-1775

_____
John R. Felice