UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAR -2  P 1: 03

U.S. DISTRICT COURT
DISTRICT OF MASS

*********************************
\*
SPECIALTY NATIONAL INSURANCE          \*
COMPANY,                              \*
\*
Plaintiff,                     \*
\*
-vs-                                  \*   Civil Action No. 04-123-6 RCL
\*
ONE BEACON INSURANCE COMPANY,         \*
\*
Defendant.                     \*
\*
*********************************

### PLAINTIFF, SPECIALTY NATIONAL INSURANCE COMPANY'S RULE 7.3 DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3(A), Specialty National Insurance Company hereby discloses that it is a wholly owned subsidiary of Kemper Insurance Company.

SPECIALTY NATIONAL INSURANCE
COMPANY,

by its attorneys,

Robert P. Powers, BBO# 544691
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA 02109-1775
(617) 523-6200

CERTIFICATE OF SERVICE

I, Robert P. Powers, hereby certify that on this day, I forwarded notice of the foregoing document(s) by mailing a copy thereof, postage prepaid to the following:

Peter G. Hermes
Hermes, Netburn, O'Connor & Spearing, P.C.
111 Devonshire Street, 8th floor
Boston, MA 02109

Robert P. Powers

Date: 3-1-05