UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SPECIALTY NATIONAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ONE BEACON INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 04-12306 RCL |

### JOINT STATEMENT (LOCAL RULE 16.1(D))

Pursuant to Local Rule 16.1(D), the parties hereby file this Joint Statement.

**A.    INTRODUCTION**

This is an action for equitable subrogation and declaratory relief. Specialty National Insurance Company ("Specialty National") brought an action seeking a judgment that OneBeacon Insurance Company ("OneBeacon") was primarily obligated under a policy of motor vehicle liability insurance which it issued to Jerry McMillan Professional Tree Service, Inc. ("McMillan") to defend and indemnify McMillan against personal injury claims brought against it by Marcia Rhodes and others. Specialty National defended McMillan against these claims pursuant to a general liability insurance policy. Specialty National and OneBeacon jointly funded a settlement of the Rhodes' claim pursuant to an agreement between them reserving their right to seek reimbursement from the other of their respective share. OneBeacon counterclaimed seeking a judgment that Specialty National was primarily obligated under its general liability policy to defend and indemnify McMillan against the personal injury claims brought against it by Marcia Rhodes and others.

-1-

B. **PROPOSED AGENDA OF MATTERS TO BE DISCUSSED AT THE SCHEDULING CONFERENCE**

Pursuant to Local Rule 15(B)(1), the parties hereby propose the following agenda of matters to be discussed at the Scheduling Conference:

1. The parties' proposed pre-trial schedule; and
2. The parties will not consent to trial by magistrate judge.

C. **PROPOSED PRE-TRIAL SCHEDULE**

1. All amendments to the pleadings, including third-party complaints, completed by May 2, 2005.
2. Service of all written discovery made by August 1, 2005.
3. Service of all responses to written discovery made by September 1, 2005.
4. All non-expert depositions completed by November 1, 2005.
5. Trial experts and their respective reports disclosed by January 2, 2006.
6. Expert depositions completed by March 1, 2006.
7. Dispositive Motions filed by May 1, 2006.
8. Final Pre-Trial Conference on June 1, 2006.

D. **CERTIFICATIONS SIGNED BY COUNSEL AND A REPRESENTATIVE OF EACH PARTY**

The parties will provide the Court with Certifications pursuant to Local Rule 16.1(D)(3) at the Scheduling Conference.

| | |
|---|---|
| SPECIALTY NATIONAL<br>INSURANCE COMPANY,<br>By its attorneys, | ONEBEACON<br>INSURANCE COMPANY,<br>By its attorneys, |
| /s/ Robert P. Powers<br>Robert P. Powers (BBO No. 544691)<br>Paul T. Tetrault (BBO No. 658289)<br>MELICK, PORTER & SHEA, LLP<br>28 State Street<br>Boston, MA 02109-1775<br>(617) 523-6200 | /s/ John R. Felice<br>Peter G. Hermes (BBO No. 231840)<br>John R. Felice (BBO No. 644517)<br>HERMES, NETBURN, O'CONNOR<br>  & SPEARING, P.C.<br>111 Devonshire Street, Eighth Floor<br>Boston, MA 02109-5407<br>(617) 728-0050 |

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of April, 2005, I served the foregoing document by first class mail, postage prepaid, upon the following counsel of record:

> Robert P. Powers, Esquire
> Melick, Porter & Shea, LLP
> 28 State Street
> Boston, MA  02109-1775

/s/ John R. Felice
John R. Felice

G:\DOCS\JRF\CLIENTS\OneBeacon\McMillan\Pleadings\Joint Statement.doc