UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SPECIALTY NATIONAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ONE BEACON INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 04-12306 RCL |

### DEFENDANT, ONEBEACON INSURANCE COMPANY'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), the undersigned hereby certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

ONEBEACON INSURANCE COMPANY,
By its attorneys,

_____
Peter G. Hermes, BBO No. 231840
John R. Felice, BBO No. 644517
HERMES, NETBURN, O'CONNOR
    & SPEARING, P.C.
111 Devonshire Street, Eighth Floor
Boston, MA 02109-5407
(617) 728-0050
(617) 728-0052 (F)

Dated: 4/13/05

ONEBEACON INSURANCE COMPANY,
By its  *Claim Examiner*

_____

### CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of April, 2005, I served the foregoing document by first class mail, postage prepaid, upon the following counsel of record:

Robert P. Powers, Esquire
Melick, Porter & Shea, LLP
28 State Street
Boston, MA 02109-1775


_____
John R. Felice

G:\DOCS\JRF\CLIENTS\OneBeacon\McMillan\Pleadings\Local Rule 16.1 Certification.doc

ONEBEACON INSURANCE COMPANY,
By its Claim Examiner

_____

### CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of April, 2005, I served the foregoing document by first class mail, postage prepaid, upon the following counsel of record:

Robert P. Powers, Esquire
Melick, Porter & Shea, LLP
28 State Street
Boston, MA 02109-1775

_____
John R. Felice

G:\DOCS\JRF\CLIENTS\OneBeacon\McMillan\Pleadings\Local Rule 16.1 Certification.doc