UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*************************************
                                    *
SPECIALTY NATIONAL INSURANCE        *
COMPANY,                            *
                                    *
        Plaintiff,                  *
                                    *
-vs-                                *
                                    *  Civil Action No. 04-123-6 RCL
                                    *
ONE BEACON INSURANCE COMPANY,       *
                                    *
        Defendant.                  *
                                    *
*************************************
```

## PLAINTIFF, SPECIALTY NATIONAL INSURANCE COMPANY'S RULE 16.1(D) (3) CERTIFICATION

Now come the undersigned and pursuant to Local Rule 16.1(D)(3), hereby certify that we have conferred:

1.    With a view to establishing a budget for the costs of conducting the full course, and various alternative courses of the litigation; and

2.    To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.


_____
Moira Malany
Network Adjusters, Inc, in her representative
capacity for Specialty National Insurance Company


_____
Robert P. Powers, BBO# 544691
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA 02109-1775
(617) 523-6200

CERTIFICATE OF SERVICE

I, Robert P. Powers, hereby certify that on this day, I forwarded notice of the foregoing document(s) by mailing a copy thereof, postage prepaid to the following:

Peter G. Hermes
Hermes, Netburn, O'Connor &
Spearing, P.C.
111 Devonshire Street, 8th floor
Boston, MA 02109


Robert P. Powers

Date: 4/21/05