## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JUG 30 P 2: 46

U.S. DISTRICT COURT
DISTRICT OF MASS

|  |  |
|---|---|
| **SPECIALTY NATIONAL INSURANCE COMPANY,** )<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**ONEBEACON INSURANCE COMPANY,** )<br>)<br>**Defendant.** )<br>) | **Civil Action No. 04-12306 RCL** |

### NOTICE OF WITHDRAWAL

John R. Felice hereby withdraws his appearance as counsel for the Defendant in this

action, OneBeacon Insurance Company. Peter G. Hermes of Hermes, Netburn, O'Connor &

Spearing will continue to represent the Defendant, OneBeacon Insurance Company.

John L Felice

John R. Felice, BBO No. 644517
HERMES, NETBURN, O'CONNOR
& SPEARING, P.C.
111 Devonshire Street, Eighth Floor
Boston, MA 02109-5407
(617) 728-0050 (Tel.)
Dated: August 29, 2005          (617) 728-0052 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this $\underline{29}$ day of August, 2005, I served the foregoing document by first class mail, postage prepaid, upon the following counsel of record:

Robert P. Powers, Esquire
Melick, Porter & Shea, LLP
28 State Street
Boston, MA 02109-1775

John R. Felice

G:\DOCS\JRF\CLIENTS\OneBeacon\McMillan\Pleading\Notice of Withdrawal.doc

- 2 -