UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SPECIALTY NATIONAL INSURANCE  )
COMPANY,                     )
        Plaintiff,             )
                             )
vs.                          )   Civil Action No. 04-12306 RCL
                             )
ONE BEACON INSURANCE COMPANY,)
        Defendant.             )
                             )

### NOTICE OF CHANGE OF ADDRESS

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please take notice that as of **October 31, 2005,** counsel for the defendant, One Beacon Insurance Company, have moved to:

265 Franklin Street, Seventh Floor
Boston, MA 02110-3113
(617) 728-0050
(617) 728-0052 – Fax

**ONE BEACON INSURANCE COMPANY,**
By its attorneys,

/s/ Peter G. Hermes
Peter G. Hermes     BBO #231840
HERMES, NETBURN, O'CONNOR
    & SPEARING, P.C.
111 Devonshire Street, Eighth Floor
Boston, Massachusetts 02109-5407
(617) 728-0050 (tel)
(617) 728-0052 (fax)

Dated: October 26, 2005

## CERTIFICATE OF SERVICE

I, Peter G. Hermes, do hereby certify that on this 26th day of October, 2005, I served the foregoing document upon all counsel of record:

_____
Peter G. Hermes

G:\DOCS\PGH\clients\CGU\J. McMillan Prof. Tree Service, Inc\Specialty National\Pleadings\Change of Address.doc