

# NIXON PEABODY LLP
### ATTORNEYS AT LAW

101 Federal Street
Boston, Massachusetts 02110-1832
(617) 345-1000
Fax: (617) 345-1300
Direct Dial: (617) 345-1340
E-Mail: dduggan@nixonpeabody.com

February 21, 2002

**VIA CERTIFIED MAIL**

Professional Tree Service, Inc.
101 Thomas Road
Ashland, MA 01721

RE:   January 9, 2002 Automobile Accident on Route 109 in Medway, Massachusetts

TO WHOM IT MAY CONCERN:

I represent Building Materials Corporation of America ("BMCA") in connection with the above-referenced automobile accident. This letter is to notify you, as the company that was performing tree stump grinding operations at the scene of the accident, that BMCA has received the enclosed letter from the attorney representing Maricia Rhodes, one of the drivers involved in the accident. As you will see, the enclosed letter asserts a claim against BMCA and indicates that a lawsuit may be forthcoming.

If a lawsuit is filed on behalf of Ms. Rhodes, it will likely involve allegations that Ms. Rhodes suffered serious personal injuries as a result of the accident. According to the enclosed police report, your company was performing tree stump grinding operations that affected traffic flow on Route 109 at the time of the accident. As such, your company's operations may have contributed and/or caused the accident on January 9, 2002.

BMCA regrets having to place you on notice of the claim and potential lawsuit. It is imperative, however, given the circumstances surrounding the accident, the potential liability, and your company's operations on Route 109 at the time of the accident, that your company has notice and can notify its insurers. If your company and/or its insurer carrier(s) are interested in discussing this matter further, please contact me at 617-345-1340.

Thank you for your prompt attention to this matter.

Very truly yours,

Dennis M. Duggan, Jr.

B550652.1

ALBANY, NY · BOSTON, MA · BUFFALO, NY · GARDEN CITY, NY · HARTFORD, CT · MANCHESTER, NH · MCLEAN, VA
NEW YORK, NY · ORANGE COUNTY, CA · PROVIDENCE, RI · ROCHESTER, NY · SAN FRANCISCO, CA · WASHINGTON, DC



**BROWN RUDNICK FREED & GESMER**

M. FREDERICK PRITZKER
ATTORNEY AT LAW

Direct Dial: 617-856-8260
e-mail: mfpritzker@brfg.com

http://www.brownrudnick.com

January 23, 2002

*Certified Mail/Return Receipt*

GAF Buildings Material Corp.
1361 Alps Road
Wayne, New Jersey 07470

Attention: Claims Department

   RE: Date of Accident: January 9, 2002
      Location: Medway, Massachusetts
      Claimant: Marcia Rhodes

Dear Madam or Sir:

  Please be advised that this office represents Marcia Rhodes of Milford, Massachusetts who was severely injured in an automobile accident on the above date. The other vehicle involved was a tractor owned by Penske Truck Leasing Co. registration number AD870W driven by Carl Zalewski, 50 Beacon Light Ave., Keansberg, New Jersey. Apparently, the trailer was registered to GAF Building Materials Corp. Amongst other injuries, my client's spine was fractured in the accident.

  I am enclosing a copy of the Medway Police Department accident report for your records. Would you kindly direct this letter to the appropriate department for handling and notify your insurers that a claim is being made.

  I would appreciate it if you or your representatives call me at your earliest convenience.

           Very truly yours,

           BROWN RUDNICK FREED & GESMER, P.C.

           By:
           M. Frederick Pritzker

MFP/jlw
Enclosure