# NETWORK ADJUSTERS, INC

• CLAIMS ADMINISTRATORS • ADJUSTERS • INVESTIGATORS

1055 FRANKLIN AVENUE, P.O. BOX 6008, GARDEN CITY, NEW YORK 11530 PHONE 516-747-7946 FAX 516-747-7992

March 13, 2002

Corcoran & Havlin Insurance Agency, Inc.
287 Linden Street
Wellesley, MA 02482
Attn: Claims Department

## ACKNOWLEDGEMENT OF CLAIM

RE:  Claim #:     K1-004792
     Insured:     Jerry McMillan Professional Tree Service Inc.
     Claimant:    Marcia Rhodes
     Loss Date:   01/09/02
     Policy #:    3XZ138766-00
     Claim Type:  General Liability:Bodily Injury

Dear Sir or Madam:

On behalf of Specialty National Insurance Company we acknowledge receipt of the above captioned loss notice. On any future correspondence, please refer to our claim number.

This loss has been assigned to Seth Silverman for handling in our Garden City office. Should you have any questions, please feel free to contact the undersigned at any time at (516) 747-7946 x364.

Very truly yours,

Network Adjusters, Inc.


Seth Silverman
Claims Representative

*[handwritten margin note: Jerry McMillan Professional Tree Service, Inc. 1/9/02]*