# LYNCH & LYNCH

A PROFESSIONAL CORPORATION

Francis J. Lynch, III
Stephen M.A. Woodworth
Cynthia P. Karabelas
John A. Eklund
Anthony J. Sbarra, Jr.
Susan E. Sullivan*
Stephen J. Duggan
Frank Prokos
Peter E. Heppner
Matthew E. Mitchell
Joseph C. Ferreira
Holly K. Lemieux

Francis J. Lynch, II
1967 - 2001
Rory P. Melvin
1988 - 2004

*Also Admitted in Rhode Island
** Also Admitted in Maine

45 Bristol Drive
South Easton, MA 02375
Tel: (508) 230-2500
Fax: (508) 230-2510

32 Court Street
Second Floor
Plymouth, MA 02360

8 Faneuil Hall Marketplace
Third Floor
Boston, MA 02109

*PLEASE DIRECT ALL CORRESPONDENCE
TO SOUTH EASTON ADDRESS*

Nella M. Lussier
Susan K. Hannigan
John F. Gleavy
J. William Chamberlain, Jr.
Cynthia S. Ladd
Jennifer J. Harrington
Jeanne E. Flynn
Christiana E. Strojny
Benjamin J. Whitney
Martin A. Adams
Jason M. Carrozza

OF COUNSEL

Anne Marie Finn
Ellen M. Chiocca Carey
Barry K. LaCasse

June 15, 2004

OneBeacon Insurance Company
One Beacon Street
Boston, MA 02108

OneBeacon Insurance Company
Post Office Box 694
Foxboro, MA 02035

RE:  Your Insured:    Jerry Francis McMillan
     Policy #         CBX A 05979
     Date of Loss:    January 9, 2002

Dear Sir/Madam:

Please be advised that this office represents Jerry McMillan Professional Tree Service in connection with claims asserted against Mr. McMillan's business arising out of a serious auto accident which occurred on January 9, 2002 on Route 109 in Medway, Massachusetts.

Mr. McMillan's business was recently brought into this litigation by way of a third party complaint, a copy of which I enclose herewith. I also enclose a copy of the plaintiffs' third amended complaint filed in this action.

At the time Mr. McMillan maintained an auto policy with your company he resided a 101 Thomas Street in Ashland, MA. Mr. McMillan no longer resides in Massachusetts but lives at 4144 Old Newbury Highway, Whitmire, SC 29178-9285.

Our office has been retained by Mr. McMillan's CGL carrier, Kempes. The claim is presently being handling by Kempes TPA, Network Adjusters under a claim number of K1-004792.

OneBeacon Insurance Company
Claim # CBA A 05979
June 15, 2004
Page 2

As discovery has proceeded, there are allegations to the effect that Mr. McMillan, at the time of the accident, contributed to cause the accident by failed to pull his pickup truck completely off the side of Route 109. As such, we feel it appropriate to put OneBeacon on notice of this claim and ask that you participate in the defense of the same.

Obviously I would be pleased to discuss this matter further with you and provide whatever documentation you desire. I can be reached at the above address and telephone number. After you have had a chance to review this correspondence, please call in order that we might discuss this claim.

Thanking you for your anticipated cooperation, I am,


Very truly yours,



Stephen J. Duggan
SJD:jcs

# Commonwealth of Massachusetts
## Motor Vehicle Crash
## Police Report

**IC200354**

Date of Crash: 01-01-02  Time of Crash: 1312  City/Town: MED---NY

Number Vehicles: 2

**LOCATION** — AT INTERSECTION

Route 109 E  Name of Roadway/Street: HILLSIDE ST 109
At:
Route S  Name of Intersecting Roadway/Street: TROTTER DR

