```
07/01/04                        Claim Number: K1-004792                    Printed by: MMALANY      Page:  1
=====================================================================================================================
```

| | | |
|---|---|---|
| Date Entered  : 03/13/02 | Client        : SNIC | Agent      : 43-0151 |
| Date of Loss  : 01/09/02 |               Specialty National Insurance C |             NATIONAL INSURANCE PROGRAMS |
| Close Date    : | File Number    : 0000036938 | Kind/Loc   : 3GL |
| Last Close Dt : | Policy Number  : 3XZ138766-00 | Adjuster   : LSHORT |
| Last Reopen Dt: | Program        : 2CL |             Leon Short |
| Last Modify Dt: |               Denver/Landscape/Garden/Tree P | 1st Adjuster: EDIXON |
| Date Received : 03/13/02 | Cause          : OV |             Essie Dixon |
| Narrative: |               Other vehicle at fault | In Suit    : Y |
| GENERAL LIABILITY:BODILY INJURY | Adj Diary Dt   : 07/14/04 | Sup Diary Dt: 07/14/04 |
| PO DIRECTING TRAFFIC @ D'S JOB SITE | Adj Diary : mediation status | Sup Diary : |
| Supervisor    : JMAYER | Loc Code     : | Wrng Acts Dt: |
|               J. Mayer | | Contract   : |

```
=====================================================================================================================
INSURED:                          LOSS ADDRESS:                    DRIVER:
JERRY MCMILLAN PROF. TREE SERVICE  RTE. 109                        NONE
101 THOMAS STREET                 POLICY SCHEDULE TO BE REVIEWED           -    -          -    -
ASHLAND, MA  01721                , MA                             Vehicle: 00  DEFAULT      VALUE
Phone: 508-881-2475
                                                                  Trailer:
=====================================================================================================================
USER CODES:    SIR/TPA   :              Cat #   :            Actors   : OT
               LossLoc  : CJ            LossArea : SE        Cov      : #
=====================================================================================================================
TOP SHEET:
```

| | |
|---|---|
| Bulletin Board | : CLMT ATTY: FREDERICK PRITZKER 617-856-8200 |
| | : DEF. COUNSEL: STEVEN DUGGAN 508-230-2500 |
| | : ****TRIAL DATE****5-7-04 |
| Coverage | : GL POLICY APPLIES. 9/21/01-9/21/02. $1MILL LIAB LIMIT. |
| | : $1K GLPD DED.  POLICY FORM- CG0001(7/1997) |
| Description of Accident: P.O DIRECTING TRAFFIC @ D'S JOB SITE MVA OCCURED | |
| | : |
| Liability/Cause | : DOUBTFUL |
| | : |
| Action Plan | : WAIT FOR INSD TO BE BROUGH INTO LIT. DETERMINE IF AUTO OR |
| | : GL EXPOSURE. DOCUMENT DAMAGES |
| Other Insurance | : UNITED HEALTH CARE |

```
=====================================================================================================================
FILE NOTES:       Date     User    Code Note
                  ---------------------------------------------------------------------------------------------------
                  03/13/02 SAUGUSTY    FACTS:
                  03/13/02 SAUGUSTY    P.O DIRECTING TRAFFIC @ D'S JOB SITE MVA OCCURED
                  03/13/02 SAUGUSTY    Adj.Diary:03/14/02:F/U FIRST REVIEW
                  03/13/02 SAUGUSTY    Sup.Diary:03/21/02:F/U MGR REVIEW
                  03/13/02 SAUGUSTY    ACK SENT TO BROKER AND INSD
                  03/13/02 SAUGUSTY    FILE TO ADJUSTER @ 1:07 PM
                  03/14/02 LINDA       ACKNOW printed:43-0151:1:13:19.
                  03/25/02 SETH        Checked Basic Coverage.
                  03/25/02 SETH        Tried calling the insd, line busy.
                  03/25/02 SETH        This claim stems from an accident on Route 109 in Medway MA
                  03/25/02 SETH        The atty for Building Material Corp of America (BMCA) sent
                  03/25/02 SETH        a letter to the insd dated 2/21/02 placing the insd on
                  03/25/02 SETH        notice of this claim.
                  03/25/02 SETH        The insd was performing tree stump grinding operations at
                  03/25/02 SETH        the time of the accident which affected traffic flow accord
                  03/25/02 SETH        ing to the police report.  As a result Sgt Boultenhouse was
                  03/25/02 SETH        directing traffic.
```

```
FILE NOTES:          Date    User    Code Note
                     ----------------------------------------------------------------------------------------
                     04/18/02 JOHNB        Adj.Diary:04/30/02:INSD FOLLOW UP RE FACTS
                     04/18/02 JOHNB        Sup.Diary:03/21/02:F/U MGR REVIEW
                     04/26/02 JERRY        Adj.Diary:04/30/02:INSD FOLLOW UP RE FACTS
                     04/26/02 JERRY        Sup.Diary:05/10/02:**insd investigation
                     04/26/02 JERRY        advised seth to f/u w/insd re: investigation
                     05/03/02 SETH         I called the insd and discussed the claim with Pat McMillan
                     05/03/02 SETH         Her husband is Jerry McMillan and he was working on the sir
                     05/03/02 SETH         site at the time of the accident.  She states the insd was
                     05/03/02 SETH         working off to the side of the road.  Since the stump grind
                     05/03/02 SETH         er was on at the time of the accident he didnt hear the acc
                     05/03/02 SETH         ident.  He saw what was happening after the police officer
                     05/03/02 SETH         was trying to get out of the way.  The tree which the clt
                     05/03/02 SETH         struck protected the insd and the stump grinder from being
                     05/03/02 SETH         hit.  Insd will forward a clear copy of the police report.
                     05/03/02 JERRY        discussed case w/seth and we agree case of no liab and
                     05/03/02 JERRY        therefor no reserve increase. seth will re-cib clmt and
                     05/03/02 JERRY        also contact aty to see if adverse vehicle was insd and if
                     05/03/02 JERRY        so we will get limit info and injury info...
                     05/03/02 JERRY        Adj.Diary:04/30/02:INSD FOLLOW UP RE FACTS
                     05/03/02 JERRY        Sup.Diary:05/20/02:**insd investigation
                     05/03/02 SETH         Re-running CIB
                     05/03/02 SETH         Left v/m with Melissa Tierney, atty for BMCA.
                     05/03/02 SETH         Need carrier info and policy limit and injury info.
                     05/03/02 SETH         Adj.Diary:06/03/02:TT LIAB LIMIT, INJ INFO
                     05/03/02 SETH         Sup.Diary:06/13/02:F/U MGR REVW
                     05/06/02 JERRY        Adj.Diary:06/03/02:TT LIAB LIMIT, INJ INFO
                     05/06/02 JERRY        Sup.Diary:07/08/02:**no liab, status
                     05/09/02 SETH         Recd a v/m from clts atty. I c/b and left another v/m reque
                     05/09/02 SETH         sting carrier info, policy limiy and injury info.
                     05/15/02 JERRY        Adj.Diary:05/16/02:TT LIAB LIMIT, INJ INFO
                     05/15/02 JERRY        Sup.Diary:06/06/02:**no liab, adv.carrier?
                     05/31/02 SSILVERM     Left another v/m for Melissa Tierney.
                     05/31/02 SSILVERM     Adj.Diary:06/15/02:3P LIAB LIMIT, INJ INFO
                     05/31/02 SSILVERM     Sup.Diary:06/06/02:**no liab, adv.carrier?
                     06/11/02 JRALLO       Adj.Diary:06/15/02:3P LIAB LIMIT, INJ INFO
                     06/11/02 JRALLO       Sup.Diary:07/25/02:**no liab, adv.carrier?
                     06/19/02 SSILVERM     Recd a c/b from the clts atty.  She has very little info
                     06/19/02 SSILVERM     on this file. She does believe the clt was paralyzed as a
                     06/19/02 SSILVERM     result.  Melissa is uncertain to the carrier info and
                     06/19/02 SSILVERM     BMCA's policy limit.  She states she doesnt typically
                     06/19/02 SSILVERM     provide that info unless suit is filed.  However she will
                     06/19/02 SSILVERM     call me back and give me as much info as she can provide.
                     06/19/02 SSILVERM     Adj.Diary:07/19/02:3P CARRIER, LIAB LIMIT
                     06/19/02 SSILVERM     Sup.Diary:07/25/02:**no liab, adv.carrier?
                     07/29/02 SSILVERM     Prior conversation I had was not with the clts atty rather
                     07/29/02 SSILVERM     it was the atty for BMCA.  To date we have had no contact
                     07/29/02 SSILVERM     with the clts atty.  I dont believe there is any liab on
                     07/29/02 SSILVERM     the insd.  BMCA placed the insd on notice.  I will keep the
                     07/29/02 SSILVERM     file on a low profile.
                     07/29/02 SSILVERM     Adj.Diary:09/29/02:CLM PURSUED?
                     07/29/02 SSILVERM     Sup.Diary:07/25/02:**no liab, adv.carrier?
                     09/16/02 JKELLY       //// REC'D TRANSFER FILES FIRST WEEK OF AUG.  REASSIGNED
                     09/16/02 JKELLY       TO NATALIE WHILE SHE WAS ON VACATION.
                     09/16/02 JKELLY       /// REVIEWED BRIEFLY WITH NATALIE.  NOTES FROM PRIOR
```

