# MAJOR LOSS REPORT / AUTHORITY REQUEST

**KEMPES**
**6400 South Fiddlers Green Circle**
**Suite 1977**
**Englewood, CO  80111**

**By: Natalie Wilsenach**
**Date: 09/17/02**

**Initial** ☒    **Interim** ☐    **Final** ☐    **Authority Request** ☐

| Policy/Claim/Coverage Information | |
|---|---|
| TO: Bryan Wakefield | Reinsurance Contract #: |
| Insured: Jerry McMillan Professional Tree Service | Claimant: Marcia Rhodes |
| Claim #: K1-004792 | Policy Limits: $1,000,000.00 |
| Policy #: 3XZ138766-00 | Date Claim Made: 03/13/02 |
| Policy Period:  09/21/01 – 09/21/02 | Retro Date: |
| Date of Loss:  01/09/02 | Ded/SIR:  None |
| Date Reported: 03/13/02 | Line of Business:  Land Pro |
| General Agent: NIP | Type of Risk:  General Liability |
| Agent #:  43-0151 | Date Closed: File is open |

## FACTS AND ALLEGATIONS OR DEVELOPMENTS

On 03/13/02 Network Adjusters of Garden City received notice of this claim from the Law Office of Nixon P. Peabody, LLP.  This firm represents Building Material Corporation of America.  The firm was putting the insured on notice of a potential liability claim being presented against Professional Tree Service rising out of an accident on 1/9/02 in Medway, Massachusetts.

According to the Commonwealth of Massachusetts Motor Vehicle Crash Report, our insured, Professional Tree Service was hired by the City of Medway to perform tree trunk grinding on the eastbound side of Route 9 in Medway on 1/9/02.  The insured's truck had a trailer attached that contained the grinding machinery needed to perform the task.  Because of the size of the trailer, the insured unit extended into the eastbound lane of Route 9.  The City of Medway dispatched Sgt. Boultenhouse to direct traffic at the location.  While at the location he was in full uniform, wearing an eight-point hat and white gloves.  Approximately 1:12pm Sgt. Boultenhouse stopped eastbound traffic by raising his right arm to a stop position.  Claimant Marcia Rhodes stopped her 1997 Toyota Corolla in the eastbound lane while Srgt. Boultenhouse directed the westbound traffic to proceed by waiving his left arm.  As he was looking at the westbound traffic, he heard a crash behind him.  He turned and saw the Toyota Corolla being pushed by a tractor-trailer.  The Toyota Corolla was then pushed into the woods and it struck a tree.

Our insured, Professional Tree Service was performing the grinding duties and did not hear nor witness the accident.

## COVERAGE

Claims Made: ☐     Occurrence: ☒

Jerry McMillan Professional Tree Service is insured under policy 3XZ138766-00 for the effective dates of 9/21/01 – 9/21/02 with General Liability Limit of $1,000,000.00 for each occurrence limit. They also have medical expense coverage with a limit of $5,000.00 for any one person. Based on the information we have received, it appears that coverage under this policy would extend to this loss.

## LIABILITY ISSUES AND EVALUATIONS

The City of Medway, MA completed an investigation into this matter. The investigative officer William Kinossory interviewed driver Zalewski. The driver indicated to him that he had been driving eastbound on Milford Street (Route 9). He told the officer that a vehicle that had pulled out of Trotter Drive and was then proceeding westbound had diverted his attention. He stated this vehicle was driving too close to his vehicle and he thought he was going to strike the side mirror. The driver indicated that he was not watching in front of him. When he turned his attention back to the front of his vehicle he was unable to stop before hitting the rear of the Toyota Corolla. Rupert Jawprek, who was also investigating this accident, inspected the tracker trailer unit that driver Zalewski was operating. He found a number of administrative violations and one inoperative brake. Rupert concluded that these violations did not contribute to the accident, which he believed was caused by driver error. Investigative officer measured the distance between the hill crest and the accident scene. He determined that driver Zalewski had over eight hundred feet of visibility from the crest of the hill to the crash location. The officer also indicated that Sgt. Boultenhouse was in full view of driver Zalewski. Based on his investigations he issued driver Zalewski a criminal complaint for "operating negligently as to endanger".

Due to the severity of Ms. Rhodes injuries the officer contacted the State Police MVA Reconstruction Unit who went to the location on 1/10/02. Trooper Daniel O'Hara examined the accident scene, the tractor trailer, and the Toyota. Trooper O'Hara produced three light-bulbs from the Toyota. His examination determined that the brake lights were fully functional at the time of the accident.

At this time it appears that the majority of the liability is adverse to driver Zalewski.

Massachusetts has a Joint Tortfeasor Statue, which would extend to this loss. Our insured would be held jointly liable if a jury determines they are even 1% at fault for the claimant's injuries.

3

## DAMAGES

According to Rhodes' attorney Fredrick Pritzker of Brown, Rudnick, Freed and Gesmer. In my conversation with Mr. Pritzker on September 17, 2002 he indicated that Ms. Rhodes is a paraplegic as a result of the accident. She has incurred over $1 million in medical bills and related expenses. Rhodes is a 47 year old female.

## RESERVES

Currently, the reserve is set at $14000.00. At this time, we recommend a reserve of $50,000. This is based on 1% of negligence against our insured.

## LITIGATION

Mr. Pritzker has indicated that he has filed a complaint against Penske Trucking, BMCA, Driver Logic who supplied the driver to BMCA. They also listed the driver Karilo Zalewski as a defendant. He indicated that he did not list Professional Tree Service or the City of Medway as defendants.

## PLAN OF ACTION

1. Contact insured to discuss claim.
2. Obtain additional information regarding the claimants injuries.
3. Refer to defense council,

**Adjuster:** Natalie Wilsenach          **H.O. Adj**          **Mgt. Approval:**

**Adjuster Print:**          **Adj. Telephone # 877-533-1211x662**    **Adjuster Office Location:**