UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SPECIALTY NATIONAL INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ONE BEACON INSURANCE COMPANY,<br><br>　　　　Defendant. | Civil Action No. 04-12306 RCL |

**AFFIDAVIT OF RANDY J. SPENCER**

I, Randy J. Spencer, on oath and of my own personal knowledge, state the following:

1. I am an attorney, licensed to practice law before the Courts of the Commonwealth of Massachusetts and United States District Court, District of Massachusetts, and I am associated with the law firm of Hermes, Netburn, O'Connor & Spearing, P.C., Boston, Massachusetts.

2. Attorney Peter G. Hermes and I represent One Beacon Insurance Company in the above matter.

3. The documents attached to One Beacon Insurance Company's Motion for Summary Judgment and Concise Statement of Undisputed Facts, are true and accurate copies of the originals.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS _4_ DAY OF JANUARY, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Randy J. Spencer
　　　　　　　　　　　　　　　　　　　　　　　　　BBO: 653879

## CERTIFICATE OF SERVICE

I hereby certify that on this  10  day of January, 2006, the foregoing documents were served by first class mail upon the following:

    Robert P. Powers, Esq.
    MELICK, PORTER & SHEA, LLP
    28 State Street
    Boston, MA 02109-1775

                                Randy J. Spencer

G:\DOCS\RJS\OBI\Specialty Nationa Ins. v. OBI (McMillan Tree)\Pleadings\RJS aff..doc