UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SPECIALTY NATIONAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>ONE BEACON INSURANCE COMPANY,<br><br>    Defendant. | Civil Action No. 04-12306 RCL |

DEFENDANT, ONEBEACON INSURANCE COMPANY'S
CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), the undersigned hereby certifies that counsel has conferred and attempted in good faith to resolve or narrow the issues.

Respectfully submitted,
ONEBEACON
INSURANCE COMPANY,
By its attorneys,

Peter G. Hermes (BBO No. 231840)
Randy J. Spencer (BBO No. 653879)
HERMES, NETBURN, O'CONNOR
& SPEARING, P.C.
265 Franklin Street, Seventh Floor
Boston, MA 02110
(617) 728-0050

Dated: Jan 6, 2006.

## CERTIFICATE OF SERVICE

I hereby certify that on this __10__ day of December, 2005, the foregoing documents were served by first class mail upon the following:

> Robert P. Powers, Esq.
> MELICK, PORTER & SHEA, LLP
> 28 State Street
> Boston, MA 02109-1775

_____
Randy J. Spencer

G:\DOCS\RJS\OBI\SPECIALTY NATIONA INS. V. OBI (MCMILLAN TREE)\PLEADINGS\7.1 CERTIFICATE.DOC