## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

|  |  |
|---|---|
| **SPECIALTY NATIONAL INSURANCE COMPANY,** | ) |
|  | ) |
|  | ) |
|  | ) |
| **Plaintiff,** | ) |
|  | ) |
| **v.** | )   **Civil Action No. 04-12306 RCL** |
|  | ) |
| **ONE BEACON INSURANCE COMPANY,** | ) |
|  | ) |
| **Defendant.** | ) |

_____)

### NOTICE OF APPEARANCE OF RANDY J. SPENCER

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of **Randy J. Spencer** as counsel for the Defendant,

OneBeacon Insurance Company, in the above-referenced matter.

Respectfully submitted,
**ONEBEACON
INSURANCE COMPANY,**
By its attorneys,


  /s/ Randy J. Spencer
Peter G. Hermes (BBO No. 231840)
Randy J. Spencer (BBO No. 653879)
HERMES, NETBURN, O'CONNOR
& SPEARING, P.C.
265 Franklin Street, Seventh Floor
Boston, MA 02110
(617) 728-0050


Dated: January 12, 2006