**PAGE 1 SHEET 1**

00001

```
 1                  Volume: I
                  Pages: 1 to 191
 2                Exhibits: 1 to 3
 3

        COMMONWEALTH OF MASSACHUSETTS
 4   NORFOLK, SS.        SUPERIOR COURT
           CIVIL ACTION NO. 02-01159A
 5

     MARCIA RHODES, HAROLD RHODES,    )
 6    Individually, HAROLD RHODES on    )
     behalf of his Minor Child and    )
 7   Next Friend, REBECCA RHODES,    )
        Plaintiffs          )
 8                          )
     v.                     )
 9                          )
     CARLO ZALEWSKI, DRIVER LOGISTICS, )
10   PENSKE TRUCK LEASING CORP., and   )
     BUILDING MATERIALS CORPORATION OF )
11   AMERICA d/b/a GAF MATERIALS CORP. )
        Defendants          )
12                          )
     v.                     )
13                          )
     JERRY MACMILLIAN'S PROFESSIONAL   )
14   TREE SERVICE, INC.          )
        Third-Party Defendant.    )
15
16       DEPOSITION of MARCIA RHODES, a witness
17   called on behalf of the Defendant, Building
18   Materials Corporation Of America, d/b/a GAF
19   Materials Corp., taken pursuant to the
20   Massachusetts Rules of Civil Procedure, before
21   Robin Picariello, Registered Merit Reporter and
22   Notary Public, at the Radisson Hotel, Milford,
23   Massachusetts on Wednesday, August 4, 2004
24   commencing at 1:20 p.m.
            C.J. REPORTING  (978) 409-9090
```

**PAGE 2**

00002

```
 1              C.J. REPORTING
            A5 Colonial Drive, Unit No. 7
 2           Andover, Massachusetts 01810
                 (978) 409-9090
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

            C.J. REPORTING  (978) 409-9090
```

**PAGE 3**

00003

```
 1   APPEARANCES:
 2
     BROWN RUDNICK BERLACK ISRAELS LLP
 3    M. Frederick Pritzker, Esquire
      Margaret Pinkham, Esquire
 4    One Financial Center
      Boston, Massachusetts 02111
 5    Counsel for the Plaintiffs
 6   CAMPBELL CAMPBELL EDWARDS & CONROY
      Russell X. Pollock, Esquire
 7    One Constitution Plaza
      Boston, Massachusetts 02129
 8    Counsel for the Defendant,
      Building Materials Corporation Of America,
 9    d/b/a GAF Materials Corp.
10   NIXON PEABODY LLP
      Grace C. Wu, Esquire
11    100 Summer Street
      Boston, Massachusetts 02110
12    Counsel for the Defendant,
      Building Materials Corporation Of America,
13    d/b/a GAF Materials Corp.
14   LYNCH & LYNCH
      Stephen J. Duggan, Esquire
15    45 Bristol Drive
      S. Easton, Massachusetts 02375
16    Counsel for the Third-Party Defendant,
      Jerry MacMillian's Professional Tree
17    Service, Inc.
18   MORRISON MAHONEY LLP
      Lawrence F. Boyle, Esquire
19    250 Summer Street
      Boston, Massachusetts 02210
20    Counsel for the Defendant,
      Carlo Zalewski, Driver Logistics
21
     CORRIGAN, JOHNSON & TUTOR
22    John B. Johnson, Esquire
      141 Tremont Street
23    Boston, Massachusetts 02111
      Counsel for the Defendant,
24    Penske Truck Leasing Corporation
            C.J. REPORTING  (978) 409-9090
```

**PAGE 4**

00004

```
 1                INDEX
 2   Witness:    Direct  Cross  Redirect  Recross
 3   MARCIA RHODES
 4    Mr. Pollock  5
      Mr. Boyle     150
 5
 6
 7
 8              EXHIBITS
 9   Exhibit No.            Page
10    1  Supplemental answers to defendant  69
         Penske Truck Leasing Corporation's
11       first set of interrogatories
12    2  First drawing of accident scene  161
13    3  Second drawing of accident scene  172
14
15
16
17
18
19
20
21
22
23
24

            C.J. REPORTING  (978) 409-9090
```

