---

**Page 1**

COMMONWEALTH OF MASSACHUSETTS

NORFOLK, SS.                    SUPERIOR COURT
                                C.A. No. 02-01159A
                                Vol. I, Pg. 1-109

MARCIA RHODES, HAROLD RHODES )
INDIVIDUALLY, HAROLD RHODES ON )
BEHALF OF HIS MINOR CHILD AND )
NEXT FRIEND, REBECCA RHODES, )
            Plaintiff,      )
                            )
    -vs-                    )
                            )
CARLO ZALEWSKI, DRIVER LOGISTICS, )
PENSKE TRUCK LEASING CORP., and )
BUILDING MATERIALS CORP. OF )
AMERICA d/b/a GAF MATERIALS CORP.,)
            Defendants      )

The DEPOSITION OF JERRY MCMILLIAN, taken on behalf of the Defendants, Carlo Zalewski and Driver Logistics, pursuant to the Massachusetts Rules of Civil Procedure before Mary K. Corcoran, a Professional Shorthand Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the offices of MORRISON, MAHONEY & MILLER, LLP, 250 Summer Street, Boston, MA, on Wednesday, July 16, 2003, commencing at 10:00 a.m.

ELLEN M. FRITCH & ASSOCIATES
373 Silver Street
South Boston, MA 02127
(617) 269-5448

DEPOSITION OF JERRY MCMILLIAN

---

**Page 2**

## APPEARANCES

For the Plaintiffs:

Carlotta M. Patten, Esq.
BROWN RUDNICK BERLACK ISRAELS, LLP
One Financial Center
Boston, MA 02111

For the Defendants, Carlo Zalewski and Driver Logistics:

Michael J. Smith, Esq.
MORRISON, MAHONEY & MILLER, LLP
250 Summer Street
Boston, MA 02210

For the Defendant, Penske Truck Leasing Corp.:

John B. Johnson, Esq.
CORRIGAN, JOHNSON & TUTOR
141 Tremont Street
Boston, MA 02111

For the Defendant, Building Materials Corp. Of America d/b/a GAF Materials Corp.:

Gregory P. Deschenes, Esq.
NIXON PEABODY LLP
101 Federal Street
Boston, MA 02110-1832

Also Present:

Mr. Seth Stratton
BROWN RUDNICK BERLACK ISRAELS, LLP
One Financial Center
Boston, MA 02111

---

**Page 3**

## INDEX

| DEPONENT | | Page |
|---|---|---|
| JERRY MCMILLIAN | | |
| Direct Examination By Mr. Smith | | 4 |
| Cross-Examination By Mr. Johnson | | 77 |
| Cross-Examination By Mr. Deschenes | | 90 |

## EXHIBITS

| No. | Description | Page |
|---|---|---|
| 1 | Subpoena | 11 |
| 2 | 7/7/03 to McMillian from Smith | 14 |
| 3 | Photograph | 55 |
| 4 | Contract | 55 |
| 5 | Photograph | 56 |
| 6 | Photograph | 56 |
| 7 | Photograph | 85 |
| 8 | Diagram | 99 |

---

**Page 4**

## PROCEEDINGS

10:00:37  MR. SMITH: Usual stipulations? Does that work for everybody? Hold all objections, except for the form, and motions to strike will also be reserved until the time of trial; acceptable?

10:00:45  MS. PATTEN: Yes.

MR. JOHNSON: Yes.

10:00:53  MR. DESCHENES: That's fine.

(Witness sworn.)

**JERRY MCMILLIAN,**

having been duly sworn, was examined and testified on his oath as follows:

### DIRECT EXAMINATION

(By Mr. Smith)

10:00:54  MR. SMITH: Hi, Mr. McMillian, how are you today?

THE WITNESS: Good.

10:00:59  MR. SMITH: I'm going to be taking your deposition today. Before we get started, I'd like to go over a few things with you about the deposition.

