## Robert Powers

| | |
|---|---|
| **From:** | Peter G. Hermes [phermes@HNSO.ORG] |
| **Sent:** | Tuesday, August 17, 2004 3:59 PM |
| **To:** | Robert Powers; Moira Malany; Mamnoon Khan |
| **Subject:** | Insured: J. McMillan Professional Tree Service, Inc. |
| **Attachments:** | Powers.doc; Release.doc |

Bob, Moira and Mamnoon:

    Attached is a proposed letter agreement between the insurers. Please comment.

    Also attached is a draft release which Plaintiffs can execute on Thursday if we can agree on terms. Your comments also are solicited.

                                                  Peter

Peter G. Hermes
Hermes, Netburn, O'Connor & Spearing, P.C.
111 Devonshire Street
Boston, MA 02109
Telephone (617) 210-7710
Fax (617) 728-0052
Email: phermes@hnso.org

DRAFT
August 17, 2004

(617) 210-7710

January 23, 2006

Robert P. Powers, Esquire
Melick, Porter & Shea
28 State Street
Boston, MA 02109

RE:   Rhodes v. Zalewski, Norfolk Superior Court, C.A. No. 02-01159A ("the Civil Action")
      Insured:                        Jerry McMillan Professional Tree Service, Inc.
      Specialty National Claim No.:   K14-009722
      OneBeacon Claim No.:            0BL05034Y

Dear Bob:

  The purpose of this letter is to set forth the terms under which Specialty National Insurance Company, through its third-party administrator, Network Adjusters, Inc. ("Specialty National"), and OneBeacon America Insurance Company, successor to Commercial Union Insurance Company ("OneBeacon"), have agreed to pay a total of $550,000 to the Plaintiffs in the Civil Action in full settlement of claims which the Plaintiffs may have had against McMillan and for the purpose of extinguishing the rights of third-parties to make contribution claims against McMillan arising out of the claims asserted in the Civil Action.

  Specialty National and OneBeacon each will pay $275,000 to the Plaintiffs with each insurer reserving all of its rights against the other to contend that the other insurer was responsible to provide coverage for defense and indemnification in connection with the settlement of the Plaintiffs and with Specialty National retaining the right to seek to recover from OneBeacon reasonable attorneys' fees incurred in the defense of McMillan in the Civil Action.

  No action by either Specialty National or OneBeacon in connection with the settlement with the Plaintiffs will limit, restrict or constitute a waiver of any rights or defenses which each may have with respect to the other, it being understood that the payments to the Plaintiffs on behalf of McMillan were being made to protect the interests of McMillan without either insurer prejudicing any rights it may have.

Robert P. Powers, Esquire
August 17, 2004
Page 2

      With respect to the continued defense of the Civil Action, Specialty National and OneBeacon agree that they shall share equally the cost of obtaining the dismissal of contribution and indemnification claims which have been pleaded against McMillan and, in the event that one or more of those claims remain pending, Specialty National and OneBeacon shall share equally the continuing cost of defense of McMillan in the Civil Action.

      I believe this letter sets forth the terms of the agreement between our respective clients concerning this matter. If it does, please advise me in writing as promptly as possible of its acceptance of these terms. If it does not, please advise me of such modifications as you believe are appropriate.

      Thank you.

      Very truly yours,

      Peter G. Hermes

PGH/mag
G:\DOCS\PGH\clients\CGUJ. McMillan Prof. Tree Service, Inc\Letters\Powers.doc

Michele Porter

From: Bob Powers
Sent: Thursday, September 01, 2005 10:56 AM
To: Michele Porter
Subject: FW: CMecf Registration Information

Here it is, please distribute to those who need it, and keep safe somewhare

-----Original Message-----
From: CMecfRegistrar@mad.uscourts.gov [mailto:CMecfRegistrar@mad.uscourts.gov]
Sent: Thursday, September 01, 2005 8:16 AM
To: rpowers@melicklaw.com
Subject: CMecf Registration Information

Dear Robert P. Powers,

Thank you for registering for CM/ECF with the US District Court for the District of Massachusetts. Your account has been set up and this email contains your initial login and password information to access the system.

You can log into the live CM/ECF system by following this link: https://ecf.mad.uscourts.gov/cgi-bin/login.pl or go to the court's web page - www.mad.uscourts.gov and click on E-Filing - CM/ECF and then log in to CM/ECF.

Your login and password to CM/ECF is your digital signature. It is your responsibility to safeguard this information.

Login Name:  powe3582

Password: sib+1veb

Please verify that your personal information is correct, by clicking on 'Utilities' and then 'Maintain Your Account'. You can set up your personal e-mail options and maintain your account there. You must update this information any time there is a change. You will now begin receiving Electronic Notices of Filing when documents are electronically filed in any case in which you are entered as an attorney of record.

The initial issuance of CM/ECF logins for attorneys began during the week of September 15, 2003 on a staggered basis. Not all CM/ECF registered users will have received their logins at the same time. If someone you know has registered, but did not receive their login yet, please have them call the Clerk's Office ECF Help Desk to verify the status of their registration.

As of OCTOBER 1, 2003 we began accepting documents electronically through CM/ECF. However, before filing any document in ECF, you must refer to the Standing Orders regarding electronic filing issued by the judges and the Administrative Procedures for Electronic Case Filing in the District of Massachusetts. These documents can be found on our web site at http://www.mad.uscourts.gov under E-filing - CM/ECF. You will also find the CM/ECF User's Guide and ECF training information on our web site.

If you encounter any problems logging in with the account information enclosed in this email, please notify the court immediately, by calling the CM/ECF Help Desk at 866-239-6233.

---

***This message was automatically generated because you registered for CM/ECF with this court. Please DO NOT reply to this message.***

1