UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SPECIALTY NATIONAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>ONEBEACON INSURANCE COMPANY,<br><br>    Defendant. | Civil Action No. 04-12306 RCL |

**DEFENDANT, ONEBEACON INSURANCE COMPANY'S
MOTION FOR LEAVE OF COURT TO FILE A REPLY BRIEF
PURSUANT TO LOCAL RULE 7.1(B)(3)**

Pursuant to Local Rule 7.1(B)(3), OneBeacon Insurance Company ("OneBeacon") moves this Honorable Court for leave to file a Reply Brief in response to Specialty National Insurance Company's ("Specialty National") Opposition to One Beacon's Summary Judgment Motion to address the document submitted as Exhibit C to Specialty National's Opposition.[1]  A copy of Defendant OneBeacon's Reply Brief to Specialty National Insurance Company's Opposition to Defendant's Summary Judgment Motion is filed herewith.

---

[1] August 17, 2004, Email from Attorney Peter G. Hermes and attached letter.

Respectfully submitted,<br>
**ONEBEACON INSURANCE COMPANY,**<br>
By its Attorneys,

      /s/ Randy J. Spencer
Peter G. Hermes, BBO #231840
Randy J. Spencer, BBO #653879
HERMES, NETBURN, O'CONNOR & SPEARING, P.C.
265 Franklin St., Seventh Floor
Boston, MA 02110
(617) 728-0050
(617) 728-0052 (F)

Dated: February 1, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) as follows:

Robert P. Powers, Esq.
Melick, Porter & Shea, LLP
One Beacon Street
Boston, MA 02109

      /s/ Randy J. Spencer
Randy J. Spencer