UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SPECIALTY NATIONAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>-vs-<br><br>ONEBEACON INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 04-12306RCL |

**JOINT MOTION REQUESTING DECISION ON THE MERITS OF ONE BEACON'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

Specialty National Insurance Company ("Specialty National") and One Beacon Insurance Company ("OneBeacon") jointly request that the Court reconsider its order declining to consider this matter on summary judgment because of timeliness. The question for resolution by this Court is whether OneBeacon or Specialty National was obligated to provide insurance coverage to their mutual insured, Jerry McMillan Professional Tree Service, Inc. ("McMillan"), for bodily injury claims made against McMillan arising from a collision of a tractor-trailer truck and an automobile driven by Marcia Rhodes ("Underlying Claim"). Both insurers agree that a trial is not necessary in order to resolve this question.

The Court has before it OneBeacon's motion for summary judgment and Specialty National's opposition and cross-motion for summary judgment. Both insurers agree that these put before the Court a record sufficient to decide this case as a matter of law. Both insurers are prepared to argue the question at the presently scheduled March conference, or at any other time

the Court deems fit to schedule a hearing. While acknowledging that these papers were filed with the Court outside of the agreed upon timeframe[1], both insurers believe they still offer an appropriate, practical and sensible means of resolving this case while conserving judicial resources.

| | |
|---|---|
| SPECIALTY NATIONAL INSURANCE COMPANY<br>By its attorney, | ONEBEACON INSURANCE COMPANY COMPANY<br>By its attorney, |
| /s/ *Robert P. Powers*<br>Robert P. Powers (BBO No. 544691)<br>Melick, Porter & Shea, LLP<br>28 State Street<br>Boston, MA 02109<br>Tel: (617) 523-6200<br>rpowers@melicklaw.com | /s/ *Randy J. Spence*<br>Randy J. Spencer, Esq. (BBO NO. 653879)<br>Hermes, Netburn, O'Connor & Spearing, P.C.<br>265 Franklin Street, 7th Fl.<br>Boston, MA 02110<br>(617) 728-0050<br>rspencer@HNSO.org |

## CERTIFICATE OF SERVICE

I, Robert P. Powers, hereby certify that this motion filed through the ECF system, will be electronically sent to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 16, 2006.

/s/ *Robert P. Powers*
Robert P. Powers (BBO No. 544691)
Melick, Porter & Shea, LLP
28 State Street
Boston, MA 02109
(617) 523-6200
rpowers@melicklaw.com

---

[1] Both Specialty National and OneBeacon apologize to the Court for this lapse.