UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SPECIALTY NATIONAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ONEBEACON INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 04-12306 RCL |

## ASSENTED TO MOTION FOR ENTRY OF JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), OneBeacon Insurance Company ("OneBeacon") moves this Honorable Court for Entry of Judgment from this Court's May 3, 2006, granting of summary judgment in favor of OneBeacon. Specialty National Insurance Company assents to this motion subject to the preservation of its rights of appeal.

The proposed Judgment in a Civil Case is attached hereto.

Respectfully submitted,

| ONEBEACON INSURANCE COMPANY,<br>By its Attorneys. | SPECIALTY NATIONAL INSURANCE COMPANY,<br>By its Attorneys |
|---|---|
| /s/ Randy J. Spencer<br>Peter G. Hermes, BBO #231840<br>Randy J. Spencer, BBO #653879<br>HERMES, NETBURN, O'CONNOR<br>  & SPEARING, P.C.<br>265 Franklin Street, Seventh Floor<br>Boston, MA 02110<br>(617) 728-0050<br>(617) 728-0052 (F) | /s/ Robert P. Powers<br>Robert P. Powers, BBO #<br>MELICK, PORTER & SHEA, LLP<br>28 State Street<br>Boston, MA 02109<br>(617) 523-6200<br>(617) 523-8130 (F)<br><br>Dated:  May 9, 2006 |

G:\DOCS\RJS\OBI\McMillan 15709\Pleadings\Assented to Motion for Entry of Judgment 5 09 06 doc