DRAFT: 5/4/06

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SPECIALTY NATIONAL INSURANCE
COMPANY,
                Plaintiff,

vs.                                                Civil Action No. 04-12306 RCL

ONE BEACON INSURANCE COMPANY,
                Defendant.

## JUDGMENT IN A CIVIL CASE

Reginald C. Linsday, U.S.D.J.

☐    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by the Court.** In accordance with the order dated May 3, 2006, the Court denies plaintiff's motion for summary judgment and grants defendant's motion for summary judgment and declares as follows:

    1)    Under its Policy No. 3XA138766-00, Specialty National was primarily obligated to provide coverage to Jerry McMillan Professional Tree Service, Inc. in connection with the claims made in the matter of Rhodes v. Zalewski, Civil Action No. 02-01159A, Norfolk (Massachusetts) Superior Court.

    2)    OneBeacon Insurance Company is entitled to equitable subrogation from Specialty National Insurance Company in the amount of $275,000 in connection with the settlement reached in the Rhodes matter.

**IT IS ORDERED AND ADJUDGED:**

Judgment for the Defendant, OneBeacon Insurance Company, in the amount of

Two Hundred Seventy Five Thousand ($275,000) Dollars. Prejudgment interest in

the amount of Forty Nine Thousand, Eight Hundred Six and 27/100 ($49,806.27)

Dollars, for a total of Three Hundred Twenty Four Thousand, Eight Hundred Six and 27/100 ($324,806.27) Dollars.

                                                            SARAH A. THORNTON
                                                            CLERK OF COURT

Dated: May ____, 2006                              By____s/s Lisa Hourihan____
                                                                     Deputy Clerk

NOTE: The post judgment interest rated effective this date is ____%.

G:\DOCS\PGH clients\CGU\J. McMillan Prof. Tree Service, Inc.\Specialty National\Pleadings\Judgment.doc