UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>SPECIALTY NATIONAL INSURANCE
COMPANY</u>
        Plaintiff(s)

v.                                CIVIL ACTION NO. **04-12306-RCL**

<u>ONE BEACON INSURANCE COMPANY</u>
        Defendant(s)

## JUDGMENT IN A CIVIL CASE

<u>LINDSAY, D.J.</u>

☐   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

   **Decision by the Court**. In accordance with the Court's Order dated May 3, 2006 and the Court having denied plaintiff's motion for summary judgment and granted defendant's motion for summary judgment and declares as follows:

1. Under its Policy No. 3XA138766-00, Specialty National was primarily obligated to provide coverage to Jerry McMillan Professional Tree Service, Inc. in connection with the claims made in the matter of Rhodes v. Zalewski, Civil Action No. 02-01159A, Norfolk (Massachusetts) Superior Court.

2. OneBeacon Insurance Company is entitled to equitable subrogation from Specialty National Insurance Company in the amount of $275,000 in connection with the settlement reached in the Rhodes matter.

### IT IS ORDERED AND ADJUDGED

Judgment for the defendant, OneBeacon Insurance Company in the amount of Two Hundred Seventy Five Thousand ($275,000) Dollars. Prejudgment interest in the amount of Forty Nine Thousand, Eight Hundred Six and 27/100 ($49,806.27) Dollars, for a total judgment in the amount of Three Hundred Twenty Four Thousand, Eight Hundred Six and 27/100 ($324,806.27) Dollars.

Sarah A. Thornton, Clerk

Dated:   May 10, 2006                         /s/ Lisa M. Hourihan
                                              Deputy Clerk

NOTE:  The post judgment interest rate effective this date is 4.90%.