UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **SPECIALTY NATIONAL INSURANCE COMPANY,** | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 04-12306 RCL |
| **ONEBEACON INSURANCE COMPANY,** | ) ) ) | |
| Defendant. | ) ) | |

### REQUEST FOR WRIT OF EXECUTION

Pursuant to Fed. R. Civ. P. 69(a), OneBeacon Insurance Company ("OneBeacon") moves this Honorable Court for a Writ of Execution in conformity with this Court's May 10, 2005, Judgment in a Civil Case in the amount of Three Hundred Twenty-Four Thousand, Eight Hundred Six and 27/100 ($324,806.27) Dollars, excluding post judgment interest.

    Respectfully submitted,
    **ONEBEACON INSURANCE COMPANY,**
    By its Attorneys,

    /s/ Randy J. Spencer

    Peter G. Hermes, BBO #231840
    Randy J. Spencer, BBO #653879
    HERMES, NETBURN, O'CONNOR &
     SPEARING, P.C.
    265 Franklin Street, Seventh Floor
    Boston, MA 02110
    (617) 728-0050
    (617) 728-0052 (F)

Dated: May 16, 2006

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 16th day of May, 2006.

                                                /s/ Randy J. Spencer
                                        _____

G:\DOCS\RJS\OBI\McMillan 15709\Pleadings\Req. for Writ of Execution.doc