# EXHIBIT A



home | contact us | Job Opportunities | Eagle Insurance



| Run-Off Contact Information | List of Companies | Policy Cancellations | File A Claim |

**File A Claim**

## File A Claim

As an organization in run off, the Kemper Insurance Companies substantially ceased issuing new policies in the spring of 2003. Policyholder claims are being handled under the terms of the existing policies. Most of Kemper's claim handling has been outsourced to unaffiliated third-party administrators.

**Claims on policies issued by Specialty National Insurance Company or Specialty Surplus Insurance Company**

Specialty National and Specialty Surplus were part of Kemper's "Kempes" unit formerly based in Scottsdale, Arizona. If you have a claim on any policies underwritten by Specialty National or Specialty Surplus, please contact Network Adjusters at 1-877-533-1211.

**Claims on policies issued by Eagle Pacific Insurance Company or Pacific Eagle Insurance Company**

If you have a claim on any policies originally underwritten by Eagle Pacific Insurance Company or Pacific Eagle Insurance Company, please contact SeaBright Insurance Company at 1-800-372-2255.

**Workers' compensation, commercial auto and premises and products liability claims**

Most workers' compensation, commercial auto and premises and products liability claims (standard forms) are being handled by Broadspire Services, Inc. Questions about medical bill review and medical case management should also be addressed to Broadspire. Broadspire's staff includes many of the same people who had been part of Kemper's former claims handling operation which was sold to Broadspire's parent, Platinum Equity, in July 2003. If you have a workers' compensation, commercial auto or premises and products liability claim (other than on policies issued by the Specialty or Eagle operations noted above), please contact Broadspire at:

Phone: 1-800-753-6737
Fax: 1-800-245-9927
Email: nol@choosebroadspire.com
Website: www.choosebroadspire.com

To expedite the process, please complete your claim form (link to WC and auto forms) and fax or email it to Broadspire.

**Commercial property and specialty liability claims**

Please contact Kemper's customer relations unit for commercial property claims on Kemper policies (other than those issued by the Specialty or Eagle operations noted above), as well as specialty liability claims, including:
• Environmental
• Directors and officers