APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:04-cv-12306-RCL

Specialty National Insurance Company v. One Beacon Insurance Company
Assigned to: Judge Reginald C. Lindsay
Demand: $275,000
Cause: 28:1332 Diversity-Insurance Contract

Date Filed: 11/01/2004
Jury Demand: None
Nature of Suit: 110 Insurance
Jurisdiction: Diversity

### Plaintiff

**Specialty National Insurance Company**    represented by **Robert P. Powers**
Melick, Porter & Shea, LLP
28 State Street
Boston, MA 02109
617-523-6200
Fax: 617-523-8130
Email: rpowers@melicklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**One Beacon Insurance Company**    represented by **Peter G. Hermes**
Hermes, Netburn, O'Connor & Spearing
265 Franklin Street
7th Floor
Boston, MA 02110
617-728-0050
Fax: 617-728-0052
Email: phermes@hnso.org
*ATTORNEY TO BE NOTICED*

**Randy J. Spencer**
Hermes, Netburn, O'Connor & Spearing
265 Franklin Street

7th Floor
Boston, MA 02110
617-723-9800
Fax: 617-523-8359
Email: rspencer@hnso.org
*ATTORNEY TO BE NOTICED*

**Robert P. Powers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**One Beacon Insurance Company** represented by **Peter G. Hermes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Randy J. Spencer**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Specialty National Insurance Company**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/28/2004 | 1 | COMPLAINT against One Beacon Insurance Company Filing fee: $ 150, receipt number 59696, filed by Specialty National Insurance Company. (Attachments: # 1 Civil Cover Sheet) (Boyce, Kathy) (Entered: 11/01/2004) |
| 10/28/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander (Boyce, Kathy) (Entered: 11/01/2004) |
| 10/28/2004 |  | Summons Issued as to One Beacon Insurance Company. (Boyce, Kathy) (Entered: 11/01/2004) |
| 12/13/2004 | 2 | WAIVER OF SERVICE Returned Executed One Beacon |

| | | |
|---|---|---|
| | | Insurance Company waiver sent on 11/30/2004, answer due 1/31/2005. (Stanhope, Don) (Entered: 12/14/2004) |
| 01/13/2005 | 3 | ANSWER to Complaint, COUNTERCLAIM against Specialty National Insurance Company by One Beacon Insurance Company.(Stanhope, Don) (Entered: 01/14/2005) |
| 01/21/2005 | 4 | CORPORATE DISCLOSURE STATEMENT by One Beacon Insurance Company. (Stanhope, Don) (Entered: 01/25/2005) |
| 03/02/2005 | 6 | CORPORATE DISCLOSURE STATEMENT filed by Specialty National Insurance Company. (Stanhope, Don) (Entered: 03/04/2005) |
| 03/03/2005 | 5 | NOTICE of Scheduling Conference Scheduling Conference set for 4/13/2005 02:30 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 03/03/2005) |
| 04/07/2005 | 7 | JOINT STATEMENT re scheduling conference. (Stanhope, Don) (Entered: 04/08/2005) |
| 04/13/2005 | | Electronic Clerk's Notes for proceedings held before Judge Reginald C. Lindsay : Scheduling Conference held on 4/13/2005. Each party to file Motion for Summary Judgment by 11/1/05. Motions for Summary Judgment are to be supported by Memorandum, which will serve as opposition to opposing motion. (Court Reporter none.) (Stanhope, Don) (Entered: 04/14/2005) |
| 04/13/2005 | 8 | CERTIFICATION pursuant to Local Rule 16.1 filed by One Beacon Insurance Company.(Stanhope, Don) (Entered: 04/15/2005) |
| 04/22/2005 | 9 | CERTIFICATION pursuant to Local Rule 16.1 filed by Specialty National Insurance Company.(Stanhope, Don) (Entered: 04/22/2005) |
| 08/30/2005 | 10 | NOTICE of Withdrawal of Appearance (York, Steve) (Entered: 08/31/2005) |
| 10/28/2005 | 11 | NOTICE of Change of Address by Peter G. Hermes (York, Steve) (Entered: 10/31/2005) |
| 11/22/2005 | 12 | Judge Reginald C. Lindsay : ORDER entered. PROCEDURAL ORDER re pretrial/trial Final Pretrial Conference set for 3/2/2006 03:00 PM in Courtroom 11 before Judge Reginald C. Lindsay.(Hourihan, Lisa) (Entered: 11/22/2005) |

