UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SPECIALTY NATIONAL INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ONEBEACON INSURANCE COMPANY,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　Civil Action No. 04-12306 RCL<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

　　Please enter the appearance of Michael S. Batson, Esq. as attorney for Defendant OneBeacon Insurance Company in the above-captioned matter.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　**ONEBEACON INSURANCE COMPANY,**
　　　　　　　　　　　　　　　　　　　By its Attorneys,


　　　　　　　　　　　　　　　　　　　/s/ Michael S. Batson
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Michael S. Batson, BBO #648151
　　　　　　　　　　　　　　　　　　　HERMES, NETBURN, O'CONNOR
　　　　　　　　　　　　　　　　　　　　　& SPEARING, P.C.
　　　　　　　　　　　　　　　　　　　265 Franklin Street, Seventh Floor
　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　(617) 728-0050
Dated: August 29, 2006　　　　　　　　(617) 728-0052 (F)

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 29th day of August, 2006.

      /s/ Michael S. Batson
      _____
      Michael S. Batson

G:\DOCS\MSB\Clients\OneBeacon\J. McMillan\Specialty National - 15709\Notice Of App..doc