UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **SPECIALTY NATIONAL INSURANCE COMPANY,**<br><br>           Plaintiff,<br><br>v.<br><br>**ONEBEACON INSURANCE COMPANY,**<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 04-12306 RCL<br>)<br>)<br>)<br>)<br>) |

## RENEWED MOTION FOR A WRIT OF EXECUTION

Pursuant to Fed. R. Civ. P. 69(a) and this Court's July 15, 2006 Electronic Order, OneBeacon Insurance Company ("OneBeacon") renews its May 16, 2006 Motion and moves this Honorable Court for a Writ of Execution in conformity with this Court's May 10, 2006, Judgment in a Civil Case in the amount of Three Hundred Twenty-Four Thousand, Eight Hundred Six and 27/100 Dollars ($324,806.27), excluding post judgment interest.

As grounds for this Motion, OneBeacon states as follows:

1. On May 10, 2006, this Court entered judgment, including interest accruing to the date of the judgment, in favor of OneBeacon against Specialty National Insurance Company ("Specialty National") in the amount of Three Hundred Twenty-Four Thousand, Eight Hundred Six and 27/100 ($324,806.27) Dollars.

2. On May 16, 2006, OneBeacon filed a Motion for Writ of Execution.

3. On May 24, 2006, Specialty National filed its Opposition to OneBeacon's Motion for Writ of Execution and for a Stay Pending Appeal.

4. On July 15, 2006, the Court issued an electronic order denying without prejudice OneBeacon's Motion for Writ of Execution. The Court granted Specialty National's Request for a Stay Pending Appeal on the condition that Specialty Nation file a supersedeas bond in the amount of $350,000 by July 27, 2006. The Court held that if the bond was not filed, OneBeacon may renew this Motion.

5. OneBeacon granted two (2) extensions to Specialty National to file a supersedeas bond. Those extensions expired.

6. Specialty National has not filed a supersedeas bond and, as a result, has failed to comply with the Court's July 15, 2006 Electronic Order.

7. Therefore, OneBeacon is entitled to a Write of Execution.

WHEREFORE, OneBeacon requests that this Honorable Court order that a Writ of Execution issue forthwith in the amount of Three Hundred Twenty-Four Thousand, Eight Hundred Six and 27/100 Dollars ($324,806.27) plus interest to date from the date of the judgment and grant such other and further relief as the Court deems just and appropriate.

    Respectfully submitted,
    **ONEBEACON INSURANCE COMPANY,**
    By its Attorneys,


    /s/ Michael S. Batson
    _____
    Peter G. Hermes, BBO #231840
    Michael S. Batson, BBO #648151
    HERMES, NETBURN, O'CONNOR
       & SPEARING, P.C.
    265 Franklin Street, Seventh Floor
    Boston, MA 02110
    (617) 728-0050

Dated: August 29, 2006    (617) 728-0052 (F)

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 29th day of August, 2006.

/s/ Michael S. Batson
_____
Michael S. Batson

G:\DOCS\MSB\Clients\OneBeacon\J. McMillan\Specialty National - 15709\Req. for Writ of Execution - renewed.doc