UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SPECIALTY NATIONAL INSURANCE COMPANY,<br>                Plaintiff,<br><br>vs.<br><br>ONE BEACON INSURANCE COMPANY,<br>                Defendant. | Civil Action No. 04-12306 RCL |

## ONEBEACON INSURANCE COMPANY'S
## OBJECTION TO SUPERSEDEAS BOND

By letter dated September 13, 2006, Defendant, OneBeacon Insurance Company ("OneBeacon"), received a copy of a letter conveying to the Court Supersedeas Bond IMA870001, presumably Plaintiff's attempt to comply with an earlier Order of this Court. In order to obtain a stay of execution of the Judgment in favor of the Defendant, the Plaintiff was required to file a supersedeas bond on or before July 27, 2006. Defendant, though its counsel, agreed to certain extensions of the time for filing the bond, but, after the last of the extensions ran out with no bond being filed, filed a motion for issuance of an execution.

Defendant objects to the bond filed by Plaintiff because the bond states that "if the principal shall satisfy any money judgment contained in the judgment in full . . . , in the event said appeal is dismissed or said judgment is affirmed, then this obligation shall be null and void; otherwise to remain in full force and effect." Thus, by its very terms, the bond will be null and void if the principal (Specialty National Insurance Company – the Plaintiff) satisfies the judgment or <u>if the appeal is dismissed</u> or <u>the judgment is affirmed</u>. The bond is intended to

protect Defendant, OneBeacon, with respect to collection of the judgment. However, the language of the bond specifically states that the bond will be null and void if Specialty National's appeal is dismissed, or if OneBeacon's "judgment is affirmed." This is exactly the opposite of the bond requirement. Therefore, because the bond does not provide the protection to which Defendant is entitled, the Court should reject the bond and allow OneBeacon's motion for immediate issuance of an execution.

                                        **ONEBEACON INSURANCE COMPANY**,
                                        By its attorneys,

                                        /s/ *Peter G. Hermes*
                                        Peter G. Hermes, BBO 231840
                                        HERMES, NETBURN, O'CONNOR
                                              & SPEARING, P.C.
                                        265 Franklin Street, Seventh Floor
                                        Boston, MA 02110
                                        (617) 728-0050
Dated: September 13, 2006           (617) 728-0052 (F)

**CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 13th day of September, 2006.

                                          /s/ *Peter G. Hermes*
                                        Peter G. Hermes