UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **SPECIALTY NATIONAL INSURANCE COMPANY,** | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 04-12306 RCL |
| **ONE BEACON INSURANCE COMPANY,** | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please withdraw the appearance of **Randy J. Spencer**, as counsel for the Defendant, OneBeacon Insurance Company.

**Peter G. Hermes** and **Michael S. Batson** of Hermes, Netburn, O'Connor & Spearing, P.C. will continue to represent the Defendant, OneBeacon Insurance Company.

Respectfully submitted,
**ONEBEACON INSURANCE COMPANY**,
By its attorneys,

/s/ Randy J. Spencer
_____
Randy J. Spencer (BBO No. 653879)
HERMES, NETBURN, O'CONNOR
& SPEARING, P.C.
265 Franklin Street, Seventh Floor
Boston, MA  02110
(617) 728-0050

Dated: September 14, 2006

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 14th day of September, 2006.

                                            /s/ Randy J. Spencer
                                            _____