---

### Vehicle 1

License #: Z0875 11066 9172   DOB: 05-13-44
Sex: M  Lic. Class: A   Lic. Restrictions: 1   CDL Endorsement: H N
Operator: ZAGEWSKI  CACW
Address: 50 Berkeley LIGHT AH
City: Kewsberg  State: NJ  Zip: 07754
Insurance Company: Zurich American Ins Co
Vehicle Travel Direction: N S E W   Responding to Emergency: No
Citation #: E 1757615
Violation 1: Ch 90 Sec 24

Reg #: A32870W
Veh Year: 1999  Veh Make: GMC
Owner: PENSKE TRUCK LEASING
Address: 2360 South
City: South Plainville
Vehicle Action Prior to Crash: 02
Event Sequence: / / / /
Most Harmful Event: /
Driver Contributing Code: 10
Underride/Override: 3

---

### Vehicle 2

License #: 15E502605   DOB: 05/12/55
Sex: F  Lic. Class: D   Lic. Restrictions: B   CDL Endorsement: G
Operator: RHODES  MARCIA
Address: 4 JANECK RD
City: HULL  State: ML  Zip: 01752
Insurance Company: Metropolitan Property
Vehicle Travel Direction: N S E W   Responding to Emergency: No

Reg #: 727 ELO
Veh Year: 1997  Veh Make: SAME
Owner: SAME
Address: SAME
City: SAME
Vehicle Action Prior to Crash: 23
Event Sequence: / / /
Most Harmful Event: /
Driver Contributing Code: /
Underride/Override: 2

MEDWAY POLICE DEPARTMENT
Incident Report

January 13, 2002

Single Narrative.

| INCIDENT LOCAL # PRIORITY ACC REP | ACTIVITY ADDRESS (JURISDICTION) DISPOSITION | OFFICER(S) | RECEIVED DISPATCHED ARRIVED CLEARED | |
|---|---|---|---|---|
| I0200359<br><br>1<br>Yes  Yes | CALL FOR SERVICE<br>140 MILFORD ST<br>Cross: GREEN ST @132<br>MEDWAY, MA. 02053 (01)<br>TRANSPORT | KINGSBURY<br>ATINGLEY<br>MALO | 01/09/2002,<br>01/09/2002,<br>01/09/2002,<br>01/09/2002, | |

Reported as: ACC MV INJURY      Found as: ACC MV INJURY
Domestic Abuse: No

Dispatcher Remarks:
SGT MOULTENHOUSE REQUESTS OFFICERS AND AMBULANCE RESPOND TO MILFORD
BY TROTTER DRIVE FOR AN MVA W/INJURIES. ON DUTY EMS PERSONNEL NOTIFIED
X3 (TINGLEY); X4 (KINGSBURY) AND K6 (MALO) ENROUTE. 13:15 A1 ENROUTE
ON SCENE. 13:20 MP2181 PAGED. 13:20 FIRE DEPT REQUESTED. SOUNDED
FD. 13:22 A1 (MAHAN) ESTABLISHED COMMAND, MC1 AND MC3 ENROUTE, MF2
ENROUTE. 13:23 LT MALO REQUESTS SP TRUCK TEAM NOTIFIED TO RESPOND
LIFE FLIGHT REQUESTED. ADVISED THEY ARE NOT FLYING DUE TO FREEZING
13:28 CONTACTED SP/TRUCK TEAM AWAITING ETA. ENGINE 5 ENROUTE,
ON SCENE. 13:42 SP TRUCK TEAM ETA 10 MINUTES. 13:44 MC1 REQUESTS
HIGHWAY DEPT NOTIFIED. 13:48 MC1 REPORTS THE PT. HAS BEEN EXTRICATED
TIME 13:52 OFFICER KINGSBURY REQUESTS PHOTOGRAPHER, OFFICER BOYAN
UNAVAILABLE. OFFICER BOYAN NOTIFIED AND ENROUTE. 13:56 A1 ENROUTE
MILFORD/ALS/20.8. 13:57 WRECKER REQUESTED, JOHN'S AUTO NOTIFIED AND
14:08 A1 OUT AT MILFORD/24.5. 14:11 MC1 REPORTS ALL APPARATUS CLEAR
ENGINE 5 AND COMMAND HAS BEEN TRANSFERRED TO LT COAKLEY AWAITING
BOTH VEHICLES. 15:15 E-5 REPORTS BEING CLEAR AND ALL MV'S INVOLVED
MVA HAVE BEEN REMOVED. 15:17 X4 REPORTS THE ROAD IS OPEN. SEE SGT
AND OFFICER KINGSBURY'S REPORT FOR MORE INFORMATION.