FILE NOTES:              Date    User   Code Note
----------------------------------------------------------------------------------------------------
                        09/16/02 JKELLY     HANDLER MENTION THE CLMT MAY BE PARALYZED.
                        09/16/02 JKELLY     /// WE NEED TO PUSH FOR VERIFICATION/MEDS, ETC.
                        09/16/02 JKELLY     WE WILL NEED TO DO MLR IF THIS IS TRUE, REGARDLESS OF THE
                        09/16/02 JKELLY     LIAB POSITION.
                        09/16/02 JKELLY     NATALIE WILL CONTINUE WITH INVESTIGATION TO PIN THIS
                        09/16/02 JKELLY     DOWN WAS WELL AS DAMAGE INFO.
                        09/17/02 NWILSENA   --
                        09/17/02 NWILSENA   REVIEWED TRANSFER FILE, I AGREE W. THE PRIOR ADJUSTER
                        09/17/02 NWILSENA   THAT THERE IS VERY QUESTIONABLE LIAB
                        09/17/02 NWILSENA   WILL ADDRESS NEED FOR MLR
                        09/17/02 NWILSENA   - WE WERE PUT ON NOTICE OF THE CLAIM BY GAF BUILDINGS
                        09/17/02 NWILSENA   MATERIAL CORP
                        09/17/02 NWILSENA   THIS IS A TWO CAR ACCIDENT IN THE CITY OF MEDFORD MASS
                        09/17/02 NWILSENA   - THE INSURED WAS HIRED BY THE CITY OF MEDFORD
                        09/17/02 NWILSENA   TO GRIND TREE TRUNKS ON THE SIDE OF ROUTE 9-
                        09/17/02 NWILSENA   TWO LANE ROAD,
                        09/17/02 NWILSENA   - IV WAS A TRUCK THAT AHD A TRAILOR W. THE GRINDER ATTACHED
                        09/17/02 NWILSENA   - BECAUSE OF THE SIZE OF THE TRAILOR, IT EXTENDED
                        09/17/02 NWILSENA   INTO THE E/B LANE,
                        09/17/02 NWILSENA   -THE CITY DISPATCHED SGT BOULTENHOUSE TO DIRECT TRAFFIC
                        09/17/02 NWILSENA   AT LOCATION, HE WAS WEARING HIS FULL UNIFORM, A 8 POINT
                        09/17/02 NWILSENA   ·HAT, WHITE GLOVES,
                        09/17/02 NWILSENA   - THE WEATHER WAS RAINING OFF AND ON .
                        09/17/02 NWILSENA   - OFFICER HAD STOPPED CLMT RHODES IN THE E.B LANE
                        09/17/02 NWILSENA   SO W/B TRAFFICE COULD PASS
                        09/17/02 NWILSENA   - HE STOPED E/B RHODES WHO WAS IN A 97 TOYOTA CORLLA
                        09/17/02 NWILSENA   HER BRAKES LIGHT WERE WORKING
                        09/17/02 NWILSENA   - AS THE OFFICER WAS DIRECTNG TRAFFIC, INSURED WAS
                        09/17/02 NWILSENA   GRINDING TREE TRUNKS AND DID NOT WITNESS AX
                        09/17/02 NWILSENA   - AS THE OFFICER HAD HIS RIGHT HAND UP TO STOP E/B
                        09/17/02 NWILSENA   HE WAS MOTION W. HIS LEFT HAND FOR W/B TO PROCEED
                        09/17/02 NWILSENA   - OFFICER HEARD A CRASH, TURNED TO SEE WHAT HAPPENED.
                        09/17/02 NWILSENA   HE SAY CLTM RHODES VEHICLE BEING PUSHED TOWARDS THE
                        09/17/02 NWILSENA   WOODS BY A TRACTOR TRAILOR.
                        09/17/02 NWILSENA   THE OFFICER JUMPED OUT OF THE WAY. CLMT RHODES
                        09/17/02 NWILSENA   STRUCK A TREE, CLMT SUSTAINED LIFE THREATENING INJURIES
                        09/17/02 NWILSENA   - THE TRACTOR TRAILOR WAS BEING OPERATED
                        09/17/02 NWILSENA   WAS ZALEWSKI WHO WAS EMPLOYED BY GAF BUILDING MATERIALS
                        09/17/02 NWILSENA   THE TRACTOR WAS REGISTERED TO PENSKE TRUCK LEASING
                        09/17/02 NWILSENA   AND THE TRAILOR WAS REGISTEREED TO GAF BUILDING
                        09/17/02 NWILSENA   MATERIAL CORP.
                        09/17/02 NWILSENA   - THE DRIVER OF THE TT TOLD THE OFFICER AFTER THE ACCIDNET
                        09/17/02 NWILSENA   THAT HE WAS WATCHING OV AND WAS NOT PAYING ATTENTION
                        09/17/02 NWILSENA   AND DID NTO SEE RHODES UNTIL  IT WAS TOO LATE
                        09/17/02 NWILSENA   - THE CITY OF MEDFORD DID A COMPLETE INVESTIGATION
                        09/17/02 NWILSENA   OF THE ACCCIDENT INCLUDING  THE STATE POLICE RECONSTUCTIVE
                        09/17/02 NWILSENA   UNIT REPORT.
                        09/17/02 NWILSENA   - THE OFFICER NOTED THAT THERE WAS NO OBSTRCUTION OF
                        09/17/02 NWILSENA   VIEW, THE DRIVER HAD OVER 800 FEET OF CLEAR VISIBITY
                        09/17/02 NWILSENA   TO STOP BEFORE THE ACCIDENT, THE TT HAD NUMEROUS
                        09/17/02 NWILSENA   ADMIN VIOLATIONS, AND ONE INOPERATIVE BRAKES.
                        09/17/02 NWILSENA   SPEED WAS NOT A FACTOR.
                        09/17/02 NWILSENA   - DRIVER OF TT WAS FOUND TO BE AT FAULT
                        09/17/02 NWILSENA   HE WAS CITED W. A TICKET FOR "NEGLIGENTLY AS TO ENDANGER."

07/01/04                          Claim Number: K1-004792                    Printed by: MMALANY        Page: 4
===========================================================================================================================

FILE NOTES:                 Date    User    Code Note
                            ----------------------------------------------------------------------------------------------
                            09/17/02 NWILSENA    - THE BRAKE LIGHTS WERE VISIBLE FROM THE CREST OF THE HILL
                            09/17/02 NWILSENA    WHICH WAS OVER 800 FEET WAY.
                            09/17/02 NWILSENA    -
                            09/17/02 NWILSENA    AT THIS POINT, RHODES' ATY HAS NOT CONTACTED US REGARDING
                            09/17/02 NWILSENA    A BI CLAIM
                            09/17/02 NWILSENA    WE WERE PUT ON NOTICE OF THE LOSS BY THE ATY FOR
                            09/17/02 NWILSENA    GAF BUILDING MATERIAL CORP
                            09/17/02 NWILSENA    HE CLAIMS THAT INSURED MAY HAVE CONTRIB AND OR CAUSED
                            09/17/02 NWILSENA    THE ACCIDENT ON 010902
                            09/17/02 NWILSENA    -
                            09/17/02 NWILSENA    CALLED ATY FOR BMCA 617 345 1340
                            09/17/02 NWILSENA    ATY HANDLING IS GRACE LOU-LEFT MESS ON VM
                            09/17/02 NWILSENA    CALLED ATY FOR CLTM RHODES
                            09/17/02 NWILSENA    SPOKE W. FREDRICK PRIZKER, HE STATED THAT HE HAS
                            09/17/02 NWILSENA    BEEN LOOKING FOR US.
                            09/17/02 NWILSENA    THEY HAVE FILED SUIT AGAINST BMCA, PENSKE AND   DRIVER
                            09/17/02 NWILSENA    LOGIC WHO SUPPLIED THE DRIVER, AND THE DRIVER ZALEWSKI
                            09/17/02 NWILSENA    THEY HAVE  NOT LISTED THE CITY OF MEDFORD NOR
                            09/17/02 NWILSENA    OUR INSURED BOUGHT HE PREDICTS WE WILL BE BROUGHT IN
                            09/17/02 NWILSENA    ON THIS ONE.
                            09/17/02 NWILSENA    THE CLMT IS A PARAPLEGIC NOW AND HAS OVER
                            09/17/02 NWILSENA    1 MILLION IN MEDS.
                            09/17/02 NWILSENA    HE WANTED TO KNOW OUR LIMITS
                            09/17/02 NWILSENA    EXPLAINED THAT HE WIL NEED TO REQ IN WRITING
                            09/17/02 NWILSENA    WILL DIC LETTER W. MY INFO AND FAX TO HIS OFFICE
                            09/17/02 NWILSENA    REQ A COPY OF THE COMPLAINT.
                            09/17/02 NWILSENA    ---
                            09/17/02 NWILSENA    WILL DO A RUSH MLR TO CARRIER.
                            09/17/02 NWILSENA    [ATY HANDLING IS GRACE LOU-LEFT MESS ON VM
                            09/17/02 NWILSENA    [CALLED ATY FOR CLTM RHODES
                            09/17/02 NWILSENA    [SPOKE W. FREDRICK PRIZKER, HE STATED THAT HE HAS
                            09/17/02 NWILSENA    [BEEN LOOKING FOR US.
                            09/17/02 NWILSENA    [THEY HAVE FILED SUIT AGAINST BMCA, PENSKE AND   DRIVER
                            09/17/02 NWILSENA    [LOGIC WHO SUPPLIED THE DRIVER, AND THE DRIVER ZALEWSKI
                            09/17/02 NWILSENA    [THEY HAVE  NOT LISTED THE CITY OF MEDFORD NOR
                            09/17/02 NWILSENA    [OUR INSURED BOUGHT HE PREDICTS WE WILL BE BROUGHT IN
                            09/17/02 NWILSENA    [ON THIS ONE.
                            09/17/02 NWILSENA    [THE CLMT IS A PARAPLEGIC NOW AND HAS OVER
                            09/17/02 NWILSENA    [1 MILLION IN MEDS.
                            09/17/02 NWILSENA    [HE WANTED TO KNOW OUR LIMITS
                            09/17/02 NWILSENA    [EXPLAINED THAT HE WIL NEED TO REQ IN WRITING
                            09/17/02 NWILSENA    [WILL DIC LETTER W. MY INFO AND FAX TO HIS OFFICE
                            09/17/02 NWILSENA    [REQ A COPY OF THE COMPLAINT.
                            09/17/02 NWILSENA    Checked Basic Coverage.
                            09/17/02 NWILSENA    ---
                            09/17/02 NWILSENA    DIC  MLR- FORWARDE TO DICTATION
                            09/17/02 NWILSENA    ---
                            09/17/02 NWILSENA    CALLED BOB POWERS, AT MELICK PORTER & SHEA LLP
                            09/17/02 NWILSENA    MA HAS JOINT AND SEVERAL LIAB
                            09/17/02 NWILSENA    IF THE JURY FINDS OUR INSURED EVEN 1%
                            09/17/02 NWILSENA    AT FAULT, OUR INSURED IS JOINTLY SEVERAL
                            09/17/02 NWILSENA    IT CAN BE PAINFUL IN MA IF YOU ARE EVEN A SMALL PLAYER
                            09/17/02 NWILSENA    IN A LARGE CLAIM.
                            09/18/02 NWILSENA    ---

FILE NOTES:

| Date | User | Code | Note |
|------|------|------|------|
| 09/18/02 | NWILSENA | | REC CALL FROM MELISS TEARNEY 617 345 1323 |
| 09/18/02 | NWILSENA | | SHE WORKS FOR NIXON PEABODY |
| 09/18/02 | NWILSENA | | SHE IS A PARTNER HANDLING THE FILE |
| 09/18/02 | NWILSENA | | THEY HAVE BEEN SERVED BY PLAINTIFF |
| 09/18/02 | NWILSENA | | ANSWER IS DUE ON FRIDAY, THEY DO NOT PLAN |
| 09/18/02 | NWILSENA | | ON THIRD PARTYING OUR INSURED INTO THE MATTER |
| 09/18/02 | NWILSENA | | NOR MEDWAY MA BUT THE POSSIBILITY REMAINS |
| 09/18/02 | NWILSENA | | SHE REPS BUILDING MATERIAL CORP |
| 09/18/02 | NWILSENA | | THEY LEASED THE TRUCK FROM PENSKE- LONG TERM LEASE |
| 09/18/02 | NWILSENA | | THE DRIVER WAS EMPLOYED BY DRIVER LOGIC WHO |
| 09/18/02 | NWILSENA | | SUPPLED THE DRIVER TO BUILDING MATERIAL CORP |
| 09/18/02 | NWILSENA | | EXPLAINED THAT I AM REVIEWING THE FILE AND WILL |
| 09/18/02 | NWILSENA | | CONTACT HER FOR ADD'L INFO |
| 09/18/02 | JKELLY | | //// REVIEWED WITH NATALIE.  SENDING MLR TO BRYAN AT |
| 09/18/02 | JKELLY | | KEMPES.  WE WILL DISCUSS THE CASE WITH HIM TO DETERMINE |
| 09/18/02 | JKELLY | | THE RESERVE TO PUT ON IT. |
| 09/18/02 | JKELLY | | /// JOINT AND SEVERAL MAY VERY WLL COME INTO PLAY HERE. |
| 09/18/02 | JKELLY | | THAT WOULD POSE A PROBLEM FOR THE INSD. |
| 09/24/02 | JKELLY | | /// BRYAN HAS RESPONDED.  HE WILL LEAVE THE RESERVE WHERE |
| 09/24/02 | JKELLY | | IT IS FOR THE TIME BEING. |
| 09/24/02 | JKELLY | | // REASIGNING CASE TO LEON.  PLEASE FOLLOW UP WITH A |
| 09/24/02 | JKELLY | | LOCAL ATTY ON THE JOINT AND SEVERAL ISSUE/LAW. |
| 09/24/02 | JKELLY | | ALSO, SUGGESGT WE PUT THE AUTO CARRIER ON NOTICE. |
| 10/02/02 | LSHORT | | *** |
| 10/02/02 | LSHORT | | INSD'S AUTO CARRIER IS ONE BEACON, POLICY #: CBXA05979 |
| 10/02/02 | LSHORT | | P. O. BOX 55003 |
| 10/02/02 | LSHORT | | BOSTON, MA. 02205-5003  (OR) |
| 10/02/02 | LSHORT | | P. O. BOX 9168 |
| 10/02/02 | LSHORT | | BOSTON, MA. 02205-0168 |
| 10/02/02 | LSHORT | | 800-423-9967 - REPORTED OCCURRENCE TO THEM, BY PHONE. |
| 10/02/02 | LSHORT | | PER LEE, SHE WILL HAVE THE ASSIGNED ADJUSTER CALL ME 10/3, |
| 10/02/02 | LSHORT | | FOR FURTHER DISCUSSION... |
| 10/02/02 | LSHORT | | *** |
| 10/02/02 | LSHORT | | TC TO CLMT ATTY, FREDERICK PRITZKER 617-856-8200 - LMTCB |
| 10/02/02 | LSHORT | | - CLAIM STATUS, LIT. STATUS, DAMAGES, RESPONDING CARRIERS, |
| 10/02/02 | LSHORT | | LIABILITY DOCS/LEGIBLE P.R. AND INVESTIGATIONS? |
| 10/02/02 | LSHORT | | *** |
| 10/02/02 | LSHORT | | TC TO TRUCKER'S PERS. ATTY, DENNIS DUGAN 617-345-1340. |
| 10/02/02 | LSHORT | | SPOKE W/ GRACE WU.  ADVISED HER OF MY INVOLVEMENT AND |
| 10/02/02 | LSHORT | | REQUESTED CURRENT STATUS OF DEFENSE, DAMAGES AND I.D. OF |
| 10/02/02 | LSHORT | | CARRIER AND ADJUSTER THEY ARE REPRESENTING.  GRACE WOULD |
| 10/02/02 | LSHORT | | NOT PROVIDE THIS DETAIL AND ADVISED SHE WOULD HAVE ONE OF |
| 10/02/02 | LSHORT | | THE PARTNERS CALL ME BACK |
| 10/02/02 | LSHORT | | *** |
| 10/02/02 | LSHORT | | TC TO INSD - LMTCB |
| 10/02/02 | LSHORT | | -LEGIBLE POLICE REPORT DOCS, I.D. OF SPECIFIC INSD UNITS |
| 10/02/02 | LSHORT | | INVOLVED/AT THE SCENE CONTRACT W/ CITY? |
| 10/02/02 | LSHORT | | *** |
| 10/02/02 | LSHORT | | PER JPK'S 9/24/02 NOTE, NATALIE HAS ALREADY COMMUNITCATED |
| 10/02/02 | LSHORT | | W/ LOCAL COUNSEL RE: NEGLIGENCE STANDARD, |
| 10/02/02 | LSHORT | | "CALLED BOB POWERS, AT MELICK PORTER & SHEA LLP |
| 10/02/02 | LSHORT | | MA HAS JOINT AND SEVERAL LIAB |
| 10/02/02 | LSHORT | | IF THE JURY FINDS OUR INSURED EVEN 1% |
| 10/02/02 | LSHORT | | AT FAULT, OUR INSURED IS JOINTLY SEVERAL |

```
FILE NOTES:               Date    User    Code Note
                          ----------------------------------------------------------------------------------------
                          10/02/02 LSHORT     IT CAN BE PAINFUL IN MA IF YOU ARE EVEN A SMALL PLAYER
                          10/02/02 LSHORT     IN A LARGE CLAIM"
                          10/02/02 LSHORT     I WILL FOLLOW-UP W/ POWERS.
                          10/02/02 LSHORT     ***BOB POWERS - His number is 617  523-6200
                          10/03/02 LSHORT     ***
                          10/02/02 LSHORT     TC TO INSD CONTACT, PAT-LMTCB - AUTO DESC., CONTRACTS
                          10/03/02 LSHORT     ***
                          10/03/02 LSHORT     LENGTHY CONVERSATION W/ PLTF ATTY CONTACT, MARGARET.
                          10/03/02 LSHORT     LAWSUIT HAS BEEN INITIATED. THEY JUDT RECEVIED PLTFS' ANS.
                          10/03/02 LSHORT     PLTFS SUED THE TRUCK DRIVER, TRUCKING CO, TRUCK OWNER.
                          10/03/02 LSHORT     THE ANSWER ALLEGES OTHER PARTIES SHOULD HAVE ALSO BEEN
                          10/03/02 LSHORT     NAMED.  PLTF ATTY THINKS THEY MAY REFERING TO US.
                          10/03/02 LSHORT     PLTF HAS NO INTENTION OF BRINGING IN THE CITY/POLICE.
                          10/03/02 LSHORT     SHE REPORTS POLICE OFFICE BARELY ESCAPED THIS INCIDENT W/
                          10/03/02 LSHORT     HIS LIFE.
                          10/03/02 LSHORT     PLTF IS PARALIZED FROM THE WAIST-DOWN.
                          10/03/02 LSHORT     MEDS ARE IN THE HUNDREDS OF THOUSANDS OF DOLLARS.  SHE WILL
                          10/03/02 LSHORT     REQUIRE LIFE LONG CARE.
                          10/03/02 LSHORT     PLFT IS 46 YRS OLD, IS MARRIED AND HAS A 14 YR OLD DAUGHTER
                          10/03/02 LSHORT     SUIT WAS BROUGHT ON BEHALF OF PLTF, THE HUSBAND AND DAUGHTE
                          10/03/02 LSHORT     PLTF HAD AN ATIQUE BUSINESS WHERE SHE BOUGHT AND SOLD.
                          10/03/02 LSHORT     THIS BUSINESS GENERATED A VERY MODEST INCOME.
                          10/03/02 LSHORT     PLTF'S HUSBAND IS A BUSINESS CONSULTANT AND HAS NO BEEN
                          10/03/02 LSHORT     ABLE TO  WORK MUCH, AT ALL, SINCE DOI.
                          10/03/02 LSHORT     PLTF ATTY DOESNT KNOW THE TRUCKERS POLICY LIMITS BUT HAS
                          10/03/02 LSHORT     BEEN ADVISED THEY ARE MORE THAT NECESSARY TO RESOLVE THIS
                          10/03/02 LSHORT     CLAIM.  IT IS UNKNOWN IF THERE ARE ANY EXCESS CARRIERS.
                          10/03/02 LSHORT     ---REVIEWED THE COMP/NEG PREVISIONS IN THIS JURISDICITION
                          10/03/02 LSHORT        W/ PLTF ATTY. SHE CONFIRMS PURE COMP/NEG. BUT DIDNT
                          10/03/02 LSHORT        ELABERATE ON THE JOINT & SEVERAL ISSUE, CLAIMING SHE HAS
                          10/03/02 LSHORT        A TARGET DEF. THAT WILL BE FOUND 100% AT FAULT.
                          10/03/02 LSHORT        IF OUR INSD IS BROUGHT IN, IT WILL ONLY BE FOR NOMINAL
                          10/03/02 LSHORT        CONTRIBUION ATTEMPT.
                          10/04/02 LSHORT     ***
                          10/04/02 LSHORT     PER INSD CONTACT, PAT,
                          10/04/02 LSHORT     - NO CONTRACT W/ TOWN OF MEDWAY. INSD PROVIDED A QUOTE FOR
                          10/04/02 LSHORT       SERVICES AND THERE WAS AN ACCEPTANCE. INSD PERFORMS
                          10/04/02 LSHORT       ON-CALL WORK FOR THE TOWN. THE CURRENT AGREEMENT IS FOR
                          10/04/02 LSHORT       36 MONTHS.
                          10/04/02 LSHORT     - INSD, JERRY, WAS PEFORMING REQUESTED SERVICES, STUMP
                          10/04/02 LSHORT       GRINDING.  THE TOWN'S TREE WARDEN CALLED FOR THE SERVICE
                          10/04/02 LSHORT     - INSD'S STUMP GRINDER IS MOUNTED ON A SMALLER UTILITY
                          10/04/02 LSHORT       TYPE TRAILER.
                          10/05/02 LSHORT     - OPERATION WAS TAKING UP AN ENTIRE LANE OF TRAVEL.
                          10/05/02 LSHORT       AS SUCH, THE LOCAL POLICE WERE AT THE SCENE, AS PART OF
                          10/05/02 LSHORT       THE OPERATION,DIRECTING TRAFFIC.
                          10/05/02 LSHORT     ---TRAILER MOUNTED STUMP GRINDER FALLS W/I THE DEFINITION
                          10/05/02 LSHORT        OF MOBILE EQUIPMENT.  THIS IS NOT AN AUTO EXPOSURE.
                          10/05/02 LSHORT     - WILL WAIT FOR AMENDED COMPLAINT DIRECTED AT INSD.
                          10/05/02 LSHORT       INSD KNOWS TO CALL ME UPON RECEIPT OF SERVICE.
                          10/05/02 LSHORT     Adj.Diary:12/09/02:INSD IN LITIGATION?    LVS
                          10/05/02 LSHORT     Sup.Diary:12/09/02:**no liab, adv.carrier?
                          10/31/02 LSHORT     ***
                          10/31/02 LSHORT     SPOKE W/ PLTF ATTY, MARGARET. SHE HAS IDENTIFIED 2 WITS
```

=====================================================================================================================