00005

PROCEEDINGS

1
2 MARCIA RHODES, having been duly
3 sworn that her testimony would be the truth, the
4 whole truth, and nothing but the truth, testified
5 as follows in answer to direct interrogatories by
6 MR. POLLOCK:
7 * * * *
8 MR. POLLOCK: Mrs. Rhodes indicated she
9 does not have a photo ID with her. Mr. Pritzker
10 has kindly vouched for her identity, I'm fine with
11 that. I have no objection. I'm perfectly
12 satisfied that she is who she says she is.
13 MR. PRITZKER: I am Frederick Pritzker
14 and I've known Mrs. Rhodes since a few days after
15 the accident. I've had enough interaction with
16 her that I confirm she is who she says she is.
17 BY MR. POLLOCK:
18 Q. Mrs. Rhodes, my name is Russell Pollock. I'm a
19 lawyer with a law firm called Campbell Campbell
20 Edwards and Conroy. We represent one of the
21 parties in your lawsuit named Building Materials
22 Corp., doing business as GAF. There is nothing
23 I'd rather do less on this earth than ask you
24 questions today about your accident and your

C.J. REPORTING (978) 409-9090

00006

1 injuries and your background, but I'm going to
2 need to do just that. If at any time you don't
3 hear any of my questions --
4 A. I have my wrong glasses on.
5 Q. Okay.
6 A. Sorry.
7 Q. Not at all.
8 A. It just dawned on me, it's darker in here than --
9 Q. All set?
10 A. Go ahead.
11 Q. If at any time you don't hear any of my questions,
12 just let me know and I'll repeat the question or
13 I'll ask the court reporter to do it. If you
14 don't understand any of my questions, just let me
15 know and I'll just try to break it down or ask a
16 better or clearer question. If you don't know an
17 answer or don't remember something, it's perfectly
18 acceptable for you to tell us that. Is that okay?
19 A. Yeah.
20 Q. Everything you do to communicate to us has to be
21 verbally in the form of words so the court
22 reporter can type it out. She's unable to type
23 out a shrug, a nod or a gesture. Okay?
24 A. I'll try to remember that.

C.J. REPORTING (978) 409-9090

00007

1 Q. And I'll try to remind you. Try to let me finish
2 my questions before you respond only because she's
3 trying to get down a question, answer, question,
4 answer. Okay?
5 A. Yeah.
6 Q. And if you need to take breaks every twenty
7 minutes, every fifteen minutes, every ten minutes,
8 or you want to talk to your counsel, or you just
9 want fresh air, for any other reason, that is
10 perfectly acceptable. Take as many breaks as you
11 need. Okay?
12 A. Okay.
13 Q. Can you state for us your full name?
14 A. Marcia Ann Goldy Rhodes.
15 Q. Did you ever go by any nicknames or other names
16 ever?
17 A. No.
18 Q. What was your name before you married Mr. Rhodes?
19 A. Marcia Ann Goldy.
20 Q. How do you spell Goldy?
21 A. G-O-L-D-Y.
22 Q. Have you ever given a deposition before?
23 A. Yes.
24 Q. How many?

C.J. REPORTING (978) 409-9090

00008

1 A. Hold on a second.
2 THE WITNESS: Have I --
3 MR. PRITZKER: Not with me you haven't.
4 THE WITNESS: Oh, not with you.
5 A. Then I haven't.
6 BY MR. POLLOCK:
7 Q. All right. It's hard to remember sometimes. Have
8 you ever given testimony in any type of forum
9 before?
10 A. No.
11 Q. Have you ever given any kind of written --
12 MR. PRITZKER: Excuse me a second. May I
13 consult with the witness, please?
14 MR. POLLOCK: Sure.
15 (Witness conferred with counsel)
16 A. Oh, okay, I did. Yes, to your question.
17 Q. You've testified under oath before?
18 A. Yes.
19 Q. Was that in relation to this accident or this
20 matter?
21 A. Yes.
22 Q. And when was that?
23 A. At Carlo Zalewski's trial, criminal trial.
24 Q. Did you testify as a witness at that trial?

C.J. REPORTING (978) 409-9090

PAGE 49 SHEET 13

00049

1    your stuff?
2  A. Yeah, a small part.
3  Q. They essentially sold the stuff for you?
4  A. Yes.
5  Q. You'd price it --
6  A. I'd price it, they rung it up, they took in the
7    money.
8  Q. How much time would you actually spend there at
9    the store?
10 A. That wasn't the only store I was in.
11       MR. PRITZKER: Just answer the questions.
12 A. Usually it would take me about an hour.
13 Q. You'd go to that store every day to --
14 A. No.
15 Q. How often would you go?
16 A. A little bit more than once a week.
17 Q. And you'd go and check on the inventory for an
18    hour or so?
19 A. Put in new inventory.
20 Q. And there was other places you displayed your
21    items as well?
22 A. Yes.
23 Q. Where else?
24 A. Showcase Antiques in Sturbridge and Farmhouse
           C.J. REPORTING  (978) 409-9090