First, you have an opportunity to read and sign the deposition transcript. We have a Stenographer here, and she's going to take down everything we say.

```
                                      29                                              31
10:32:19   1   see that in this contract here, know.           10:34:24   1       A.    the scene. That one truck, a pickup
10:32:20   2       Q.    The tax certification?                10:34:26   2   truck, and a stump cutter pulling behind it.
10:32:22   3       A.    No, no, it's nothing to do with       10:34:32   3       Q.    What other equipment did you have though in
           4   the taxes. ANSI-something. I forget what        10:34:35   4   general; did you have a crane?
               it is now. I don't
10:32:31   5   see that it here. It's a certification to work  10:34:36   5       A.    No. The only truck was there was just that
10:32:34   6   around energized wires, which in this case      10:34:40   6   one truck.
               right here
10:32:38   7   we don't do too much of that anyway for the     10:34:40   7       Q.    I'm not talking about the scene. I'm just
               Town, you
10:32:40   8   know.                                           10:34:43   8   talking about Jerry McMillian Professional Tree
10:32:40   9       Q.    What was the name of that, is it      10:34:46   9   Service. In general, what equipment did you have;
               ANSI; is
10:32:41  10   that what you're referring to?                  10:34:49  10   did you have a truck with a crane on it?
10:32:41  11       A.    That's correct, ANSI.                 10:34:51  11       A.    At the time of the accident?
10:32:50  12       Q.    Are there any specific OSHA           10:34:53  12       Q.    Not at the scene. I'm talking about at
               regulations
10:32:53  13   that you're familiar with with respect to tree  10:34:54  13   home in Ashland.
10:32:56  14   removal or tree work?                           10:34:56  14       A.    I still don't understand what you're trying
10:32:58  15       A.    Not that I know of, you know, other   10:34:59  15   to tell me here.
               than,
10:33:01  16   you know, we have a crane. You can't ride on    10:35:00  16       Q.    Let me ask it a different way. Not at the
               the
10:33:04  17   bottom of the crane. That's a no-no. You know,  10:35:04  17   scene of the accident, I'm talking just equipment
10:33:06  18   you're supposed to wear safety harnesses on     10:35:06  18   that you owned that you used every day for services.
               your belt
10:33:12  19   buckle when you're in the bucket, you know.     10:35:09  19   What kind of equipment did you have?
10:33:15  20   Basically, that's about it, you know.           10:35:10  20       A.    We have a crane. We have a couple of
10:33:19  21       Q.    I notice under that contract that     10:35:14  21   bucket trucks, two or three chippers, a couple of
               you're
10:33:22  22   required to carry an insurance policy; correct? 10:35:18  22   chip trucks, three pickup trucks, a stump cutter, but
10:33:25  23       A.    That's correct, yes.                  10:35:26  23   that's not kept at the address at 101 Thomas Road
10:33:28  24       Q.    And was that insurance policy for --  10:35:30  24   now. That's another address in Ashland.
               how

                                      30                                              32
10:33:29   1   much was that insurance policy for?             10:35:32   1       Q.    Where is that kept?
10:33:32   2       A.    One million dollars, and I think      10:35:35   2       A.    I think it's 17 Forest Avenue in Ashland.
               we had an
10:33:37   3   umbrella for two million. I'm not sure, you     10:35:39   3   That's where we keep our equipment at. We rent a
               know,
10:33:43   4   but most tree companies -- the Town only        10:35:44   4   building there.
               requires
10:33:47   5   500,000.                                        10:35:44   5       Q.    Now, the crane, can you describe that for
10:33:47   6       Q.    But you typically carry more          10:35:50   6   me; is it a typical crane like you see down here for
               insurance than
           7   that                                            10:35:53   7   the Big Dig?
10:33:50   8       A.    That's true. We always carry a        10:35:55   8       A.    Well, different kind of cranes now.
               million,
10:33:52   9   yes.                                            10:35:56   9   There's all kinds of cranes. This is what you call a
10:33:53  10       Q.    And do you know if the umbrella       10:35:58  10   National 2400. You don't have what we call a
               policy was
10:33:55  11   with One Beacon?                                10:36:02  11   doghouse in the back of it. You stand on the side
10:33:56  12       A.    Gary Nagle.                           10:36:05  12   and you run it, you know. It's a 21-ton crane, you
          13       Q.    Gary Nagle?                           10:36:10  13   know. It's got 80-foot live boom to it, you know.
10:33:57  14       A.    That's right, yeah. I'm almost        10:36:19  14       Q.    And what are your bucket trucks like?
               positive we
10:34:01  15   still have that.                                10:36:22  15       A.    One's a 73-footer, and the other one is I
10:34:04  16       Q.    Now, at the time of this accident,    10:36:26  16   think a 60-footer.
               what
10:34:07  17   kind of equipment did you have? I'm not         10:36:32  17       Q.    When you say 60-footer, are you referring
               specifically
10:34:10  18   talking about the scene. I'm just talking in    10:36:33  18   to the height of the bucket?
10:34:11  19   general. What did you have for equipment?       10:36:35  19       A.    Working height, that's correct.
          20       A.    A pickup truck with a machine in      10:36:37  20       Q.    Do they look like the phone company bucket
               the back
10:34:17  21   of it. That was all.                            10:36:41  21   trucks that we've seen?
10:34:20  22       Q.    That was the only equipment you had?  10:36:43  22       A.    No, no, they're different. Tree trucks are
10:34:23  23       A.    That is correct.                      10:36:45  23   different. On the same idea, but they're different.
10:34:23  24       Q.    At the scene?                         10:36:47  24   There are so many different companies they put these
```

**Page 33**

1  things out. They put them in back, the rear, the
2  front. They mount them different ways.
3  Q. Where were yours mounted?
4  A. I got one rear-mounted is one, and the
5  other one is center-mount, and they're Aerial Lift
6  out of Connecticut units.
7  Q. Now, I looked at this contract before, and
8  it's silent on -- strike that. Let me ask you first,
9  generally how did it work under the contract with the
10 Town of Medway when you would perform work for them?
11 A. They'll call you up, and let you know when
12 to come in, which is very, very seldom. They only
13 spend maybe ten thousand dollars a year if they spend
14 that much. You know, these towns don't have very
15 much money, you know, but I think a contract is good
16 for around ten thousand a year.
17 Q. Who would call you?
18 A. The tree warden.
19 Q. And what's his name?
20 A. Ron Dolloff.
21 Q. And how long had you been dealing with --
22 strike that. Before this contract with the Town of
23 Medway, how long have you been doing business with
24 the Town of Medway?

**Page 34**

1  A. I think this is our second three-year
2  contract, so it's been about six years. It could
3  have been a little bit longer, but I know this is the
4  second contract. I know that. I think this is the
5  sixth year.
6  Q. And do you have a memory of some of the
7  jobs that you did for the Town of Medway?
8  A. Well, you know, you go out and you do tree
9  removals, you know. He only probably does one day a
10 year for doing stump removals. Mostly you go out.
11 He'll call you up and say, you come here and you send
12 a two-man crew with a chipper and a chipper truck.
13 They do all the picking up of the logs and all
14 that stuff. We don't send the log trucks out or none
15 of that stuff out with it. All we send out is just
16 the two-man crew, and they drop -- they pick up all
17 the wood and dispose of the wood. They do it all
18 themselves. Every town is different, you know.
19 Q. So, the Town of Medway would follow the
20 trees themselves?
21 A. That's correct. We would take the trees
22 down safely to a certain point. We drop the log.
23 They send a machine along. They pick up all the
24 wood. They clean up everything. We don't do any