| | | |
|---|---|---|
| 01/11/2006 | 13 | MOTION for Summary Judgment by One Beacon Insurance Company, One Beacon Insurance Company. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L# 13 Exhibit M# 14 Exhibit N)(York, Steve) (Entered: 01/11/2006) |
| 01/11/2006 | 14 | MEMORANDUM in Support re 13 MOTION for Summary Judgment filed by One Beacon Insurance Company, One Beacon Insurance Company. (York, Steve) (Entered: 01/11/2006) |
| 01/11/2006 | 15 | AFFIDAVIT of Randy J. Spencer by One Beacon Insurance Company.(York, Steve) (Entered: 01/11/2006) |
| 01/11/2006 | 16 | CERTIFICATE OF CONSULTATION by Peter G. Hermes on behalf of One Beacon Insurance Company, (York, Steve) (Entered: 01/11/2006) |
| 01/12/2006 | 17 | NOTICE issued to Attorney Peter G. Hermes regarding mandatory use of ECF in compliance with Local Rule 5.4. Failure to comply may result in the imposition of sanctions. (York, Steve) (Entered: 01/12/2006) |
| 01/12/2006 | 18 | NOTICE of Appearance by Randy J. Spencer on behalf of One Beacon Insurance Company, One Beacon Insurance Company (Spencer, Randy) (Entered: 01/12/2006) |
| 01/12/2006 |  | Notice of correction to docket made by Court staff. Correction: Documents numbered 19, 20, 21, 22, and 23 were deleted form the docket sheet because: These documents were filed twice in the case, Once manually and once electronically by counsel for defendant One beacon Insurance Company. (York, Steve) (Entered: 01/12/2006) |
| 01/24/2006 | 19 | Opposition re 13 MOTION for Summary Judgment filed by Specialty National Insurance Company. (Attachments: # 1 Exhibit Deposition Excerpts of Marcia Rhodes# 2 Exhibit Deposition Excerpts of Jerry McMillian# 3 Exhibit Fax and Draft Letter by Attorney Hermes# (Powers, Robert) (Entered: 01/24/2006) |
| 01/26/2006 | 20 | MEMORANDUM OF LAW by Specialty National Insurance Company, Specialty National Insurance Company re 19 Opposition to Motion for Summary Judgment. (York, Steve) Additional attachment(s) added on 1/26/2006 (York, Steve). |

| | | |
|---|---|---|
| | | (Entered: 01/26/2006) |
| 02/01/2006 | 21 | MOTION for Leave to File *a Reply Brief* by One Beacon Insurance Company.(Spencer, Randy) (Entered: 02/01/2006) |
| 02/01/2006 | 22 | REPLY to Response to Motion re 13 MOTION for Summary Judgment filed by One Beacon Insurance Company. (Spencer, Randy) (Entered: 02/01/2006) |
| 02/02/2006 | | Judge Reginald C. Lindsay : Electronic ORDER entered denying 13 Motion for Summary Judgment, denying 21 Motion for Leave to File as untimely filed. The motions for summary judgment were due on 11/1/05, a date that was set at the scheduling conference held on 4/13/05. (Hourihan, Lisa) (Entered: 02/02/2006) |
| 02/16/2006 | 23 | MOTION for Reconsideration *Requesting Decision of the Merits of OneBeacon's Motion for Summary Judgment* by Specialty National Insurance Company, One Beacon Insurance Company.(Powers, Robert) (Entered: 02/16/2006) |
| 02/17/2006 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting 23 Motion for Reconsideration (York, Steve) (Entered: 02/21/2006) |
| 02/21/2006 | | The pretrial conference set for 3/2/06 is CANCELLED. A hearing date on the pending motions for summary judgment will be scheduled by the Court. (Hourihan, Lisa) (Entered: 02/21/2006) |
| 03/23/2006 | | ELECTRONIC NOTICE of Hearing on Motion 13 MOTION for Summary Judgment: Motion Hearing set for 5/22/2006 03:00 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 03/23/2006) |
| 05/03/2006 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting 13 Motion for Summary Judgment. Before the court are the parties' cross-motions for summary judgment. The parties agree that there are no genuine issues of material fact. Upon consideration of the summary judgment record, the court rules as follows. Under the plain terms of the policies at issue, the claims made against Jerry McMillan Professional Tree Service, Inc. in the matter of Rhodes v. Zalewski, Civil Action No. 02-01159A, Norfolk (Massachusetts) Superior Court were covered by the policy issued by Specialty National. For over two years, Specialty National controlled the defense of the |