| | | | |
|---|---|---|---|
| OWNER<br><br>M0200081 | PENSKE TRUCK LEASING CO.<br>1800 HILTON RD<br>PENNSAUKEN NJ<br>Phone: None Recorded<br>Comm: OWNS NJ AD870W/MV#1 IN MVA | License: None<br><br>DOB: None Recorded | |
| OPERATOR<br>(Male)<br>M0200082 | ZALEWSKI, CARLO<br>50 BEACON LIGHT AVE<br>KEANSBURG NJ  07734<br>Phone: Non-Recorded  Race: WHI<br>Comm: OPER NJ AD870W/MV#1 IN MVA | License: L02___00014_<br>SSN: 146_____<br>DOB: 04/23/19__ | |
| OWNR/OPER<br>(Female)<br>M0200083 | RHODES, MARCIA<br>11 JANOCK ROAD<br>MILFORD MA 01757<br>Phone: None Recorded  Race: WHI<br>Comm: OPER MA 787ELO/MV#2 IN MVA | License: 158_____<br>SSN: 155_____<br>DOB: 06/22/19__ | |

Page 1

MEDWAY POLICE DEPARTMENT
Incident Report

January 13, 2002

Single Narrative

| INCIDENT LOCAL # PRIORITY ACC REP | ACTIVITY ADDRESS (JURISDICTION) DISPOSITION | OFFICER(S) | RECEIVED DISPATCHED ARRIVED CLEARED | |
|---|---|---|---|---|

Narrative   (continued)   BY: PTLM WILLIAM KINGSBURY   Incident #020913

MARCIA.
   While Sgt. Boultenhouse was advising me of the situation, the Town of Medway Fire Department ambulance arrived on scene. EMT's Corey McCarthy and Andrew Mahan took over administering care to RHODES. Due to the extent of RHODES' injuries, EMT McCarthy requested the Fire Department respond to assist in removing RHODES from the vehicle. Soon thereafter, the Medway Fire Department and Paramedics from Milford Hospital arrived on scene. Lt. Malo and Sgt. Allen Tingley, both of the Town of Medway Police Department, were now on scene. Life Flight was contacted but unable to respond due to weather conditions. At about 1:48PM, RHODES was removed from the Toyota and then transported to Milford Hospital. She was later transported to UMass Medical Center located in Worcester MA.
   The Massachusetts State Police were contacted after which a truck team was dispatched to the scene of the accident. Trooper James [illegible] arrived a short time later. Officer James Boyan of the Town of Medway Police Department was called to the scene to take photographs.
   I spoke with Sgt. Boultenhouse, who was at the scene when the accident occurred and witnessed a portion of the event. Sgt. Boultenhouse was working a detail for the Town of Medway. The Town had hired Professional Tree Service to grind a number of tree stumps around town. A number of these stumps were located just off the southern side of the Milford St. roadway. A stump was being ground up just east of Trotter Dr.
   The vehicle being used by Professional, a tree stump grinder on a trailer pulled by a pick-up truck, was straddling the eastbound fog-line leaving a portion of the truck on the roadway. As a result of this, Sgt. Boultenhouse was directing traffic through the work area, which had squeezed the travel portion of the road down to one lane.
   At the time of the accident, Sgt. Boultenhouse stated that he had stopped the traffic in the Eastbound lane and had just begun to wave on the Westbound traffic. The car he had stopped in the Eastbound lane was the Toyota driven by RHODES. Sgt. Boultenhouse stated that he was out in the roadway with hand up signaling the Eastbound traffic to stop while simultaneously signaling the Westbound traffic to proceed.
   Sgt. Boultenhouse stated that while his attention was on the Westbound traffic, he heard a crash and looking over, saw a Tractor-trailer unit pushing the blue Toyota towards where he was standing. He ran into the woods to avoid being struck. He stated that the TT unit pushed the Toyota into the woods, then came to a stop in the roadway right where he had been standing. The TT unit was stopped in the Eastbound travel lane with the front end over the double yellow line running down the center of the road. Sgt. Boultenhouse stated that the Toyota was completely stopped in the intersection of Milford St and Trotter Drive at the time he started to wave on the Westbound traffic.
   Sgt. Boultenhouse also provided me with the names of two individuals who had witnessed the accident. Santos Ramirez of Milford and Ramon Destino of Milford. Both told Sgt. Boultenhouse that they had seen the Tractor-trailer unit strike the Toyota from behind while the Toyota had been stopped.
   I also was able to speak with ZALEWSKI, who was the operator of the [illegible]