FILE NOTES:            Date     User    Code Note
                       --------------------------------------------------------------------------------------------
                       10/31/02 LSHORT          THAT ARE NOT INSD EMPLOYEES AND WANTING TO KNOW IF I HAVE
                       10/31/02 LSHORT          TAKEN THEIR STATEMENTS. I HAVE NOT. PLTF ATTY WILL GET
                       10/31/02 LSHORT          THEM IN LINE FOR STATEMENTS/DEPOS.
                       10/31/02 LSHORT          PLTF ATTY HAS NOT CHANGED HER POSITION. PLTF WILL NOT BE
                       10/31/02 LSHORT          BRINGING US IN.  SHE DOENST HAVE ANY REVISED FEELINGS RE:
                       10/31/02 LSHORT          OTHER DEFENDNATS BRINGING US IN.
                       02/18/03 JLYDON          recvd transfer case. we have not been brought into this law
                       02/18/03 JLYDON          suit as of yet.  hard to say if we will be or not. if we ar
                       02/18/03 JLYDON          e found at least 1% negligent then we can be joint and seve
                       02/18/03 JLYDON          ral. at this point pltf atty has no desire to name city of
                       02/18/03 JLYDON          police. clmt is a parapalegic from this accident. was reare
                       02/18/03 JLYDON          nded and pushed into a tree . insd was hired by city to do
                       02/18/03 JLYDON          stump grinding, grinder on truck was blocking lane and loca
                       02/18/03 JLYDON          l police were there directing traffic. clmt veh stopped whe
                       02/18/03 JLYDON          n hit in rear.
                       02/18/03 JLYDON          will diary and hold open to see if we will be brought into
                       02/18/03 JLYDON          this lawsuit.
                       02/18/03 JLYDON          Adj.Diary:03/28/03:INSD IN LITIGATION?   LVS
                       04/17/03 JLYDON          still nothing bringing us in. will diary.
                       04/17/03 JLYDON          Adj.Diary:07/28/03:INSD IN LITIGATION?
                       06/04/03 JLYDON          .
                       06/04/03 JLYDON     DIA  DIARY---------------------------------------------------------
                       06/04/03 JLYDON          filled diary recon sheet.
                       06/04/03 JLYDON          .
                       06/04/03 JLYDON     LIT  LITIGATION ----------------------------------------------------
                       06/04/03 JLYDON          nothing yet on lawsuit.
                       06/25/03 JLYDON          .
                       06/25/03 JLYDON     LIT  LITIGATION ----------------------------------------------------
                       06/25/03 JLYDON          recvd copy of subpoena for insd. not in lit yet. insd needs
                       06/25/03 JLYDON           to appear to testify. spoke w/ insd and they are aware.
                       08/15/03 JLYDON          Adj.Diary:08/26/03:INSD IN LITIGATION?
                       09/24/03 LSHORT          .
                       09/24/03 LSHORT          TC FROM PLTF ATTY REPORTING INSD HAS BEEN BROUGHT IN ON
                       09/24/03 LSHORT          AMENDED COMPLAINT AND INSD'S DEPO IS SET FOR TOMMORROW.
                       09/24/03 LSHORT          REPORTED TO DEE. SHE HAS THE FILE AND WILL FOLLOW-UP.
                       09/24/03 DGALA           Adj.Diary:10/26/03:insd served w/amd compl?
                       09/24/03 DGALA           Sup.Diary:10/26/03:insd served w/amd comp?
                       11/18/03 DGALA           .
                       11/18/03 DGALA      LIT  LITIGATION ----------------------------------------------------
                       11/18/03 DGALA           rcvd call from Mik Smith, def counsel for Driver  Logistics
                       11/18/03 DGALA           he advised that 3rd party complaint filed against insd & wa
                       11/18/03 DGALA           s served, but never answered. He is not moving on this & is
                       11/18/03 DGALA           faxed copy of the complaint & req that we assign to our def
                       11/18/03 DGALA            counsel & have him get in touch w/him to provide pkg of al
                       11/18/03 DGALA           l pleadings, filings & discovery docs to date.
                       11/18/03 DGALA           .
                       11/18/03 DGALA      DC   DEFENSE COUNSEL --------------------------------------------------
                       11/18/03 DGALA           emailed Phil M for dc in MA & he responded.  I am faxing
                       11/18/03 DGALA           copy of 3rd party complaint to Stephan Dugan of Lynch & Lyn
                       11/18/03 DGALA           ch in South Easton, MA to respond & contact Mr. Smith for
                       11/18/03 DGALA           the docs pertaining to the file.  I will have my file copie
                       11/18/03 DGALA           d to send him what we have.
                       11/18/03 DGALA           .
                       11/18/03 DGALA           Adj.Diary:12/26/03:dc analysis & budget

07/01/04                          Claim Number: K1-004792                    Printed by: NMALANY        Page: 8
===========================================================================================================

**FILE NOTES:**

| Date | User | Code | Note |
|------|------|------|------|
| 11/18/03 | DGALA | | Sup.Diary:12/26/03:dc analysis & budget |
| 11/19/03 | DGALA | DC | DEFENSE COUNSEL ------------------------------------------------ |
| 11/19/03 | DGALA | | steve dugan w/dc c/o. no conflicts, will accept assmt & wil |
| 11/19/03 | DGALA | | l call insd & Michael Smith, other atty, for docs. |
| 11/19/03 | DGALA | | . |
| 12/01/03 | DGALA | | sent file complete to dc |
| 12/01/03 | DGALA | | . |
| 12/26/03 | DGALA | | Adj.Diary:01/26/04:dc analysis & budget |
| 12/26/03 | DGALA | | Sup.Diary:01/26/04:dc analysis & budget |
| 12/26/03 | DGALA | | . |
| 12/26/03 | DGALA | DIA | DIARY------------------------------------------------------- |
| 12/26/03 | DGALA | DC | DEFENSE COUNSEL ----------------------------------------------- |
| 12/26/03 | DGALA | | dc has rcvd some of the info from the defense counsel for |
| 12/26/03 | DGALA | | the at fault driver/co, but no all. he is working to get th |
| 12/26/03 | DGALA | | e rest & then speak w/insd re:the depo he gave in the mattr |
| 12/26/03 | DGALA | | & insd involvement & will advise.  He has also requested ou |
| 12/26/03 | DGALA | | r cvg info & lit guidelines.  I am sending the lit guide to |
| 12/26/03 | DGALA | | him & inquiring as to what else he has learned. |
| 12/26/03 | DGALA | | . |
| 01/09/04 | DGALA | DC | DEFENSE COUNSEL ----------------------------------------------- |
| 01/09/04 | DGALA | | ret Steve Duggans call 508-230-2500 X201, lmco to discuss |
| 01/09/04 | DGALA | | the case, info he has obtained & possible liab/exposure. |
| 01/09/04 | DGALA | | . |
| 01/12/04 | NWILSENA | NOTE | SUPERVISOR/DIRECTOR/MANAGEMENT NOTES    ****************** |
| 01/12/04 | NWILSENA | | this file will need an updated mlr |
| 01/12/04 | NWILSENA | | will fax my copy to dee for updating. |
| 01/12/04 | NWILSENA | | also make sure there is a lit budget in file |
| 01/12/04 | NWILSENA | | and alae is reserved accordingly |
| 01/12/04 | DGALA | | . |
| 01/12/04 | DGALA | DC | DEFENSE COUNSEL ----------------------------------------------- |
| 01/12/04 | DGALA | | ret Steve Duggans call, lmco on his vm. |
| 01/12/04 | DGALA | | |
| 01/12/04 | DGALA | | |
| 01/12/04 | DGALA | | |
| 01/12/04 | DGALA | | |
| 01/12/04 | DGALA | | |
| 01/12/04 | DGALA | | |
| 01/12/04 | DGALA | | |
| 01/12/04 | DGALA | | |
| 01/12/04 | DGALA | | |
| 01/12/04 | DGALA | | |
| 01/12/04 | DGALA | | |
| 01/12/04 | DGALA | | |
| 01/12/04 | DGALA | | |
| 01/12/04 | DGALA | | |
| 01/12/04 | DGALA | | |
| 01/12/04 | DGALA | | |
| 01/12/04 | DGALA | | |
| 01/12/04 | DGALA | | |
| 01/12/04 | DGALA | | |

Atty Client

07/01/04                          Claim Number: K1-004792              Printed by: MMALANY      Page:  9

FILE NOTES:

| Date | User | Code | Note |
|------|------|------|------|
| 01/12/04 | DGALA | | |



01/12/04 DGALA

01/12/04 DGALA    in Aug 03, pltf extended demand of 16,500,000 & in Dec, due
01/12/04 DGALA    to frustration of lack of response from defendants, increas
01/12/04 DGALA    ed demand to 19,500,000. It appears that no offer has been
01/12/04 DGALA    made by any of the defendants.  Pltf counsel realized that
01/12/04 DGALA    our insd was just brought into complaint & their anger &
01/12/04 DGALA    frustraion is not directed toward insd or us.
01/12/04 DGALA    .
01/12/04 DGALA    AP  ACTION PLAN------------------------------------------------
01/12/04 DGALA    natalie has requested updated MLR; appears that it has neve
01/12/04 DGALA    rbeen submitted.  However, I would like to discuss further
01/12/04 DGALA    w/dc prior to filing & posting any addnl resvs. I would
01/12/04 DGALA    like to discuss the injs w/him & what he thinks our actual
01/12/04 DGALA    potential exposure may be.  Pltf suffered a "burst" fx of T
01/12/04 DGALA    12 vertebrae, rendereing this 48 yr old woman a paraplegic.
01/12/04 DGALA    According to dc rept, meds incurred in excess of 400K & tha
01/12/04 DGALA    & her drs have opined there is virtually no chance that she
01/12/04 DGALA    will regain use,however limited of her lower extremities.
01/12/04 DGALA    Pltf husband has asserted loss of consortium claim.
01/12/04 DGALA    .
01/12/04 DGALA    DC  DEFENSE COUNSEL ------------------------------------------
01/12/04 DGALA
01/12/04 DGALA
01/12/04 DGALA
01/12/04 DGALA
01/12/04 DGALA
01/12/04 DGALA
01/12/04 DGALA
01/12/04 DGALA
01/12/04 DGALA
01/12/04 DGALA
01/12/04 DGALA
01/12/04 DGALA
01/12/04 DGALA

07/01/04                          Claim Number: K1-004792              Printed by: MMALANY    Page: 10

FILE NOTES:           Date    User    Code Note
           -------------------------------------------------------------------------------------------
           01/12/04 DGALA          ~~negligence~~                    
           01/12/04 DGALA    ..
           02/23/04 DGALA    DIA  DIARY------------------------------------------------------------
           02/23/04 DGALA
           02/23/04 DGALA
           02/23/04 DGALA
           02/24/04 DGALA         Lit budget thru discovery is 33300, thru trial is 42600.
           02/24/04 DGALA         Via MLR , i am recommending ALAE Resvs to 33K. I have a
           02/24/04 DGALA         legal bill in file for d/s from 11-19/12-31-03 for total of
           02/24/04 DGALA         11563. Based on docs rcvd & work done, this is in line.
           02/24/04 DGALA         When resvs posted, will req pmt of this bill.
           02/24/04 DGALA
           02/24/04 DGALA                                                          
           02/24/04 DGALA
           02/24/04 DGALA
           02/24/04 DGALA
           02/24/04 DGALA
           02/24/04 DGALA
           02/24/04 DGALA
           02/24/04 DGALA
           02/24/04 DGALA
           02/24/04 DGALA
           02/24/04 DGALA
           02/24/04 DGALA
           02/24/04 DGALA         Also note that insd contract w/town(co-third party def) con
           02/24/04 DGALA         tains hold harmless clause. Town has filed MSJ based on imm
           02/24/04 DGALA         unity & even if not granted & town found to have some negli
           02/24/04 DGALA         gence, based on contract, it would fall on insd to pay thei
           02/24/04 DGALA         r portion of the claim.
           02/24/04 DGALA         It does appear that truck driver,Zalewski was clearly liabl
           02/24/04 DGALA         e & that he had taken eyes from road; whether signage would
           02/24/04 DGALA         have prevented acc is question for a jury.
           02/24/04 DGALA         _.
           02/24/04 DGALA    DAM  DAMAGES----------------------------------------------------------
           02/24/04 DGALA         No med bills in file, some recs. Clmt suffered burst fx of
           02/24/04 DGALA         t12 vertebrae, numerous rib fxs, left pneumothorax & number
           02/24/04 DGALA         of bruises & contusions. Underwent spinal fusion 1/02 &
           02/24/04 DGALA         while in hospital, dx w/subaracnoid hemorrhage, pneumonia,
           02/24/04 DGALA         UTI, sacral decubitis ulcer, diabetes & pancreatitus. While
           02/24/04 DGALA         there, she sufffered from cerebral hematoma & thrombosis in
           02/24/04 DGALA          left leg. Released from Hospital to Rehab Hospital 2/5-02
           02/24/04 DGALA         & discharged home 4-16-02. Meds in excess of 400K. Her txng
           02/24/04 DGALA         . drs dont think she has much chance of regaining use of her
           02/24/04 DGALA         legs. Clmt is now 48; other claims are loss of consortium
           02/24/04 DGALA         by her husband & child; nothing to document those claims to
           02/24/04 DGALA         date.
           02/24/04 DGALA         .
           02/24/04 DGALA         Under MA law, any party found to have contributed to the pl
           02/24/04 DGALA         tf dmgs, w/o regard to percentage of fault, is jointly liab
           02/24/04 DGALA         le to pltf for full extent of dmgs, on a pro rata basis,eve
           02/24/04 DGALA         n if % is as low as 1%. So even if 3rd party pltf can estab
           02/24/04 DGALA         lish that our insd was ain any way negligent, & if that neg
           02/24/04 DGALA         ligence was a proximate cause of pltf injs, insd can be hel
           02/24/04 DGALA         d liable, pro rata, for full amt of dmgs.
           02/24/04 DGALA         .