PAGE 50

00050

1    Antiques in Wellfleet.
2  Q. And how often would you get to those outposts --
3  A. Showcase Antiques I'd probably get to once a
4    month, and Wellfleet, the same.
5  Q. And you'd also spend about an hour there?
6  A. At least -- more like two hours at those stores.
7  Q. And you'd also be in touch with the owners of
8    those stores by phone --
9  A. Yes.
10 Q. -- periodically?
11 A. Can I --
12 Q. Yeah, sure.
13       (Witness conferred with counsel)
14    BY MR. POLLOCK:
15 Q. Can you describe for us what the road conditions
16    were like just before your accident?
17 A. Clear.
18 Q. Was there any snow, ice, rain or precipitation on
19    the road?
20 A. No, not that I recall.
21 Q. What vehicle were you in at the time?
22 A. Toyota Corolla.
23 Q. What year was it, do you remember?
24 A. 1997.
           C.J. REPORTING  (978) 409-9090

PAGE 51

00051

1  Q. And you bought it new after that other accident?
2  A. Right. Exactly.
3  Q. Was that a two door or a four door?
4  A. It was a four door.
5  Q. Were you wearing your seatbelt?
6  A. Oh, of course.
7  Q. Do you always wear your seatbelt?
8  A. Yes.
9  Q. Can you describe for us what you remember from the
10    minute or even the last before the accident at the
11    time of the collision?
12 A. I was driving down 109 towards Holliston, I was
13    stopped by a policeman. There was a big piece of
14    machinery on our side of the road, the eastbound
15    lane and they were alternating traffic and it was
16    our turn to stop. So I was the first car, so I
17    stopped. And I glanced in my rearview mirror and
18    I saw that there was this large truck coming at me
19    and that he wasn't going to stop, so I turned my
20    wheels to the right. But then after that, you
21    know, I couldn't get out of the way fast, he hit
22    me and I went into the wooded area that runs along
23    the side of 109.
24 Q. Okay. You mentioned there was an officer there.
           C.J. REPORTING  (978) 409-9090

PAGE 52

00052

1    I take it he was controlling the traffic?
2  A. Right. There were actually two.
3  Q. That's one of my questions. How did the officer
4    signal for you to stop?
5  A. He held his hand up (indicating).
6       MR. JOHNSON: Can I go -- did you say
7    there were actually two?
8       THE WITNESS: I believe there were two,
9    yeah.
10       MR. JOHNSON: Okay.
11    BY MR. POLLOCK:
12 Q. Do you know where the other officer was?
13 A. The other end of the big piece of machinery.
14 Q. So the officer, I guess that was -- I'm not
15    putting words in your mouth. The officer had
16    stopped you, the other guy would have been waving
17    the other traffic on?
18 A. Exactly. And stopping them when it was our turn.
19 Q. Did you actually see that other officer?
20 A. I think I did.
21 Q. How far were you from the officer when he put up
22    his hands for you to stop?
23 A. Probably about three quarters of a car length.
24 Q. How fast were you traveling when he told you to
           C.J. REPORTING  (978) 409-9090

MARCIA RHODES

PAGE 189 SHEET 48
00189

you. Thank you, Mrs. Rhodes.
    (Whereupon the deposition was
    suspended at 5:14 p.m.)
        C.J. REPORTING  (978) 409-9090

PAGE 190
00190

                    J U R A T
    I, MARCIA RHODES, having read the foregoing
transcript of my testimony, do hereby certify the
same contains a true and accurate record of my
answers to the questions herein set forth together
with correction pages, if any, attached.
    Signed under the pains and penalties of perjury
this      day of           , 2004.
                MARCIA RHODES
        C.J. REPORTING  (978) 409-9090

PAGE 191
00191

                CERTIFICATE
COMMONWEALTH OF MASSACHUSETTS
MIDDLESEX, SS.
    I, Robin Picariello, a notary public in and
for the Commonwealth of Massachusetts, do hereby
certify:
    That such testimony is a true and accurate
record of my stenotype notes taken in the
foregoing matter to the best of my knowledge,
skill and ability.
    IN WITNESS WHEREOF, I have hereunto set my
hand and seal this    day of August, 2004.
        ROBIN PICARIELLO
        Registered Merit Reporter
        Notary Public
My commission expires:  April 5, 2007
THE FOREGOING CERTIFICATION OF THIS TRANSCRIPT
DOES NOT APPLY TO ANY REPRODUCTION OF THE SAME BY
ANY MEANS UNLESS UNDER THE DIRECT CONTROL AND/OR
SUPERVISION OF THE CERTIFYING REPORTER.
        C.J. REPORTING  (978) 409-9090