**Page 35**

1  cleanup.
2  Q. Had you ever done any tree work on any
3  roads other than Route 109 in Medway before this
4  accident?
5  A. Oh, God, we work on all kinds of roads,
6  yeah. We done numerous work on 109.
7  Q. Had you ever done work near the location of
8  this accident before on Route 109?
9  A. I haven't, no, no. You know, the guys
10 might have been working there. I can't answer that.
11 The guys might have been working there, but the stump
12 we was doing there was old stumps. They weren't
13 fresh, you know.
14 Q. Now, when you go out and do a job, you
15 submit a bill?
16 A. Yes, we do.
17 Q. And who's in charge of the billing?
18 A. My wife.
19 Q. And would she have records of various jobs
20 that you send bills for the Town of Medway?
21 A. It's all posted in the ledger, yes.
22 Q. And how long do you keep those bills for;
23 do you know?
24 A. Gees, I don't know. You know, I think she

**Page 36**

1  holds everything for at least four, five years. I
2  don't know if you've legally got to hold them for
3  seven years. I don't know. She knows all of that.
4  You know, see, I don't get involved in that stuff,
5  you know.
6  Q. Now, in reading through the contract, I
7  noticed that -- well, strike that. When you're doing
8  certain work with say the crane truck and you're
9  working on the road, obviously you need police
10 officers there; correct?
11 A. That's correct.
12 Q. And who is responsible for obtaining, under
13 your contract with the Town of Medway, police officer
14 details?
15 A. They do. They're responsible for any -- in
16 the contract. It should be in the contract. They're
17 responsible for all police details.
18 Q. I didn't find it in the contract. If you
19 see it in the contract, can you point it out to me?
20 A. Well, it may not be in this contract right
21 here, but they're responsible for all. It's not -- I
22 didn't see it in this contract here either. You said
23 to call you Mike; right?
24 Q. Sure.

**37**

1  A. Mr. Smith, I don't see in the contract
2  here, but they are responsible for police details.
3  We don't -- it's not up to us to hire them. Most of
4  the towns say -- you call up and you hire the detail,
5  they pay for it. In this case here, he does all the
6  hiring.
7  Q. So, Ron Dolloff was responsible?
8  A. That is correct. He does all the hiring
9  for police detail.
10 Q. Now, you were talking about safety a little
11 bit. You're always concerned with safety when you're
12 out there on a job site; correct?
13 A. That's correct.
14 Q. And you're concerned not only for the
15 safety of your workers, but especially in a case such
16 as this when you're working on the side of the road
17 for traffic travelling by; correct?
18 A. That is correct.
19 Q. And in your years of experience, you've
20 used various things such as cones; correct?
21 A. We have cones. As a matter of fact, I had
22 two cones sat beside my truck I think the day this
23 happened. You know, we don't talk about that yet.
24 Q. I'm just talking about in general.

**38**

1  A. When we're working on the road, we set
2  cones down around the truck. We put road signs out,
3  you know.
4  Q. Who puts the road signs out?
5  A. Sometimes the town do, and sometimes we do.
6  Q. Under this contract with the Town of
7  Medway, who was responsible for putting road signs
8  out?
9  A. We usually put them out. It don't say in
10 the contract. I don't know if I can see that in here
11 either, but, you know, most of them puts in that
12 you're responsible for this and you're responsible
13 for that in some of these contracts. This contract
14 here doesn't have that in it.
15 Q. And the purpose of those signs is to warn
16 travelers, right, that there's work up ahead;
17 correct?
18 A. Yeah, you put a sign out here. I don't
19 care how big it is. A car come by, they'll blow it
20 over or they'll knock it over, and people come by and
21 they yell at you where's your sign.
22 You go up the road, and you find the thing on
23 the side of the road or somebody takes them, steals
24 them on you, you know.

**39**

1  Q. But generally, you have a concern for
2  safety, and you put signs up there?
3  A. Oh, yeah, we put signs up. And not only
4  that, I don't like to see a lot of traffic tied up.
5  You know, I don't like to see a log dropping across
6  the road and traffic tied up for a long time. Let's
7  get these cars through.
8  Q. And you like to put the signs a comfortable
9  distance before the work site so travelers are aware
10 of the potential of a hazard in the work site up
11 ahead; correct?
12 A. Well, that is correct. If you're on a
13 curve, you don't want to be on a curve, so you give
14 people enough warning to see what's going on.
15 If you're down the hill, you want to give them
16 enough, so we put the cone out sometimes in the
17 middle of the road down here to let people know, but
18 they don't pay any attention. You know, half the
19 people don't pay the sign no attention.
20 Q. But again, I mean, that's a concern for the
21 safety of the people --
22 A. That is correct.
23 Q. -- travelling on the street and your
24 employees; correct?

**40**

1  A. Yes, that's correct.
2  MS. PATTEN: Objection.
3  MR. SMITH: Just let me ask you the
4  question. I know you're anticipating many of them.
5  Q. But you put out signs, you put out cones to
6  warn people driving on the road and for the safety of
7  your crew and for the safety of them; correct?
8  A. That is correct.
9  Q. And you want to do it far enough in advance
10 to warn them of the work zone so they can have a time
11 to slow down or stop or become aware of the potential
12 hazard up ahead?
13 A. That is correct, but most of the time
14 they'll swear at the cops and stick their fingers up
15 at them.
16 MR. JOHNSON: Just for the record, I'd
17 like to object to the question.
18 MS. PATTEN: Objection.
19 MR. DESCHENES: Can we take a short
20 break?
21 MR. SMITH: Sure.
22 (Short break taken.)
23 Q. We got into a little dialogue here, so I
24 just want to clear up a couple of things. You said