| | | |
|---|---|---|
| | | claims against Jerry McMillan Professional Tree Service, Inc without asserting that those claims were excluded from coverage under the Specialty National policy at issue. This was an unreasonable delay which precludes the present claim of Specialty National for equitable subrogation. See Salonen v. Paananen, 320 Mass. 568, 572 (1947); Safety Insurance Company v. Day, et al., 65 Mass. App. Ct. 15, 24 (2005). Accordingly the motion for summary judgment of the plaintiff Specialty National is denied; the motion for summary judgment of the defendant OneBeacon is granted. The court declares as follows. (1) Under its Policy No.3XZ138766-00, Specialty National was primarily obligated to provide coverage to Jerry McMillan Professional Tree Service, Inc. in connection with the claims made in the matter of Rhodes v. Zalewski, Civil Action No. 02-01159A, Norfolk (Massachusetts) Superior Court. (2) OneBeacon Insurance Company is entitled to equitable subrogation from Specialty National Insurance Company in the amount of $275,000 in connection with the settlement reached in the Rhodes matter. The clerk shall enter judgment accordingly, together with interest at the Massachusetts rate from the date of the filing of the complaint in this action. This matter then shall be terminated on the docket of this court. (Lindsay, Reginald) (Entered: 05/03/2006) |
| 05/04/2006 | | The Court having ruled on the cross motions for summary judgment on 5/3/06, cousel are directed to file a proposed form of judgment consistent with this ruling by 5/12/06. (Hourihan, Lisa) (Entered: 05/04/2006) |
| 05/09/2006 | 24 | Assented to MOTION Entry of Judgment by One Beacon Insurance Company. (Attachments: # 1 Proposed Judgment) (Spencer, Randy) (Entered: 05/09/2006) |
| 05/10/2006 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting 24 Motion for entry of judgment (Hourihan, Lisa) (Entered: 05/10/2006) |
| 05/10/2006 | 25 | Judge Reginald C. Lindsay : ORDER entered. JUDGMENT in favor of defendant against plaintiff(Hourihan, Lisa) (Entered: 05/10/2006) |
| 05/16/2006 | 26 | MOTION Writ of Execution by One Beacon Insurance Company.(Spencer, Randy) (Entered: 05/16/2006) |

| | | |
|---|---|---|
| 05/23/2006 | 27 | NOTICE OF APPEAL by Specialty National Insurance Company. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 6/12/2006. (Powers, Robert) Modified on 5/31/2006 (York, Steve). (Entered: 05/23/2006) |
| 05/24/2006 | 28 | Opposition to One Beacon's Motion for Writ of Execution and for a Stay Pending Appeal by Specialty National Insurance Company. (Powers, Robert) Modified on 6/14/2006 (Hourihan, Lisa). (Entered: 05/24/2006) |
| 05/24/2006 | 30 | *Opposition/* Response by One Beacon Insurance Company to 28 Request for a Stay Pending Appeal. (Attachments: # 1 Exhibit A)(Spencer, Randy) Modified on 6/14/2006 to reflect proper title of opposition(Hourihan, Lisa). (Entered: 05/30/2006) |
| 05/24/2006 | 31 | Opposition re 26 MOTION Writ of Execution and for Stay Pending Appeal filed by Specialty National Insurance Company. (York, Steve) Modified on 6/14/2006 (Hourihan, Lisa). This is a duplicate of entry #28 (Entered: 05/31/2006) |
| 05/26/2006 | | Filing fee: $ 455, receipt number 72771 for 27 Notice of Appeal, (York, Steve) (Entered: 05/31/2006) |
| 05/30/2006 | 29 | MOTION to Stay *Requested* by One Beacon Insurance Company. (Attachments: # 1 Exhibit A)(Spencer, Randy) Modified on 6/14/2006 (Hourihan, Lisa). This entry is the same as 30 and should be entitled as One Beacon Insurance Company's Opposition to Plaintiffs' Request for a Stay Pending Appeal. (Entered: 05/30/2006) |
| 05/30/2006 | | Motions terminated: 29 MOTION to Stay *Requested* filed by One Beacon Insurance Company,. (This document was incorrectly filed by counsel as a Motion) (York, Steve) (Entered: 05/30/2006) |
| 05/30/2006 | | Notice of correction to docket made by Court staff. Correction: Docket entry numbered 29 has been terminated because: This document was incorrectly filed by counsel as a motion (York, Steve) (Entered: 05/30/2006) |
| 06/01/2006 | | Notice of correction to docket made by Court staff. Correction: |

| | | Docket entry formerly entered as entry 32 notice of appeal, has been deleted from the docket sheet because: it was incorrectly docketed twice. (York, Steve) (Entered: 06/01/2006) |