Page 3

MEDWAY POLICE DEPARTMENT
Incident Report

January 13, 2000

Single Narrative

| INCIDENT LOCAL # PRIORITY ACC REP | ACTIVITY ADDRESS (JURISDICTION) DISPOSITION | OFFICER(S) | RECEIVED DISPATCHED ARRIVED CLEARED | |
|---|---|---|---|---|

Incident I0200359 (continued)

Persons:

PATIENT (Female) M0200083
RHODES, MARCIA
1 HANCOCK ROAD
MILFORD MA 01757
Phone: None Recorded   Race: WHI
Comm: OPER MA 787ELO/MV2 IN MVA
License: 15...
SSN: 15...
DOB: 06/22/19..   Age:

Vehicles:

| ID | St | Status | Color | Year | Make | Model | | | |
|---|---|---|---|---|---|---|---|---|---|
| V0200091 | IN | Accident | White | 1999 | Freightlin | Tractor | | | |

Tag: NJ AD870W   Apportione Red
Person: C1 ZALEWSKI, CARLO (OPERATOR)

| V0200092 | IN | Accident | Blue | 1997 | Toyota | Corolla | Sedan | | |

Tag: MA 787ELO   Personal Green
Person: C3 RHODES, MARCIA (OWNR/OPER)

Property:

| Loss Type | Property Type | Value | Recovery | | |
|---|---|---|---|---|---|
| [Unknown] | OTHER PROPERTY TYPE | $0 | [N/A] | | |

Comment: REM...

Narrative(s):

Narr. 1: PTLM WILLIAM KINGSBURY   Division: None   Status: Open
Title: ACCIDENT REPORT   Entered: PTLM WILLIAM KINGSBURY
Reviewed: No officer

About 1127N, on Wednesday January 09, 2002, Officer William Kingsbury of the Town of Medway Police Department was dispatched to the intersection of Milford St. (Rt 109) and Trotter Dr. for a reported MVA with injury. Upon arrival, I saw a tractor-trailer unit stopped in the eastbound lane of Milford St. The trailer was a tanker unit used to haul asphalt. The tractor had Apportioned registration plate # AD870W was pulling trailer # T75EY. The operator of the Tractor-Trailer was later identified as ZALEWSKI, CARLO.

I also saw a small blue 1997 Toyota Corolla bearing MA registration 787-ELO; this vehicle was heavily damaged and was off the roadway into the tree lining the southern side of the roadway. I approached the Toyota which was occupied. Sgt. William Boulterhouse of the Town of Medway Police Department was leaning into the Toyota assisting the operator, later identified as ...