FILE NOTES:          Date     User    Code Note
                     -------------------------------------------------------------------------------------------------

                     02/24/04 DGALA          Demand made is 19_,500,000. No offer has been made by any o
                     02/24/04 DGALA          f the defendants or 3rd party defendants. Based on the
                     02/24/04 DGALA          amt of dmgs, the pro-rata based on the joint & several law
                     02/24/04 DGALA          .in MA & possibility of insds negligence, we are recommendin
                     02/24/04 DGALA          g a resv of 350K at this time via MLR.
                     02/24/04 DGALA          .
                     02/24/04 DGALA    AP    ACTION PLAN-----------------------------------------------------
                     02/24/04 DGALA          Obtain addnl info that was developed by discovery prior to
                     02/24/04 DGALA          our involvement pertaining to liab, truck driver's relation
                     02/24/04 DGALA          ship to other co-defs & the expert repts w/regard to pltf
                     02/24/04 DGALA          lif expectancy & any other dmgs being claim. Also need all
                     02/24/04 DGALA          med bills incurred & any med recs that may be pertinent for
                     02/24/04 DGALA          evaluating the inj claim as presented.
                     02/24/04 DGALA          .
                     02/24/04 DGALA          Prepped updated MLR yesterday & emailed to supv. I was una
                     02/24/04 DGALA          ble to enter notes as I was bumped off the internet & when
                     02/24/04 DGALA          I got back on, the record was locked & unable to get back
                     02/24/04 DGALA          into this electronic file after several tries.
                     02/24/04 DGALA          .
                     02/24/04 DGALA          Adj.Diary:03/26/04:lit status;addnl info
                     02/24/04 DGALA          Sup.Diary:03/26/04:lit status;addnl info
                     02/24/04 NWILSENA        .
                     02/24/04 NWILSENA NOTE SUPERVISOR/DIRECTOR/MANAGEMENT NOTES    *******************
                     02/24/04 NWILSENA        reviewed mlr and sent it back to Dee fr add'l infor
                     02/24/04 NWILSENA        .
                     02/24/04 NWILSENA        Because of the Joint and Several, there is a huge amount o
                     02/24/04 NWILSENA        f exposure. This claim will have to take priority
                     02/24/04 NWILSENA        We need to determine the following...
                     02/24/04 NWILSENA        1. We need a copy of the Joint and Several statute in MA.
                     02/24/04 NWILSENA        Contact dc and have him send over the Statute electrically
                     02/24/04 NWILSENA        so we can email it up to Kemper. Is J & S for economic dam
                     02/24/04 NWILSENA        ages only or does it include general damages?
                     02/24/04 NWILSENA        2. Also get a copy of the Statute regarding the signal for
                     02/24/04 NWILSENA        construction (also electrically)..
                     02/24/04 NWILSENA        3. Contact the Auto carrier for insured. Leon had made con
                     02/24/04 NWILSENA        tact but did not followup. Are they involved? Have they se
                     02/24/04 NWILSENA        en the suit? Have they denied coverage?
                     02/24/04 NWILSENA        4. Has a excess letter been sent to insured?
                     02/24/04 NWILSENA        5. Does the insured have umbrella coverage, who is the carr
                     02/24/04 NWILSENA        ier?
                     02/24/04 NWILSENA        6. Has there been a Life Care Plan put together in this cas
                     02/24/04 NWILSENA        e? This will give us a good idea of the total specials.
                     02/24/04 NWILSENA        7. Have Defense Counsel do verdict research for these types
                     02/24/04 NWILSENA        of injuries.
                     02/24/04 NWILSENA        .
                     02/24/04 NWILSENA        emailed these req to Dee for priority handling.
                     02/24/04 NWILSENA        Will have her get as much info as possible so we
                     02/24/04 NWILSENA        can send it up Kemper asap.
                     02/25/04 DGALA          .
                     02/25/04 DGALA    MISC MISCELLANEOUS ----------------------------------------------
                     02/25/04 DGALA          in response to supv questions.
                     02/25/04 DGALA          1 & 2. We dont have copies of the MA statutes in file.
                     02/25/04 DGALA          Called dc & lmco to req that info & to inquire re:other
                     02/25/04 DGALA          issues.

07/01/04                              Claim Number: K1-004792            Printed by: MMALANY       Page: 12
====================================================================================================

FILE NOTES:

| Date | User | Code | Note |
|------|------|------|------|

---------------------------------------------------------------------------------

02/25/04 DGALA        3. Will get insd auto carrier info from file & contact them
02/25/04 DGALA        to determine if they are involved; have they seen the suit
02/25/04 DGALA        & what the status of that claim is.
02/25/04 DGALA        4.  excess ltr has not been sent to insd, but will draft it
02/25/04 DGALA        & have supv review prior to sending to insd.
02/25/04 DGALA        5. Will check w/agent re:any umbrella policy_ for insd
02/25/04 DGALA        6. Life Care Plan on pltf is in file. Per that plan, futur
02/25/04 DGALA        e annual costs are estimated at 1.6mil-2.3.
02/25/04 DGALA        Future episodic costs are estimated at 515-650K.
02/25/04 DGALA        Potential complications & associated risk reasonaby expecte
02/25/04 DGALA        d for person who has suffered similar spinal cord inj costs
02/25/04 DGALA        estimated at 60-76K.
02/25/04 DGALA        Per pltf atty in demand made of original defendants in the
02/25/04 DGALA        case on 8-13-03, the med bills at that time totaled
02/25/04 DGALA        413,977.68. We do not have copies of the bills.
02/25/04 DGALA        "hard" dmgs based on this info is in the range of
02/25/04 DGALA        2,529,037.58-3,439,977.68.
02/25/04 DGALA
02/25/04 DGALA
02/25/04 DGALA
02/25/04 DGALA
02/25/04 DGALA
02/25/04 DGALA        He is_ led to believe that the defendants are attempting to
02/25/04 DGALA        posture the case for mediation & says this is NOT a case
02/25/04 DGALA        we want to proceed to trial; but to date, no info w/regard
02/25/04 DGALA        to potential mediation but will be following up w/other dc
02/25/04 DGALA        in this regard.
02/25/04 DGALA        .
02/25/04 DGALA        prepped excess ltr & emailed to Natalie for review; I haven
02/25/04 DGALA        t sent excess ltrsince being w/Network & want to verify
02/25/04 DGALA        form/content for this carrier.
02/25/04 DGALA        .
02/25/04 DGALA        tel agency 781-235-3100; kathy is gone for the day & she is
02/25/04 DGALA        the agent on this acct; transferred me to Jane Loomis; got
02/25/04 DGALA        her vm; lmco w/info re:excess cvg & if so, w/whom.
02/25/04 DGALA        .
02/25/04 DGALA        rcvd vm msg from Jane at agency; their computer system show
02/25/04 DGALA        s no excess/umbrella cvg for insd thru their agency for thi
02/25/04 DGALA        s d/a.  she said I could check w/Jeff Whalen tomorrow to_
02/25/04 DGALA        see if he knws anything at 781-235-3100X232 after 8:30.
02/25/04 DGALA        .
02/26/04 NWILSENA NOTE SUPERVISOR/DIRECTOR/MANAGEMENT NOTES    *******************
02/26/04 NWILSENA     dee- ok to send the excess letter submitted
02/26/04 NWILSENA     Please update the mlr w. the damages info listed
02/26/04 NWILSENA     above.
02/26/04 NWILSENA     Get a copy of the statute from dc asap.
02/26/04 NWILSENA     update the mlr with that infor and
02/26/04 NWILSENA     see if the statute can also be sent electronically
02/26/04 NWILSENA     Please submit update mlr asap
02/26/04 NWILSENA     .
02/26/04 NWILSENA     emailed dee w. reqs
02/26/04 DGALA        .
02/26/04 DGALA    DC  DEFENSE COUNSEL -----------------------------------------------
02/26/04 DGALA
02/26/04 DGALA

07/01/04                            Claim Number: K1-004792              Printed by: MMALANY      Page: 13
=================================================================================================================