## Page 45

```
10:57:03   1   correct?
10:57:03   2       A.  Yeah, somewhat, yeah.
10:57:05   3       Q.  Would you say that's a road in your
           4   experience frequented by tractor-trailers?
10:57:13   5       A.  A lot of -- well, a lot of tractor-trailers
10:57:16   6   come down and ten-wheelers.  There's so much
10:57:19   7   construction going on in the area, you know.  I don't
10:57:24   8   -- as far as working on Route 109 a lot, we don't do
10:57:28   9   a lot of work -- I haven't worked on 109 in quite a
10:57:30  10   while, you know.
10:57:31  11       Q.  How about your general experience on
10:57:33  12   Route 109; is it a road that you would say in your
10:57:36  13   experience was frequented by large trucks?
10:57:40  14       A.  Well, not so much large trucks as much
10:57:44  15   traffic.  You get a few large trucks down through
10:57:46  16   there, Mike.  But like I said, you know, I can't say
10:57:49  17   there was 50 coming by or ten or whatever, you know.
10:57:54  18       But when I'm working, I'm paying attention to
10:57:57  19   what I'm doing, you know, try to, and I don't pay
10:58:00  20   attention whatsoever to what's going on, you know.
10:58:03  21       Q.  Now, you started work at approximately
10:58:06  22   seven o'clock that morning?
10:58:09  23       A.  That is correct.
10:58:10  24       Q.  And were you working alone that morning?
```

## Page 46

```
10:58:13   1       A.  No, police detail.
10:58:16   2       Q.  The police detail was travelling around
10:58:19   3   with you from site to site?
10:58:21   4       A.  Yes, that's correct.
10:58:29   5       Q.  Do you recall where the first job was that
10:58:32   6   morning?
10:58:34   7       A.  I -- gees, no, I don't.  We did some on
10:58:43   8   Village Street.  We did some on Forest Street.  We
10:58:45   9   did some on some side streets, you know.  We can
10:58:49  10   probably do probably 30, 20, 30 stumps a day
10:58:54  11   depending on the sizes, you know.
10:58:56  12       Q.  And did you have the same police detail
10:58:59  13   travelling around that day?
10:59:01  14       A.  Same sergeant, yes.
10:59:02  15       Q.  And who was that sergeant?
10:59:05  16       A.  I don't know his name.  I just know him by
10:59:07  17   sergeant.  We don't sign any slips for him.  We don't
10:59:09  18   do any of that thing.
10:59:11  19       Q.  Does Sergeant Boultenhouse ring a bell to
          20   you?
10:59:14  21       A.  Yeah, it does, yeah, but I'm not sure.  The
10:59:18  22   sergeant, you know, I don't talk to them, and we
10:59:21  23   don't talk to one another.  I understand where I'm
10:59:24  24   going to go; and when he gets there, we set up and do
```

## Page 47

```
10:59:26   1   our work.  We move onto the next project.  He's with
10:59:29   2   us, you know.
10:59:30   3       Q.  And had you worked with that sergeant
10:59:32   4   before?
10:59:32   5       A.  Yes, we have, yeah.
10:59:33   6       Q.  And what were you driving that day in terms
10:59:36   7   of a vehicle?
10:59:37   8       A.  A pickup truck.
10:59:38   9       Q.  What kind, Ford F350?
10:59:41  10       A.  F350 Ford, yeah.
10:59:48  11       Q.  And that was not equipped with any other
10:59:52  12   lights other than the four-way flashers?
10:59:55  13       A.  Four-way flashers, and the four-way
10:59:55  14   flashers working the stump machine.  That's what you
10:59:57  15   see, the stump machine, because you can't run the
11:00:01  16   flashers on the machine when you're using it.
11:00:04  17       It stretches out, you know.  We only plug that
11:00:08  18   in to have lights on it when it's not being used.
          19   When you're using it, you can't run lights on it.
          20       Q.  So, you have the four-way --
11:00:11  21       A.  The truck has four-way flashers on it, yes.
11:00:17  22       Q.  And the stump machine, does that go on a
11:00:21  23   trailer pulled by the truck or is it in the bed of
11:00:25  24   the truck?
```

## Page 48

```
11:00:25   1       A.  No.  It's pulled behind the truck like a
11:00:28   2   trailer.  It's self-contained itself.  It's got two
11:00:31   3   wheels like a trailer and everything.  You can back
11:00:32   4   up and back and forth, you know.
11:00:34   5       Q.  How long is it?
11:00:35   6       A.  I would probably say from the back of the
11:00:38   7   truck to the back of the machine must be I'd say
11:00:41   8   about ten feet.
11:00:43   9       Q.  Does it look somewhat like a skidder?
11:00:46  10       A.  No, not that big, not that big, very, very
11:00:49  11   small.  It probably weighs probably a thousand
11:00:53  12   pounds, two thousand pounds, you know.
11:00:56  13       Q.  And the only lights on the stump grinder
11:01:01  14   are when you connect it to a cord that's attached to
11:01:05  15   the truck which gives it brake lights for when you're
11:01:10  16   travelling on the road?
11:01:11  17       A.  That is correct, yes, because you can't use
11:01:13  18   it -- the way you rig them up, you can't use it when
11:01:18  19   you use the machine.  You know, you can't use the
11:01:20  20   lights on it.  Only when we move the machine from one
11:01:23  21   stop to the other we plug these lights in.
11:01:26  22       Q.  And how does it work like once you
11:01:30  23   disconnect it from the truck, do you pull the whole
11:01:35  24   unit on its wheels to the site where you need to go
```