Page 2

MEDWAY POLICE DEPARTMENT
Incident Report

January 13, 2002

Single Narrative

| INCIDENT LOCAL # PRIORITY ACC REP | ACTIVITY ADDRESS (JURISDICTION) DISPOSITION | OFFICER(S) | RECEIVED DISPATCHED ARRIVED CLEARED | | TYPE |
|---|---|---|---|---|---|

Narrative (continued) By: PTLM WILLIAM KINGSBURY Inc...

tractor-trailer unit. ZALEWSKI stated that he had been driving eastbound on Milford St. He stated that his attention had been diverted [by a car that] had pulled out of Trotter Dr. and had then proceeded Westbound... he thought this vehicle was driving too close to his truck so he was watching it in his side mirror and not watching what was in front of him. He stated that when he turned his attention back to the road in front of him the Toyota stopped in front of him but was unable to stop before striking the Toyota. I asked him for more details about the car that pulled out but he was unable to elaborate any further. ZALEWSKI was very shook up and had difficulty relating what had occurred.

Trooper Jaworek conducted an inspection of the Tractor-trailer and found a number of administrative violations and one inoperative brake. According to Trooper Jaworek, this brake, one of a system of brakes, would not be a factor in the accident. Trooper Jaworek concluded that the condition of the Tractor-trailer in no way contributed to the accident and must be caused by driver error.

An inspection of the accident scene showed that RHODES' Toyota was in the Eastbound lane of travel on Milford St. in the Trotter Drive area. The TT-Unit operated by ZALEWSKI was traveling Eastbound on Milford St. ZALEWSKI did not see the stopped Toyota, striking it in the rear. The Eastbound travel lane just west of Trotter Drive is a long downhill slope leveling off at the Trotter Drive intersection. This is also a fairly straight stretch of roadway. I measured the roadway there and found that there is a clear view from the crest of this hill to the site of the accident of 810 feet.

There is an even longer view of the work site location and the point where Sgt. Boultenhouse was directing traffic. Sgt. Boultenhouse was wearing a full police uniform, including an 8-point hat, badges of office, a reflective traffic vest and white gloves while he was directing traffic. He was in a highly visible location out in the travel area of the roadway.

While operating the TT-unit down the 810 foot slope, and viewing Sgt. Boultenhouse signaling traffic in his lane to stop, and seeing the Toyota stopped in the travel lane in time to react to it, nothing would appear to be a factor in the accident. I issued ZALEWSKI citation # K1767615 seeking a criminal complaint for Operating negligently so as to endanger. This citation was issued in hand.

I later learned that RHODES' injuries were more serious than they originally appeared to be. I learned that RHODES had been taken to a Medical Center with life threatening injuries. As a result of this the State Police MVA Reconstruction Unit was contacted and advised of the situation.

On Thursday January 10, 2002, Trooper Daniel O'Hara conducted an inspection of the accident scene, the tractor-trailer unit, and the Toyota. Trooper O'Hara produced three light bulbs from the Toyota. His examination of the Toyota's brake lights were functioning properly at the time of the accident. The three light bulbs were placed into evidence in the evidence locker.

Page 4

MEDWAY POLICE DEPARTMENT
Incident Report

January 13, 2002

Single Narrative

| INCIDENT LOCAL # PRIORITY ACC REP | ACTIVITY ADDRESS (JURISDICTION) DISPOSITION | OFFICER(S) | RECEIVED DISPATCHED ARRIVED CLEARED | |
|---|---|---|---|---|

Narrative 1 (continued) By: PTLM WILLIAM KINGSBURY   Incident

Milford St is a public way in the Town of Medway as defined in
section 1. The speed limit is 40 MPH.

The sky at the time of the accident was overcast. Light rain
been falling on and off during the day making the pavement wet

Both vehicles were removed from the scene by John's Auto of Me

SEE MVA REPORT OF OFFICER KINGSBURY
SEE REPORT OF SGT BOULTENHOUSE
SEE REPORT OF TROOPER JAWOREK
SEE REPORT OF TROOPER O'HARA
SEE PHOTOGRAPHS OF OFFICER BOVAN

Respectfully

William Kingsbury
PTLM #64
Medway Police Department

Page 5