FILE NOTES:            Date    User    Code Note
                       --------------------------------------------------------------------------------
                       02/26/04 DGALA      [redacted]                                                    Atty Client
                       02/26/04 DGALA      [redacted]
                       02/26/04 DGALA      [redacted]
                       02/26/04 DGALA
                       02/26/04 DGALA      He advised that the tentative pretrial conf has been sched
                       02/26/04 DGALA      for 4-1-04; when confirmed, he will advise; nothing much
                       02/26/04 DGALA      happens on these in this juris, but trial setting.  He has
                       02/26/04 DGALA      also confirmed w/insd that there is no excess cvg.
                       02/26/04 DGALA      He has insds new address:
                       02/26/04 DGALA      4144 Old Newbury Hwy
                       02/26/04 DGALA      Whitmire, SC  29178-9285
                       02/26/04 DGALA      phone for insd is 803-694-4356.
                       02/26/04 DGALA      I will print up another excess letter to this address &
                       02/26/04 DGALA      send one here as well.
                       02/26/04 DGALA
                       03/02/04 NWILSENA NOTE SUPERVISOR/DIRECTOR/MANAGEMENT NOTES   *******************
                       03/02/04 NWILSENA    Dee, Did we get a copy of the insured's deposition?  Did h
                       03/02/04 NWILSENA  e confirm that there were no construction signs?  Did he in
                       03/02/04 NWILSENA  dicate how far the insured vehicle was in the roadway?
                       03/02/04 NWILSENA  Have you heard back from the auto carrier?  What is there p
                       03/02/04 NWILSENA  osition?
                       03/02/04 NWILSENA  Did we get the verdict research back?
                       03/02/04 NWILSENA  Status of the "other" coverage search?
                       03/02/04 NWILSENA  a
                       03/03/04 DGALA      .
                       03/03/04 DGALA    MISC MISCELLANEOUS ------------------------------------------------
                       03/03/04 DGALA      sent copy of file since last mlr to Natalie to send to
                       03/03/04 DGALA      carrier.
                       03/03/04 DGALA      .
                       03/03/04 JMAYER   NOTE SUPERVISOR/DIRECTOR/MANAGEMENT NOTES   *******************
                       03/03/04 JMAYER   REWD NOTES AND MLR -
                       03/03/04 JMAYER   1. LETS REVIEW IN DETIAL THE 3RD PARTY COMPLAINT ON ALLEGAT
                       03/03/04 JMAYER   IONS AGAINST THE INSURED PURSUANT TO WHETHER AUTO OR GL COV
                       03/03/04 JMAYER   EAGE APPLIES.  WOULD THE CONE ISSUE BEING ARISING OUT TO FH
                       03/03/04 JMAYER   THE USE OF AN AUTO AND SHOULD WE ROR ON GL EXPOSURE.
                       03/03/04 JMAYER   2. GET STATUS FROM AUTO CARRIER ON COVG POISITON AND LIMITS
                       03/03/04 JMAYER   3. WHAT ARE THE SPECIFIC LIMITS OF THE TRUCK DRIVER COMPANY
                       03/03/04 JMAYER    AND PENSKE FOR THE BRAKE ISSUES.  IF THEY HAVE SUFFICIENT
                       03/03/04 JMAYER   LIMITS TO SETTLE THE CLAIM WE CAN LEVERAGE THERE EXPOSUEE M
                       03/03/04 JMAYER   BASED ON DRIVER STATEMETN AND DISCOVERY AT MEDIAITON.
                       03/03/04 JMAYER   4. WE NEED TRANSCRIPTS OF ALL DEPOSITIONS TO DATE.  WAS THE
                       03/03/04 JMAYER    OFFICER, DRIVER, 2 WITNESSES DEPOSED?  WE NEED OUR INSURED
                       03/03/04 JMAYER    DEPO AND WAS HE REPRESENTED BY COUNSEL AT THE TIME?
                       03/03/04 JMAYER   5. PLEASE GET A COPY OF THE CONSTRUCTION SITE STATUTE IN TH
                       03/03/04 JMAYER    E FILE FOR OUR REVIEW.  HAS AN EXPERT OPINED ON THIS SUBJEC
                       03/03/04 JMAYER   T?
                       03/03/04 JMAYER   6.
                       03/03/04 JMAYER   IF CITY IS MOST LIKELY GOING TO GET OUT ON MSJ AND WE OWE T
                       03/03/04 JMAYER   HEM POTENTIAL DEF OBLIGATION WE SHOULD SEE IF THE OFFICER H
                       03/03/04 JMAYER   AS BEEN DEPOSED OR WILL BE DEPOSED AND ALLY OUR DEFENSES AN
                       03/03/04 JMAYER   D NOT POINT FINGERS.  WILL THE OFFICER TESTIFY THAT BASED O
                       03/03/04 JMAYER   N HIS PRESENCE IN HIS OPINION OUR INSRED DID NOT NEED SIGNA
                       03/03/04 JMAYER   GE AND WILL HE CONFIRM THE POSITION OF OUR VEH OFF THE ROAD
                       03/03/04 JMAYER   - HE WILL ADD CREDIBILITY TO THE SCENE INVESTIGAITON. IF TH

```
FILE NOTES:              Date    User    Code Note
                         ----------------------------------------------------------------------------------
                         03/03/04 JMAYER        E CITY IS OUT ON MSJ OFFICER WOULD HAVE NOT INCENTIVE TO PO
                         03/03/04 JMAYER        INT A FINGER AT ANYONE OTHER THAN POTENTIALL THE DRIVER UND
                         03/03/04 JMAYER       ,LESS WE ACTUALLY WERE IN THE WRONG.
                         03/03/04 JMAYER        7. PLEASE CLEARY OUTLINE HOW THE OFFICER WAS CALLED TO THE
                         03/03/04 JMAYER        SCENE -WAS IT AS AN ADDED MEASURE TO TAKE THE HIGHEST PRECA
                         03/03/04 JMAYER        USTIONS AND WILL IT BE PERCEIVED THAT WAY BY A JURY?
                         03/03/04 JMAYER        -LASTLY WE WILL GET VERDICT RESEARCH FOR THIS TYPE OF INJ
                         03/03/04 JMAYER        -DISPOSITION PLAN WILL BE TO ATTEND ANY MEDATION SETTING BA
                         03/03/04 JMAYER        SEDON A SEVERAL EXPOSURE % OF TRIAL RECOMMENDATION WITH LIT
                         03/03/04 JMAYER        BUDGET CONSIDERATION. ESPECIALLY, IF THE TRUCKING COMPANY
                         03/03/04 JMAYER        HAS SUFFICIENT LIMITS FOR 90% OF THE EXPOSURE.
                         03/03/04 JMAYER        -EMAIL TO NAT TO REVISE MLR SLIGHTLY PRIOR TO SUBMITTING.
                         03/03/04 NWILSENA      .
                         03/03/04 NWILSENA NOTE SUPERVISOR/DIRECTOR/MANAGEMENT NOTES     ******************
                         03/03/04 NWILSENA      emailed dee with req for driver's limits
                         03/03/04 NWILSENA      underlying and umbrella
                         03/03/04 NWILSENA      I also req a fax of the third party complaint
                         03/03/04 NWILSENA      to review for coverage
                         03/04/04 NWILSENA      ./
                         03/04/04 NWILSENA NOTE SUPERVISOR/DIRECTOR/MANAGEMENT NOTES     ******************
                         03/04/04 NWILSENA      rec email from dee
                         03/04/04 NWILSENA      the driver has underlying limits thru Zurich for 2 mill
                         03/04/04 NWILSENA      and umbrella w. unlimits w. AIG
                         03/04/04 NWILSENA      She has contacted dc and req those limits
                         03/04/04 NWILSENA      She also req a cop of depos but per dc, insured
                         03/04/04 NWILSENA      denies puttingout warning signs.
                         03/04/04 NWILSENA      -
                         03/04/04 NWILSENA      I reviewed the complaint to determine
                         03/04/04 NWILSENA      if auto carrier should be involved
                         03/04/04 NWILSENA      The third party complaint is rather short
                         03/04/04 NWILSENA      the basic allegation against the city and insured is
                         03/04/04 NWILSENA      "had a duty to provide markers, warning signs and
                         03/04/04 NWILSENA      traffic control devices on the worksit adjacent
                         03/04/04 NWILSENA      to Route 109"
                         03/04/04 NWILSENA      .
                         03/04/04 DGALA     DC  DEFENSE COUNSEL ------------------------------------
                         03/04/04 DGALA
                         03/04/04 DGALA         the def driver,zalewski underlying limits are 2mil & the
                         03/04/04 DGALA         other cvgs for penski/DSL including umbrella/excess has
                         03/04/04 DGALA         been confirmed at total of 50mil.
                         03/04/04 DGALA         i will check w/agent & insd if necessary re:the CA cvg with
                         03/04/04 DGALA         regard to the truck issues.
                         03/04/04 DGALA         Insd said in his depo that the truck was to the rt of the
                         03/04/04 DGALA         fog line, which is white painted line on rt side of roadway
                         03/04/04 DGALA         ending the travel lane beginning the shoulder; however,
                         03/04/04 DGALA         testimony of all other witnesses say the truck was straddel
                         03/04/04 DGALA         ing the fog line.  It is my opinion & that of dc that the
                         03/04/04 DGALA         positioning of the veh had nothing to do w/the acc. there
                         03/04/04 DGALA         was no impact w/IV. CV was stopped in the travel lane at th
                         03/04/04 DGALA         e direction of police officer directing traffic.  Zalewski
                         03/04/04 DGALA         hit her in rear & pushed her veh into a tree.  However, we
                         03/04/04 DGALA         will determine the CA carrier & put them on notice here for
                         03/04/04 DGALA         J&S purposes. Position of IV did not block view of Zalewski
                         03/04/04 DGALA         I will prep ROR ltr pertaining to thos allegations & get
```

*Atty Client*

================================================================================

FILE NOTES:

| Date | User | Code | Note |
|------|------|------|------|
| 03/04/04 | DGALA | | to Natalie for review. |
| 03/04/04 | DGALA | | DC will provide copy of the Insd depo transcript; there are |
| 03/04/04 | DGALA | | numerous other depos that were taken prior to our involveme |
| 03/04/04 | DGALA | | nt & he will get the the voluminous info together & send |
| 03/04/04 | DGALA | | for my file; He will get INsd depo & that of the Officer |
| 03/04/04 | DGALA | | who directing traffic to me 1st. |
| 03/04/04 | DGALA | | Insd was not represented by counsel at his depo & per dc, |
| 03/04/04 | DGALA | | his attitude was that signs were nt necessary as noone pays |
| 03/04/04 | DGALA | | any attn to them anyway so why bother... |
| 03/04/04 | DGALA | | . |
| 03/09/04 | NWILSENA | NOTE | SUPERVISOR/DIRECTOR/MANAGEMENT NOTES   ******************* |
| 03/09/04 | NWILSENA | | dee, we the breakdown of the liab limits of each defendant |
| 03/09/04 | NWILSENA | | Specificall, the driver's umbrell thru AIG. |
| 03/09/04 | NWILSENA | | . |
| 03/09/04 | NWILSENA | | emailed updated mlr to Shundra at Kemper |
| 03/17/04 | NWILSENA | | . |
| 03/30/04 | DGALA | DIA | DIARY------------------------------------------------------- |
| 03/30/04 | DGALA | DC | DEFENSE COUNSEL -------------------------------------------- |
| 03/30/04 | DGALA | | I have had several telephone conversations w/our dc Steve |
| 03/30/04 | DGALA | | Duggan re:this case in reference to getting Shundra's quest |
| 03/30/04 | DGALA | | ions answered re:clmt employment at time of loss (not emplo |
| 03/30/04 | DGALA | | yed), IME (none), motions we have filed given liab issues |
| 03/30/04 | DGALA | | (none), consortium claim presented by the child (1 dependen |
| 03/30/04 | DGALA | | t; female, 14yrs old, apparently close & the claim is subst |
| 03/30/04 | DGALA | | antial), verdict research for similar claims (in file), |
| 03/30/04 | DGALA | | case eval, now in file. |
| 03/30/04 | DGALA | | I have emailed copy of the case eval rcvd via email yesterd |
| 03/30/04 | DGALA | | ay from dc to Natalie; this rept answers the questions. |
| 03/30/04 | DGALA | | In telecon w/dc yesterday, he advisd the pretrial is sched |
| 03/30/04 | DGALA | | for tomorrow 4-1 & he is hopeful that there will be some |
| 03/30/04 | DGALA | | discussion re:settlement or mediation. He doesnt feel that |
| 03/30/04 | DGALA | | we should be the party to broach the subject as we are a |
| 03/30/04 | DGALA | | relatively minor player in the litigation, however, due to |
| 03/30/04 | DGALA | | J&S in the jurisdiction, our exposure could be policy limit |
| 03/30/04 | DGALA | | of 1mil. He suggested that we determine if we want to |
| 03/30/04 | DGALA | | attempt a settlement directly w/pltf to let us out of the |
| 03/30/04 | DGALA | | suit & this way, they can finance the balance of the litiga |
| 03/30/04 | DGALA | | tion. He said it is possible that pltf would accept 3-500K |
| 03/30/04 | DGALA | | from us. This is also covered in the rept that I mailed |
| 03/30/04 | DGALA | | to supv. I feel that if pltf is open to this, it is someth |
| 03/30/04 | DGALA | | ing that we should take a hard look at doing, considering |
| 03/30/04 | DGALA | | the extent of injs, consortium claims & possible limits exp |
| 03/30/04 | DGALA | | osure. |
| 03/30/04 | DGALA | | . |
| 03/30/04 | DGALA | | Adj.Diary:04/26/04:lit status;addnl info |
| 03/30/04 | DGALA | | Sup.Diary:04/26/04:lit status;addnl info |
| 03/31/04 | NWILSENA | | . |
| 03/31/04 | NWILSENA | NOTE | SUPERVISOR/DIRECTOR/MANAGEMENT NOTES   ******************* |
| 03/31/04 | NWILSENA | | rec defense counsel eval of hte file |
| 03/31/04 | NWILSENA | | I am reviewing his eval |
| 03/31/04 | NWILSENA | | Emailed dee- Please update MLR w. dc eval |
| 03/31/04 | NWILSENA | | and resubmit to me. |
| 04/06/04 | DGALA | | . |
| 04/06/04 | DGALA | DC | DEFENSE COUNSEL -------------------------------------------- |

07/01/04                          Claim Number: K1-004792          Printed by: MMALANY     Page: 16
=================================================================================================