## Page 49

```
1:01:39   1    or is the -- educate me.
1:01:40   2         A.   No, no. This machine goes on the back of
1:01:43   3    the truck like a trailer. It stays on the back of
          4    that truck. You don't disconnect it whatsoever.
1:01:47   5         The only thing you disconnect on that truck is
1:01:51   6    your power cord that goes that runs your lights.
1:01:55   7    Everything else stays as is. The safety chains are
1:01:56   8    hooked up. It's on the pindle hook, you know, and
11:02:01  9    the machine stretches back.
11:02:02 10         It will go back -- from the back of the truck,
11:02:05 11    you'd probably go out maybe I think 36 inches or 48
11:02:09 12    inches, and then it dovetails like this. You know,
11:02:15 13    the machine goes back, goes up and down, and it
11:02:20 14    dovetails.
11:02:20 15         Q.   So, when you need to grind a stump, you
11:02:24 16    pull the truck up past the stump and then you back up
11:02:27 17    to it?
11:02:28 18         A.   Back up to it, that is correct, yes.
11:02:35 19         Q.   And then when you need to go to the next
11:02:38 20    stump, you pull out into the roadway or wherever you
11:02:42 21    are, move up, back up to the next stump?
11:02:46 22         A.   That is correct.
11:02:48 23         Q.   How many stumps had you ground that day
         24    before Route 109?
```

## Page 50

```
11:02:59  1         A.   I would say that we probably did a couple
11:03:03  2    of big ones on Village Street. I would probably say
11:03:06  3    maybe eight or nine stumps. We just did one up on
11:03:10  4    the Medway/Milford line, a little side street.
11:03:13  5         Q.   How long does a typical stump grind take?
11:03:18  6         A.   Well, I can ground out a 40-inch stump in
11:03:23  7    about 15, 20 minutes. A stump this size right here
11:03:26  8    takes about three or four minutes.
11:03:28  9         Q.   So, about a twelve-inch stump?
11:03:33 10         A.   A twelve-inch stump, you can ground that
11:03:36 11    thing down in about two, three minutes, once you get
11:03:39 12    set up and grind it. You know, I can grind about
11:03:41 13    1,200 inches a day with this machine.
11:03:43 14         Q.   And the stump, it just grinds it down to
11:03:47 15    level with the road or the pavement or the dirt;
11:03:51 16    correct?
11:03:51 17         A.   Well, it can go four to six inches below
11:03:56 18    grade. Actually, you can go down to about twelve
11:04:00 19    inches. I think the machine specification is twelve
         20    inches, but we don't go down that deep.
11:04:05 21         Q.   But typically, how deep do you go?
11:04:08 22         A.   With the towns, we usually go about three
11:04:11 23    inches below grade so they can put some loam over it.
11:04:14 24    When they clean the grindings up, they put loam in
```

## Page 51

```
11:04:14  1    the hole.
11:04:15  2         Q.   Who's responsible for cleaning up the
11:04:21  3    shavings afterwards?
11:04:21  4         A.   The Town of Medway. Even on private stuff,
11:04:25  5    we don't clean up grindings. That's a separate
11:04:30  6    truck, and we've got to charge more money, and people
11:04:31  7    don't want to pay that, so it's just a separate item.
11:04:34  8         Q.   So, you were working alone that day;
11:04:37  9    correct?
11:04:38 10         A.   Yes, that's correct.
11:04:39 11         Q.   And at some point, you came to Route 109;
11:04:42 12    correct?
11:04:43 13         A.   That's correct.
11:04:43 14         Q.   And the police officer was with you;
11:04:46 15    correct?
11:04:48 16         A.   Yes, that's correct.
11:04:50 17         Q.   Now, do you recall what time of day the
11:05:05 18    accident happened?
11:05:07 19         A.   I'm going to say between 12:30 and 1:30.
11:05:12 20    Like I said, we don't take lunch. We work, and we
11:05:15 21    get through early. You know, I took a little lunch
11:05:20 22    break on a little side street by a restaurant there
11:05:23 23    when I ground that stump up waiting for the detail to
11:05:26 24    come back before I got back on 109.
```

## Page 52

```
11:05:31  1         Q.   And where did the detail police officer
11:05:34  2    park his car when you first arrived at Route 109?
11:05:39  3         A.   I think he parked up -- I didn't pay much
11:05:42  4    attention to be honest with you. I think he parked
11:05:44  5    in a parking lot that goes into a trucking company
11:05:46  6    there. I think he pulled it up in that driveway
11:05:51  7    there if I'm not mistaken.
11:05:53  8         Q.   The accident scene was just past an
11:05:58  9    intersection; correct?
11:05:59 10         A.   No, no. It was just past the driveway to
11:06:02 11    go into the trucking company, yeah.
11:06:04 12         Q.   Let me show you a photograph there and ask
11:06:06 13    you do you recognize what's depicted in that
11:06:09 14    photograph?
11:06:09 15              (Shown to the Witness.)
11:06:10 16         A.   Yes, I do.
11:06:11 17         Q.   And what's depicted in that photograph?
11:06:13 18         A.   What do you mean?
11:06:14 19         Q.   Is that the accident scene or the driveway
11:06:19 20    you were just referring to?
11:06:20 21         A.   That's the driveway I referred to. I think
11:06:23 22    he parked that right here in this driveway here, and
11:06:25 23    I was working right down here. We did a couple back
11:06:28 24    up in here if I'm not mistaken first (indicating).
```

## Page 65

1  machine --
2  Q.  Hold on. Let me walk you through this.
3  Was there a portion of the truck and the machine on
4  the roadway?
5  A.  No. It was -- you can see my tire marks
6  right here. Here's the tire marks where I backed the
7  thing in, you know. I wasn't even -- when The fire
8  department and everybody showed up, I didn't have to
9  move my truck.
10  I was completely off the road. I was completely
11  off this road all together. I didn't have to move.
12  I didn't move anything until we got everything all
13  said and done.
14  You know, the fire department showed up, and
15  they started getting the lady out of the car and
16  doing all that sort of stuff. I wish I had a camera
17  to take pictures of this, you know.
18  Q.  But as you recall, no portion of your truck
19  was on the paved road when the accident occurred?
20  A.  If it was, it was right in here somewhere,
21  but I don't think so (indicating). I wasn't even in
22  the road.
23  Q.  Were you on the pavement beyond the white
24  line?