FILE NOTES:        Date    User    Code Note
                   -------------------------------------------------------------------------------
                   04/06/04 DGALA       Steve Duggan c/o.  The town of Medway has been dismissed
                   04/06/04 DGALA       from the case.  He doubts there will be an appeal filed by
                   04/06/04 DGALA       the pltf.  Trial date is 9-7-04 & have been assured we will
                   04/06/04 DGALA        be the first case out if not settled.
                   04/06/04 DGALA       there has been offer made by main defendant; the 2 mil poli
                   04/06/04 DGALA       cy; rejected w/no counter. Atty for AIG was at the conferen
                   04/06/04 DGALA       ce & so it looks as tho the excess carrier will be involved
                   04/06/04 DGALA       & possible they may take over the defense. with the 2mil be
                   04/06/04 DGALA       ing offered & pltf has now indicatedthat he would mediate
                   04/06/04 DGALA       case.  We have never rcvd any responses to our disc reqeust
                   04/06/04 DGALA       s for experts; all parties did have acc reconstructionist &
                   04/06/04 DGALA       appears they are all pointing finger at insd; do we want to
                   04/06/04 DGALA       hire our own expert? to negate insd as contributing cause.
                   04/06/04 DGALA       We are working on getting the responses re:the experts info
                   04/06/04 DGALA       from toher parties.
                   04/06/04 DGALA
                   04/06/04 DGALA
                   04/06/04 DGALA
                   04/06/04 DGALA
                   04/06/04 DGALA
                   04/06/04 DGALA       Experts that dc has spoken w/are unable to say if signage
                   04/06/04 DGALA       would have made a difference.  Truck driver had 800ft of
                   04/06/04 DGALA       clear view from time he crested a hill to the time he impac
                   04/06/04 DGALA       ted the clmt...800 ft is a long way (2&1/2 football fields.
                   04/06/04 DGALA       Regs dont say how far or where.  He believes it would be wo
                   04/06/04 DGALA       rthwhile to hire expert to negate the cause of acc as being
                   04/06/04 DGALA       lack of signage.
                   04/06/04 DGALA       DC suggests
                   04/06/04 DGALA
                   04/06/04 DGALA
                   04/15/04 NWILSENA
                   04/15/04 NWILSENA MLR MAJOR LOSS REPORT ----------------------------------------
                   04/15/04 NWILSENA     dee- please forward mlr on this file asap
                   04/27/04 DGALA       .
                   04/27/04 DGALA    MLR MAJOR LOSS REPORT ----------------------------------------
                   04/27/04 DGALA       Pertinent info from MLR follows.
                   04/27/04 DGALA       .
                   04/27/04 DGALA       Other defendants have retained acc reconstruction experts.
                   04/27/04 DGALA       DC is concerned that
                   04/27/04 DGALA
                   04/27/04 DGALA
                   04/27/04 DGALA         This leads to issue as to whether or not we will retain
                   04/27/04 DGALA       expert to testify on behalf of insd. Feedback obtained from
                   04/27/04 DGALA       those who may be considered has not been positive, but they
                   04/27/04 DGALA       would need to review all info/acc site.  Est cost of retaini
                   04/27/04 DGALA       ng expert is 5-7K.
                   04/27/04 DGALA
                   04/27/04 DGALA       h
                   04/27/04 DGALA
                   04/27/04 DGALA
                   04/27/04 DGALA
                   04/27/04 DGALA
                   04/27/04 DGALA

FILE NOTES:

| Date | User | Code | Note |
|------|------|------|------|
| 04/27/04 | DGALA | | |
| 04/27/04 | DGALA | | Due to Joint & Several Statute & MUTCD, if insd were found |
| 04/27/04 | DGALA | | liable, exposure could exceed our limits. |
| 04/27/04 | DGALA | | Pretrial Conf held on 4-1 & not much occurred other than |
| 04/27/04 | DGALA | | discussion of trial date & possiblity of mediation. All par |
| 04/27/04 | DGALA | | ties appeared agreeable provided they can agree on mediator |
| 04/27/04 | DGALA | | DC feels that we should explore the possibility of settling |
| 04/27/04 | DGALA | | w/plft prior to trial. He felt that pltf perhaps could use |
| 04/27/04 | DGALA | | that to finance balance of suit against other parties & tha |
| 04/27/04 | DGALA | | t we may then be able to conclude the claim for something |
| 04/27/04 | DGALA | | less than our policy limits. |
| 04/27/04 | DGALA | | . |
| 04/27/04 | DGALA | | Do we want to explore possibility of settlement? |
| 04/27/04 | DGALA | | Do we want to particpate in mediation? |
| 04/27/04 | DGALA | | Do we want to hire acc reconstructionist? |
| 04/27/04 | DGALA | | . |
| 04/27/04 | DGALA | | Trial is set for 9-7-04. |
| 04/27/04 | DGALA | | . |
| 04/27/04 | DGALA | | recommended resvs at 500K. |
| 04/27/04 | DGALA | | . |
| 04/27/04 | DGALA | | Adj.Diary:05/26/04:lit status;addnl info |
| 04/27/04 | DGALA | | Sup.Diary:05/26/04:lit status;addnl info |
| 04/27/04 | DGALA | | . |
| 04/27/04 | DGALA | DC | DEFENSE COUNSEL ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ |
| 04/27/04 | DGALA | | Ret Steve Duggans call, 508-230-2500 X201; |
| 04/27/04 | DGALA | | |
| 04/27/04 | DGALA | | |
| 04/27/04 | DGALA | | |
| 04/27/04 | DGALA | | |
| 04/27/04 | DGALA | | |
| 04/27/04 | DGALA | | |
| 04/27/04 | DGALA | | |
| 04/27/04 | DGALA | | . |
| 04/27/04 | DGALA | PAY | PAYMENT REQUESTS ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ |
| 04/27/04 | DGALA | | legal fee & exp invs |
| 04/27/04 | DGALA | | |
| 04/27/04 | DGALA | | |
| 04/27/04 | DGALA | | . |
| 05/11/04 | RWOOD | | Adj.Diary:05/26/04:lit status;addnl info |
| 05/11/04 | RWOOD | | Sup.Diary:05/26/04:lit status;addnl info |
| 06/07/04 | LSHORT | | . |
| 06/07/04 | LSHORT | MLR | MAJOR LOSS REPORT ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ |
| 06/07/04 | LSHORT | | INTERIM TO J |
| 06/08/04 | LSHORT | | . |
| 06/08/04 | LSHORT | LIT | LITIGATION ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ |
| 06/08/04 | LSHORT | | tc to def. counsel  - lmtcb re: |
| 06/08/04 | LSHORT | | 1. Determine OneBeacons coverage position and |
| 06/08/04 | LSHORT | | willingness to participate, |
| 06/08/04 | LSHORT | | 2. Identify the carriers for DLS and Penske and |
| 06/08/04 | LSHORT | | determine why they are not participating, |
| 06/08/04 | LSHORT | | 3. Obtain our own accident reconstruction evaluation |
| 06/08/04 | LSHORT | | in an attempt to defend the allegations made by |
| 06/08/04 | LSHORT | | GAF and anticipated allegations of DLS and Penske, |
| 06/08/04 | LSHORT | | 4. Obtain our own medical expert and life care planner |

FILE NOTES:          Date    User    Code Note
                     ------------------------------------------------------------------------------------
                     06/08/04 LSHORT        to verify the life care plan costs and claimed medical
                     06/08/04 LSHORT        and  other special damages,
                     06/08/04 LSHORT        5. Obtain the opinions of other accident reconstruction
                     06/08/04 LSHORT        and medical experts,
                     06/08/04 LSHORT        6. Re-review our position relative to a Motion For
                     06/08/04 LSHORT        Summary Judgment and determine if it remains non-viable,
                     06/08/04 LSHORT        7. Depose Officer Boultenhouse to obtain favorable
                     06/08/04 LSHORT        testimony regarding lacking sign placement was not
                     06/08/04 LSHORT        'a contributing factor,
                     06/08/04 LSHORT        8. Obtain defense counsels settlement analysis,
                     06/08/04 LSHORT        Pre-Trial Report and Proposed Litigation Budget,
                     06/08/04 LSHORT        9. Prepare for and participate in the pending mediation
                     06/08/04 LSHORT        letter to def. counsel re: same
                     06/08/04 LSHORT        Adj.Diary:07/14/04:mediation status
                     06/08/04 LSHORT        Sup.Diary:07/14/04:
                     06/09/04 LSHORT        .
                     06/09/04 LSHORT        REVIEWED AP W/ DEF. COUNSEL.
                     06/09/04 LSHORT
                     06/09/04 LSHORT
                     06/09/04 LSHORT
                     06/09/04 LSHORT
                     06/09/04 LSHORT
                     06/09/04 LSHORT
                     06/09/04 LSHORT
                     06/09/04 LSHORT             MENT.
                     06/09/04 LSHORT
                     06/09/04 LSHORT
                     06/10/04 LSHORT        .
                     06/10/04 LSHORT    MLR MAJOR LOSS REPORT -----------------------------------------------
                     06/10/04 LSHORT        REVISED MLR TO J REQUESTING/RECOMMENDING PRE-TRIAL
                     06/10/04 LSHORT        SETTLEMENT AUTH FOR DIRECT SETTLEMENT W/ PLTF OF 800,000
                     06/10/04 LSHORT        AND RESERVE AUTHORITY FOR 1,000,000.
                     06/14/04 JMAYER        .
                     06/14/04 JMAYER   NOTE SUPERVISOR/DIRECTOR/MANAGEMENT NOTES    *******************
                     06/14/04 JMAYER        REWD FILE AND MLR STATUS.
                     06/14/04 JMAYER        -WE HAVE ADDRESSED THE J AND SEVERAL ISSUES IN MASS AND WIL
                     06/14/04 JMAYER        L HAVE A BEST CASE SCENARIO OF OUR PRO-RATA SHARE OF THE EX
                     06/14/04 JMAYER        POSURE IF WE ARE FOUND A PROXIMATE CAUSE OF THE ACCIDENT WI
                     06/14/04 JMAYER        TH NO RECOVERY POTENTIAL.
                     06/14/04 JMAYER        -WE HAVE ADVERSE ISSUES OF VIOLATING A CONST STATUTE AND
                     06/14/04 JMAYER        IMMUNE OFFICER TESTIMONY THAT SIGNS WERE REQUIRED AND HE HA
                     06/14/04 JMAYER        D WORKED WITH OUR INSURED IN THE PAST AND THEY WERE PLACED
                     06/14/04 JMAYER        IN THE PAST BUT NOT ON THIS DOL
                     06/14/04 JMAYER        -WE FEEL THE 10% DEF VERDICT POTENTIAL IS ACCURAT ON PROXIM
                     06/14/04 JMAYER        ATE CAUSE. WE HAVE 4 DEFDNTS IN THE CASE AND DESPITE OUR BE
                     06/14/04 JMAYER        ING A 3RD PARTY PLNTFF THE COURT WILL COMBINE THE CONTRIBUT
                     06/14/04 JMAYER        ION CLAIMS IN THE TRIAL AND DETERMINE IF WE ARE PROXIMATE A
                     06/14/04 JMAYER        ND WE WILL BE DIRECTLY APPROTND AT TRIAL 25% IF CAUSE FOUND
                     06/14/04 JMAYER        .
                     06/14/04 JMAYER        DAMAGE RESEARCH WOULD PUT THIS CASE AT PRELIM EVAL OF 3-5 M
                     06/14/04 JMAYER        ILLION. GIVEN PROXIMATE CAUSE BEING FOUND OUR RANGE IS 750,
                     06/14/04 JMAYER        000 - $1.25 MILLION AT 25%.  .
                     06/14/04 JMAYER        -WITH $1 MIL IN LIMITS WE NEED TO BE CONCERNED ON EXTRA-CON
                     06/14/04 JMAYER        TRACTUAL AND HAVE SENT AN EXCESS LETTER.