## Page 66

1  A.  I was on the pavement beyond the white line
2  this way, not this way.
3  Q.  So, your tires of the truck and the machine
4  may have been on the road to the wood side of the
5  white line?
6  A.  That's correct, yes. You can see the tire
7  marks come down through here. You can see the tire
8  marks, you know, where the truck was at. We backed
9  up the machine. Sometimes we have to.
10  It all depends on -- sometimes we have to sit
11  halfway off the road. In this case on Route 109, I
12  says, no, we're getting off the road as much as we
13  can possibly stay off, you know.
14  Q.  How long were you working on that stump
15  before the accident happened?
16  A.  About three minutes, just backed up and
17  started. I can grind this stump here in about eight
18  minutes. It's half done, you know.
19  Q.  And to your recollection, how far off the
20  road was that stump that you were grinding?
21  A.  I would probably say about four feet, five
22  feet.
23  Q.  And what's the --
24  A.  It's past the sign. The sign's still

## Page 67

1  there. You can always measure that. It was past the
2  sign.
3  Q.  And is that the Kiwanis sign you are
4  referring to?
5  A.  I would think so, yeah.
6  Q.  And how wide is the stump grinding machine?
7  A.  It's not wide. It's not even as wide as a
8  pickup truck. A pickup truck can be about eight
9  feet. I'd say probably about six feet.
10  Q.  Now, did you have the four-way flashers on
11  your truck on?
12  A.  I don't think so, because he couldn't see
13  them. The only ones who would be able to see them
14  would be the westbound traffic, you know.
15  Q.  What kind of clothing were you wearing?
16  A.  I was wearing a dark green shirt, a
17  sweatshirt.
18  Q.  How about the police officer, do you recall
19  what he was wearing?
20  A.  He was wearing his uniform, and he also
21  wears the cross, those orange jackets they put on or
22  the -- he had on an orange jacket the day of the
23  accident, you know. Usually in the summertime they
24  wear the --

## Page 68

1  Q.  The vest.
2  A.  The vest, yeah.
3  Q.  Now, had you placed any signs in the
4  roadway anywhere?
5  A.  I don't think so. All I had was a couple
6  of cones sitting right here, but there were -- no, we
7  didn't have any signs up, because we're not there
8  that long. If I'm not mistaken, I think the Town had
9  signs up here construction going on (indicating).
10  Q.  You believe the Town placed signs up there?
11  A.  No. I think -- you know how they'll put
12  signs up construction going on. You know, they leave
13  them there for weeks and months and years. I think
14  there was a sign up here (indicating). I'm not sure
15  about that.
16  Q.  When you say up here, you mean further back
17  west on Route 109?
18  A.  That's correct, yeah, back towards when you
19  enter Medway, you know, construction being done or
20  something there, you know.
21  Q.  But you didn't put any signs out that day?
22  A.  No, no.
23  Q.  And you didn't see the police officer put
24  out any signs that day?

69

```
11:23:45  1   A.   No.
11:23:45  2   Q.   And you didn't have any --
          3   A.   No.
          4   Q.   -- lights on your truck?
11:23:49  5   A.   No.
11:23:51  6   Q.   And you only -- are you sure -- do you have
11:23:54  7   a specific memory of putting out two cones?
11:23:56  8   A.   When I set up, I always put two cones
11:24:00  9   beside me. I keep four on the truck at all times. I
11:24:06 10   get on the road, I put cones around the truck, but I
11:24:10 11   usually keep two cones right next to me, you know.
11:24:12 12   Q.   Were those cones on the pavement or were
11:24:14 13   they on the dirt shoulder?
11:24:16 14   A.   About where I got this dot right here
11:24:18 15   (indicating).
11:24:18 16   Q.   Can you label that as cones for me?
11:24:21 17   A.   (Witness complies.)
11:24:22 18   Q.   Again, that's on Exhibit 5?
11:24:25 19   A.   Yeah, but they've had some more bad
11:24:34 20   accidents since this happened, too.
11:24:36 21   Q.   So, you say you were grinding the stump for
11:24:38 22   about three minutes; then what happens?
11:24:39 23   A.   Then I seen the cop run. Then I hear the
11:24:43 24   crash, you know. And when I hear the crash, I looked
```

70

```
11:24:47  1   up, and she's coming right towards me, you know, with
11:24:49  2   the car. Everything happened so fast, you know, this
11:24:53  3   goes, and I just froze.
11:24:55  4        I could not move, you know. And finally after
11:24:58  5   the thing all settled down, I was calling my Nextel
11:25:02  6   calling the office to get a cruiser out here, get an
11:25:05  7   ambulance out here, because the cop couldn't get on
11:25:08  8   his cell phone, you know.
11:25:08  9        And by that time there, I was able to walk over
11:25:11 10   here and stand right over here. Numerous people had
11:25:15 11   stopped. Somewhere I seen pictures in the paper
11:25:20 12   where a bunch of cars -- numerous people had stopped
11:25:22 13   along the side of the road here, tried to offer
11:25:23 14   assistance, tried to help us, you know (indicating).
11:25:24 15   Q.   Which side of the road did the people stop
11:25:27 16   on?
11:25:27 17   A.   On this side, on the westbound side. You
11:25:29 18   know, a bunch of people stopped, you know. So, the
11:25:32 19   cop asked one guy did you see the accident happen.
         20   He said, yes, I did. You know, but I don't know who
         21   they were. I didn't get involved in it. I just
11:25:41 22   wanted to go home.
11:25:43 23   Q.   Did you go down to the car at all that had
11:25:46 24   gone off the road?
```