Atty
Client

FILE NOTES:

| Date | User | Code | Note |
|------|------|------|------|
| 06/14/04 | JMAYER | | LEON PLEASE UPDATE THE FOLLOWING. |
| 06/14/04 | JMAYER | | 1. CLARIFY THE ADVERSE DRIVER HAD LINE OF SIGHT OF 800 FT A |
| 06/14/04 | JMAYER | | ND SPEED LIMIT IN AREA AND TIME OF IMPACT. |
| 06/14/04 | JMAYER | | 2. IN COVG SECTION ADD EXCESS LETTER SENT AND DATE SENT |
| 06/14/04 | JMAYER | | 3. CITE THE IMMUNITY STATUTE THAT MEDWAY HAD THE BASIS FOR |
| 06/14/04 | JMAYER | | WINNING MSJ. |
| 06/14/04 | JMAYER | | 4. AT THE END OF 1ST PARAGRAPH OF DAMAGES CLARIFY WAS THE Z |
| 06/14/04 | JMAYER | | URICH OFFER REJECTED OR DID IT RECEIVE NO RESPONSE. |
| 06/14/04 | JMAYER | | UPON UPDATES WILL EMAIL SHUNDRA |
| 06/15/04 | LSHORT | | . |
| 06/15/04 | LSHORT | MLR | MAJOR LOSS REPORT ----------------------------------------- |
| 06/15/04 | LSHORT | | REVISED TO J ADRESSING ABOVE. |
| 06/15/04 | LSHORT | | REQUESTION 800,000 PRE-TRIAL SETTLEMENT AUTH AND RECOMMENDI |
| 06/15/04 | LSHORT | | NG 1,000,000 P.L. RESERVE. |
| 06/15/04 | LSHORT | | . |
| 06/15/04 | LSHORT | EVA | EVALUATION ------------------------------------------------ |
| 06/15/04 | LSHORT | | DEF. COUNSELS 3/29/04 STATUS REPORT AND 3RD PARTYY COMPLAIN |
| 06/15/04 | LSHORT | | T TO TOM PEISCH FOR MGL 231 ANALYSIS/CONFIRMATION AS IT |
| 06/15/04 | LSHORT | | RELATES TO J&S LIABILITY EXPOSURE. |
| 06/18/04 | LSHORT | | . |
| 06/18/04 | LSHORT | | REVIEWED EVAL W/ TOM PEISCH. |
| 06/18/04 | LSHORT | | |
| 06/18/04 | LSHORT | | |
| 06/18/04 | LSHORT | | |
| 06/18/04 | LSHORT | | |
| 06/18/04 | LSHORT | | |
| 06/22/04 | JMAYER | | . |
| 06/22/04 | JMAYER | NOTE | SUPERVISOR/DIRECTOR/MANAGEMENT NOTES   ******************** |
| 06/22/04 | JMAYER | | REVWED UPDATED MLR AND APPROVE OF RECOMMENDATIONS WE WILL N |
| 06/22/04 | JMAYER | | EED TO GET ONE BEACON IN THE CASE TO CONTRIBUTE ON AN STLMN |
| 06/22/04 | JMAYER | | PROPOSAL. |
| 06/22/04 | JMAYER | | -EMAILED STATUS TO SHUNDRA ON THIS CASE. |
| 06/23/04 | LSHORT | | . |
| 06/23/04 | LSHORT | EVA | EVALUATION ------------------------------------------------ |
| 06/23/04 | LSHORT | | MONITORING COUNSEL, TOM PEISCH, WILL HAVE J&S ANALYSIS TO |
| 06/23/04 | LSHORT | | ME BY FRIDAY.   FURTHER, HE MADE SEVERAL RECOMMENDATIONS |
| 06/23/04 | LSHORT | | RE: FUTURE HANDLING THAT WILL BE OUTLINED IN HIS ANALYSIS |
| 06/28/04 | LSHORT | | . |
| 06/28/04 | LSHORT | | RECEVIED AND REVIEWED ANALYSIS - TO J, FYI |
| 06/29/04 | LSHORT | | . |
| 06/29/04 | LSHORT | RES | RESERVE CHANGE -------------------------------------------- |
| 06/29/04 | LSHORT | | RECEVIED AND REVIEWED REVISED PROPSOED LITIGATION BUDGET |
| 06/29/04 | LSHORT | | 12,000 CASE EVAL |
| 06/29/04 | LSHORT | | 15,900 PLEADINGS |
| 06/29/04 | LSHORT | | 26,700 DISCOVERY |
| 06/29/04 | LSHORT | | 13,500 PRE&TRIAL |
| 06/29/04 | LSHORT | | 68,100 TOTAL PROPOSED LITIGATION BUDGET |
| 06/29/04 | LSHORT | | - 22,963 PAID TO DATE |
| 06/29/04 | LSHORT | | = 45,137 |
| 06/29/04 | LSHORT | | I AM HOPEFUL CASE WILL SETTLE PRIOR TO TRIAL |
| 06/29/04 | LSHORT | | IF THIS HAPPENDS, WE NEED OPEN ALAE OF 31,637 OR AN ALAE |
| 06/29/04 | LSHORT | | RESERVE OF 54600 |
| 06/29/04 | LSHORT | | E-MAIL TO J. |
| 06/30/04 | JMAYER | | . |
| 06/30/04 | JMAYER | NOTE | SUPERVISOR/DIRECTOR/MANAGEMENT NOTES   ******************** |

ATTY/Client

07/01/04                              Claim Number: K1-004792              Printed by: MMALANY      Page:  20
================================================================================================================

FILE NOTES:                    Date    User    Code Note
                              -----------------------------------------------------------------------------------
                              06/30/04 JMAYER        RECD EMAIL FROM SHUNDRA - PRIOR TO CONSIDERING RESV AND STL
                              06/30/04 JMAYER        MNT RECOMMENDATIONS SHE WOULD LIKE TO HAVE THE POSTION OF O
                              06/30/04 JMAYER        NE BEACONS INVOVLEMENT ESTABLISHED AND THEIR LIMITS.  IN AD
                              06/30/04 JMAYER        DITION SHE WOULD LIKE CLARIFICATION OF ALL CARRIERS ASIDE F
                              06/30/04 JMAYER        ROM ZURICH ON THE PRIMARY LAYER IF WE CAN OBTAIN SAME AND E
                              06/30/04 JMAYER        THE RATIONALE BEHIND WHY ZURICH PICKED UP THE DEFENSE FOR A
                              06/30/04 JMAYER        LL PARTIES.
                              06/30/04 LSHORT        .
                              06/30/04 LSHORT   COV  COVERAGE AND COVERAGE ISSUES --------------------------------
                              06/30/04 LSHORT        TC TO DEF. COUNSEL RE: ABOVE - LMTCB
                              07/01/04 JMAYER        .
                              07/01/04 JMAYER        DISC LOSS WITH SHUNDRA AND AVAIL DEFENSES SHE IS CONCERNED
                              07/01/04 JMAYER        ON THE AUTO GL AND ONE BEACONS INVOLVEMENT FAXED COMPLAINT
                              07/01/04 JMAYER        AND COVERAGE ANALYSIS TO HER ATTENTION FOR REVIEW.
                              07/01/04 JMAYER        -ONE BEACON HAS PROVIDED AND INITIAL INDICATION ON COVERAGE
                              07/01/04 JMAYER        THAT $1 MIL LIMIT MAY BE APPLICABLE BUT NEEDS TO AFFIRM IN
                              07/01/04 JMAYER        WRITING - L/M FOR SHUNDRA IN THIS REGARD.
                              07/01/04 LSHORT        .
                              07/01/04 LSHORT        SO FAR, WE NOW KNOW PENSKE'S PRIMARY AND EXCESS CARRIER IS
                              07/01/04 LSHORT        OLD REPULBIC.  THE PRIMARY LIMIT IS 1,000,000.  THE EXCESS
                              07/01/04 LSHORT        LIMITS IS 1,500,000.
                              07/01/04 LSHORT        .
                              07/01/04 LSHORT        TC TO DEF. COUNSEL RE: - LMTCB
                              07/01/04 LSHORT        - I.D. OF DLS's CARRIER
                              07/01/04 LSHORT        - CONTRACTUAL ISSUES AND/OR REASON WHY ZURICH PICKED UP
                              07/01/04 LSHORT          DLS AND PENSKE
================================================================================================================

CLAIMANT:                                            Loss Reserve   Paid-to-Date   Outstanding
                                                    ------------------------------------------------------
        RHODES MARCIA                        LOSS:     14,000.00          0.00     14,000.00
        11 JAMOCK ROAD                       ULAE:         21.00         21.00          0.00
        MILFORD, MA  01757                   ALAE:     54,600.00     22,963.95     31,636.05
                                                    ==============  ============= =============
        LRC  : BODI                                   68,621.00     22,984.95     45,636.05
        Focus: 30-01-39                      REC :         0.00          0.00          0.00
        ToD  : BKI                           LIAB:         0.00          0.00          0.00
        Nbr  : 001                                   ==============  ============= =============
                                                      68,621.00     22,984.95     45,636.05
----------------------------------------------------------------------------------------------------------------
LOSS RESERVE HISTORY of RHODES MARCIA         Type    Date      Amount
                                             ------------------------------------
            Natalie Wilsenach                 ALAE   04/07/04   33,000.00
            J. Mayer                          ALAE   06/30/04   21,600.00
                                              BODI   03/13/02       10.00
            Seth Silverman                    BODI   03/25/02   13,990.00
            Susan Berkowitz                   ULAE   03/18/04       21.00

DRAFTS of RHODES MARCIA                                Draft Pymnt
                                    Draft Nbr     Date Type Type   Payee                                      Amount    Void
--------------------------------------------------------------------------------------------------------------------------
                                      129349    03/18/04      26    NETWORK ADJUSTERS INCORPORATED               21.00
                                                                   Other Unallocated Expenses
03/18/04:Susan Berkowitz
                                      132522    04/30/04      63    LYNCH & LYNCH                             22,963.95
                                                                   Attorney Fees - Outside
04/28/04:Lori Kraft
--------------------------------------------------------------------------------------------------------------------------
FILE NOTES of RHODES MARCIA                      Date   User   Code  Note
                                               ----------------------------------------------------------------------------
                                               03/25/02 SETH          Discussed claim with Deb.  Based on highly doubtful liabili
                                               03/25/02 SETH          ty on the insd we will set reserve based on potential litig
                                               03/25/02 SETH          ation expenses.  BI reserve set at $14,000 per Debra, pd
                                               03/25/02 SETH          reserve set at $2000 for a total reserve of $16k
                                               03/25/02 SETH          Clts atty alleges a fractured spine.

CLAIMANT:                                              Loss Reserve  Paid-to-Date   Outstanding
-----------------------------------------------------------------------------------------------

    RHODES MARCIA                         LOSS:        2,000.00         0.00        2,000.00
    11 JAMOCK ROAD                        ULAE:            0.00         0.00            0.00
    MILFORD, MA  01757                    ALAE:            0.00         0.00            0.00
                                                   ============= ============= =============
    LRC  : PROP                                         2,000.00         0.00        2,000.00
    Focus: 40-01-39                       REC :            0.00         0.00            0.00
    ToD  : PDD                            LIAB:            0.00         0.00            0.00
    Nbr  : 002                                        ============= ============= =============
                                                        2,000.00         0.00        2,000.00

------------------------------------------------------------------------------------------------------------
LOSS RESERVE HISTORY of RHODES MARCIA            Type      Date          Amount
                                               ----------------------------------
                                               PROP    03/13/02         10.00
            Seth Silverman                     PROP    03/25/02      1,990.00
------------------------------------------------------------------------------------------------------------
DRAFTS of RHODES MARCIA                           Draft Pymnt
                              Draft Nbr   Date  Type  Type   Payee                              Amount   Void
------------------------------------------------------------------------------------------------------------
FILE NOTES of RHODES MARCIA               Date    User    Code  Note
                                        -----------------------------------------------------------------------
                                        03/25/02 SETH          Discussed claim with Deb.  Based on highly doubtful liab on
                                        03/25/02 SETH          the insd we set pd reserve at $2k.  Bi reserve is set at
                                        03/25/02 SETH          $14k for a total reserve of $16k.  This is based on potenti
                                        03/25/02 SETH          al litigation expenses.
                                        03/25/02 SETH          Clts atty alleges fractured spine.

End of Print