71

```
11:25:46  1   A.   I stayed away from the car until after
11:25:50  2   they got her out of there, you know.
11:25:52  3   Q.   And how far away from you did the car end
11:25:59  4   up?
11:26:00  5   A.   About five feet, six feet maybe right from
11:26:04  6   here to here (indicating). The only thing stopped
11:26:08  7   her from hitting me was the tree. She bounced off
11:26:12  8   that tree like a rubber ball, you know.
11:26:13  9   Q.   Were those stumps in a row of trees on the
11:26:16 10   side of the road?
11:26:16 11   A.   Yeah, yeah. You know, it was like I said,
11:26:20 12   you do one here. You do one there. It looked like
11:26:22 13   there might have been one on the other side of this
11:26:23 14   fire hydrant, too, you know. I'm not sure. I'll
11:26:28 15   circle it, but I'm not sure. It looks like we did
11:26:32 16   one on the other side of the fire hydrant.
11:26:33 17   Q.   And that circle that you placed just above
11:26:36 18   the taillight --
         19   A.   Yeah, I'm --
         20   Q.   Hold on; just let me describe -- the circle
11:26:39 21   that you put just above the taillight depicted in
11:26:42 22   Exhibit Number 6 is another stump that you believe
11:26:46 23   you did?
11:26:46 24   A.   That's correct, yes, yes.
```

72

```
11:26:47  1   Q.   Did you speak with any of the witnesses at
11:26:50  2   the scene?
11:26:51  3   A.   I didn't even talk to myself. The tree
11:26:55  4   warden came out and tried to talk to me. He couldn't
11:26:58  5   even talk to me. I couldn't even talk, you know.
11:26:58  6   Q.   Did the police officer speak with you at
11:27:00  7   the scene?
11:27:01  8   A.   The only thing he kept telling me is he
11:27:03  9   said we need to get somebody out here to help us, and
11:27:06 10   I can't get on my Nextel. My wife couldn't
11:27:10 11   understand what I was trying to tell her on the
11:27:10 12   phone. I called her on the Nextel.
11:27:12 13        She couldn't understand what I was trying to
11:27:13 14   say. She called the tree warden; and by this time, I
11:27:16 15   guess people on the cell phones started calling in,
11:27:19 16   you know, and it wasn't about fifteen minutes, ten
11:27:24 17   minutes, fifteen minutes, and all of the apparatus
11:27:28 18   was there to help the woman, you know.
11:27:30 19   Q.   Now, were the roads -- what were the
11:27:34 20   weather conditions like that day?
11:27:35 21   A.   It was -- the roads was icy. It was icy
11:27:39 22   conditions, not rainy. It wasn't -- that's why they
11:27:43 23   couldn't get the helicopter in, because of the icing
11:27:47 24   conditions in Worcester. It was a misty day. It
```

## Page 73

1 wasn't a sunny day, no.
2 Q. How about right at the scene of the
3 accident, do you recall the road conditions that day?
4 A. The roads were wet.
5 Q. Wet?
6 A. It was wet, yes.
7 Q. Do you recall whether there was ice on the
8 roads at the accident scene?
9 A. I don't think there was any ice on the
10 road, no. If it were, we wouldn't have been out
11 there. You know, it was -- the road was wet, you
12 know. I talked to the driver of the truck more than
13 I talked to anybody, nice guy, you know.
14 Q. And what did he say to you?
15 A. He said to me, he says -- he said to the
16 cop -- the copy was standing there -- he says to the
17 cop, gees, I'm very, very sorry. He said the woman
18 pulled out in front of me -- a car pulled out in
19 front of me.
20 I looked through my rearview mirror. Then when
21 the car went by, I raised up, and the woman was
22 sitting there, and I couldn't stop, you know.
23 Q. And how long were you at the scene after
24 the accident?

## Page 74

1 A. Everything was all cleared up. The truck
2 was still sitting here. I didn't get out of there
3 until probably around 2:30, three o'clock if I
4 remember right, you know. The tree warden came out.
5 He couldn't even talk to me, and they wanted to
6 know if I wanted to go to the hospital for myself,
7 because I was all shook up, and I said, no, I'm fine.
8 Q. At what point did you move your truck?
9 A. When I got ready to leave.
10 Q. So, it remained in that same position the
11 entire time?
12 A. Oh, yeah, it wasn't bothering nothing,
13 yeah. I said to the fire department, you move my
14 truck. He said, no, your truck is fine. Your
15 truck's not bothering us here, you know.
16 But I did ask one of the -- when they was
17 covering the woman up and taking the windshield out,
18 I said is the woman going to be all right, and the
19 cop says, well, she says she's meditating, you know.
20 I said, she's what.
21 I asked her if she was -- he was talking to the
22 woman, I'm meditating, you know, so. But you could
23 stand on the back of her tires right here
24 (indicating). Hit pretty bad, you know. Did you get

## Page 75

1 a report ... the State Police?
2 Q. Yes. Do you recall how many times you
3 moved your truck on 109; was it just that one time?
4 A. No. These times right here. I had moved
5 each time I ground these stumps. We had to move, you
6 know, so that would be four times. We did these
7 stumps right here. I know we did more stumps in
8 there, but I don't know. It could have been down
9 here, you know (indicating).
10 Q. So, it could have been before Trotter Drive
11 or it could have been after Trotter Drive?
12 A. That's correct, yeah, yeah.
13 Q. But each time you had to pull out onto the
14 road and back up?
15 A. That's correct, yes, yes. That's correct.
16 We had to pull out and then back up, you know.
17 Unless you get two stumps close together, then I can
18 take the machine, move it over.
19 Like you see people move a backhoe, slide the
20 machine over. We can do the same thing with the
21 stump cutter. You know, we can push it around. Do
22 whatever we want to do with it, you know.
23 Q. Did you have any conversations with the
24 police at any time after this accident?

## Page 76

1 A. No.
2 Q. The police never asked you what you saw?
3 A. No. None of them ever talked to me. Not
4 one of the police details came out. The other cops
5 came out. They don't even talk to me. I just asked
6 the fire department, you know, shall I -- you know,
7 they had pulled around.
8 I said, do you want me to move my truck out of
9 your way to get to this lady. He says, you're not
10 bothering us, you know, so I sat right there until
11 after it was all said and done.
12 The tree warden came out; talked with me, and
13 said, why don't you go home. I says, well, we're not
14 going anywhere until this woman is going to be all
15 right, you know. But anyway, I stayed and then I
16 moved my truck. You know, the truck stayed sitting
17 right there the whole time, you know.
18 THE WITNESS: How's the lady? Can I
19 ask that question?
20 MR. SMITH: When we're finished, we'll
21 talk.
22 THE WITNESS: Okay.
23 MR. SMITH: Mr. McMillian, that's all
24 the questions I have right now. The rest of the

**Page 97**

```
1:59:19   1   item in particular. You see on Ro__ 109 in the
1:59:25   2   eastbound lane there is a square here, which is on
1:59:28   3   the far right-hand side of the page, and it says work
          4   truck; do you see that?
          5       A.   Yeah. Well, I see something about, you
1:59:35   6   know -- yeah, I guess you can make it out as a work
          7   truck.
1:59:39   8       Q.   Do you see that?
1:59:40   9       A.   Yeah, right here, yeah (indicating).
1:59:41  10       Q.   Now, is that where your truck was located
1:59:42  11   at the time of the accident?
1:59:48  12       A.   Well, this is the fire hydrant right here.
1:59:52  13   Let me look back through here now. Make sure I get
1:59:56  14   this thing right. There was a fire hydrant right
1:59:59  15   here, yeah. See the fire hydrant right here. See
         16   the hydrant.
2:00:01  17       I was back behind that hydrant on this side
2:00:05  18   right here. So, my work truck could have been about
2:00:08  19   right here where he's talking about, yes, because
2:00:12  20   behind the hydrant over here. Now, if this is the
2:00:16  21   road right here, my truck was not in the road that
2:00:22  22   far (indicating).
2:00:22  23       Q.   Could you take a pen --
2:00:28  24              MR. SMITH: There's a red one right
```

**Page 98**

```
2:00:29   1   there.
2:00:30   2       Q.   -- here's a red one -- and mark for me two
2:00:32   3   things. Can you mark for me the location of your
2:00:34   4   truck and the stump grinder -- actually, I'm going to
2:00:37   5   ask you to mark three things -- where the stump
2:00:42   6   grinder was, where the truck was located, and where
2:00:44   7   you were located.
2:00:46   8       A.   I don't understand this stop two one.
2:00:47   9   What's this right here? This is the truck here and
2:00:48  10   this is the car?
2:00:49  11       Q.   You're pointing to Number One, and I think
2:00:52  12   that does represent the truck, sir, but I want you to
2:00:54  13   just focus on your location. This is where I believe
2:00:58  14   I can represent to you Number One is where the truck
2:01:00  15   ended up; okay?
2:01:01  16       A.   Yeah.
2:01:02  17       Q.   And Number Two is where I think
2:01:07  18   Mrs. Rhodes' vehicle ended up; okay?
2:01:08  19       A.   Well --
         20       Q.   Now, after telling you those two things,
         21   can you locate where your truck was?
2:01:14  22       A.   My truck was right here. If this is the
2:01:15  23   stump right here, okay, my truck was located right in
2:01:19  24   here, if this is the stump (indicating).
```

**Page 99**

```
12:01:21  1       Q.   Can you draw a box for me of some kind and
12:01:26  2   then initial it your truck; write in truck?
12:01:33  3       A.   (Witness complies.) And cutter.
12:01:38  4       Q.   And where were you -- is that both -- that
12:01:42  5   represents both where the truck and the grinder was
12:01:45  6   located?
12:01:46  7       A.   That's correct, because it's together.
12:01:48  8   It's all together. And I was approximately about
12:01:51  9   right here (indicating).
12:01:52 10       Q.   Can you draw an arrow to that and put your
12:01:55 11   initials JM?
12:01:58 12       A.   (Witness complies.)
12:02:00 13              MR. DESCHENES: Can we have this
12:02:01 14   marked as the next exhibit.
         15              (Exhibit No. 8 marked
12:02:24 16                for Identification.)
12:02:39 17       Q.   Now, did you notice at all the police
12:02:42 18   sergeant reducing traffic to one lane just prior to
12:02:46 19   the accident occurring?
12:02:47 20       A.   No.
12:02:48 21       Q.   So, you don't recall that occurring at all?
12:02:51 22       A.   No. When I backed up to that stump right
12:02:53 23   there, I paid attention to what I'm doing, because
12:02:57 24   the thing like I said throws up rocks.
```

**Page 100**

```
12:02:58  1       Q.   You were facing the woods --
          2       A.   That is correct.
12:03:00  3       Q.   -- not the roadway?
12:03:01  4       A.   Not the roadway. I was facing the woods.
12:03:04  5   I was facing this way right here. If you can see on
12:03:08  6   this picture right here, I was facing this way
12:03:10  7   (indicating).
12:03:10  8       Q.   You're gesturing towards the woods?
12:03:14  9       A.   That's right. Towards the woods.
12:03:14 10       Q.   Which I suppose would be in a southerly
12:03:17 11   location?
12:03:17 12       A.   That would be southern, yes, southeast, you
12:03:20 13   know.
12:03:22 14       Q.   So, just immediately prior to the accident,
12:03:24 15   you didn't notice that the policeman, the sergeant,
12:03:27 16   had reduced traffic down to one lane?
12:03:32 17       A.   (Shakes head.)
12:03:33 18       Q.   You're shaking your head?
12:03:34 19       A.   I don't know why he stopped the woman. I
12:03:37 20   don't know why he reduced it down to one lane. Why,
12:03:41 21   I don't know. Maybe I threw a rock out in the street
12:03:45 22   right here.
         23       I can't see anything thrown out in the street,
12:03:45 24   you know. I don't know why he even stopped the lady.
```