UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SPECIALTY NATIONAL INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>ONEBEACON INSURANCE COMPANY, )<br>)<br>Defendant. )<br>) | Civil Action No. 04-12306RCL |

## SUPERSEDEAS BOND
## IMA870001

We, Specialty National Insurance Company, as Principal, and General Star National Insurance Company, as Surety, are held and firmly bound unto OneBeacon Insurance Company, in the principal sum of $350,000.00, for payment of which we bind ourselves, our heirs, personal representatives, successors, and assigns, jointly and severally. In no event shall the aggregate amount payable under this bond by the Surety exceed $350,000.00.

The condition of this obligation is: the above-named Principal has entered an appeal to the United States Court of Appeals for The First Circuit, to review the Final Judgment entered in the above case.

NOW THEREFORE, if the Principal shall satisfy any money judgment contained in the judgment in full, including, if allowed by law, costs, interest, and attorneys' fees, in the event said appeal is dismissed or said judgment is affirmed, then this obligation shall be null and void; otherwise to remain in full force and effect.

MIA#2420183.1

This bond is not subject to all insurance laws that apply to other commercial lines products and may contain significant differences from a document that is subject to all insurance laws.

I hereby acknowledge that I have read the above disclosure notice and have received a copy of the same.

Specialty National Insurance Company
By:

_____
John K. Conway
General Counsel & Corporate Secretary
1 Kemper Drive
Long Grove, IL  60049

Dated:  September 12, 2006

_____
Notary Public
My Commission Expires:

"OFFICIAL SEAL"
JOYCE M. SWIATEK
Notary Public, State of Illinois
My Commission Expires 9/18/06

General Star National Insurance Company
By:

_____
Noel Schulz, Attorney-in-Fact
695 East Main Street
Stamford, Connecticut 06901

Dated:  September 6, 2006

_____
Notary Public
My Commission Expires:

LISA SABIA
NOTARY PUBLIC
My Commission Expires February 28, 2007

2

# POWER-OF-ATTORNEY
## GENERAL STAR NATIONAL INSURANCE COMPANY

695 EAST MAIN STREET
STAMFORD, CONNECTICUT 06901
(203) 328-5700

**IMA 870001**

KNOW ALL MEN BY THESE PRESENTS: That this Power-of-Attorney is not valid unless attached to the bond which it authorizes executed. It specifies the **LIMIT OF THE AGENTS AUTHORITY AND THE LIABILITY OF THE COMPANY, HEREIN, THE AUTHORITY OF THE ATTORNEY-IN-FACT** and **THE LIABILITY OF THE COMPANY**

**SHALL NOT EXCEED** Three Hundred Fifty Thousand and No/100 Dollars
**($350,000.00)**

GENERAL STAR NATIONAL INSURANCE COMPANY, an Ohio corporation, having its principal office in the City of Stamford, State of Connecticut, does hereby make, constitute and appoint... Noel Schulz............

in the City of Stamford, County of Fairfield, State of Connecticut its true and lawful attorney-in-fact, at Stamford, in the State of Connecticut to make, execute, seal and deliver for and on its behalf, and as its act and deed, bonds and undertakings in behalf of court fiduciaries, who under the jurisdiction of a court, administer property held in trust; public official bonds; license and permit bonds; tax, lien, and miscellaneous bonds, required by Federal, State, County, Municipal Authority, or other obligees, provided that the liability of the company as surety on any such bond executed under this authority shall not in any event exceed the sum shown above.

### THIS POWER VOID IF ALTERED OR ERASED
### This power not valid unless used before December 31, 2006

Principal or case reference: Civil Action No. 04-12306 RCL
Insurance Company: Specialty National Insurance Co.
This Power Can Only Be Used For The Following Obligee: OneBeacon
This Power Can Only Be Used in The State of: Massachusetts

The acknowledgement and execution of any such document by the said Attorney-In-Fact shall be as binding upon the Company as if such bond had been executed and acknowledged by the regularly elected officers of this Company.

This Power of Attorney is granted and is signed and sealed by original signature under and by the authority of the following Resolution adopted by Written Consent of the Board of Directors of GENERAL STAR NATIONAL INSURANCE COMPANY (the "Corporation") on the 1st day of September, 2006:

"RESOLVED, that the proper officers of the Corporation are hereby fully authorized and empowered to make, execute and deliver, under corporate seal of this Corporation, any and all Powers of Attorney with regard to bonds, undertakings and all contracts of suretyship on behalf of the Corporation."

In Witness Whereof GENERAL STAR NATIONAL INSURANCE COMPANY has caused its official seal to be hereunder affixed, and these presents to be signed by its President and attested by its Secretary

this 6th day of September, 2006.
ATTEST

GENERAL STAR NATIONAL INSURANCE COMPANY

_(signature)_
(Title) Adam D. Roberts
Secretary

BY _(signature)_
(Title) Patricia H. Roberts
President

STATE OF CONNECTICUT } SS.
COUNTY OF FAIRFIELD }
On this 6th day of September, 2006, before me, a Notary Public, personally appeared Patricia H. Roberts who being by me duly sworn, acknowledged that she signed the above Power of Attorney as President of said GENERAL STAR NATIONAL INSURANCE COMPANY and acknowledged said instrument to be the voluntary act and deed of said corporation.

_(signature)_ Notary Public, Connecticut

1. THIS POWER DOES NOT AUTHORIZE EXECUTION OF BONDS OF NE EXEAT OR ANY GUARANTEE FOR FAILURE TO PROVIDE PAYMENTS OF ALIMONY SUPPORT OR WAGE LAW CLAIMS, OR BONDS FOR CRIMINAL APPEARANCE.
2. THIS POWER DOES NOT AUTHORIZE THE EXECUTION OF BONDS FOR LISA SABIA GUARANTEES.

06-BOND1 (9/06)

LISA SABIA
NOTARY PUBLIC
My Commission Expires February 28, 2007

---

Power Amount $350,000.00    Processing State MA (20)    **IMA 870001**

### Execution Report and Receipt for Power-of-Attorney

This report to be completed, signed and forwarded not later than the week following the execution of bond, together with application and other papers given in connection therewith, to GENERAL STAR NATIONAL INSURANCE COMPANY, 695 East Main Street, Stamford, Connecticut 06901.

Bond Amount $350,000.00    Premium $1,750.00    Annually; or $_____ for term.
Issue Date (or Effective Date) 9/6/06    Expiration or renewal date 9/6/07
Principal & Address Specialty National Insurance Company, c/o Kemper Insurance Co., 1 Kemper Dr.
Obligee OneBeacon Insurance Company    Long Grove, IL 60049
Nature of risk Supersedeas Bond    Where filed District of Massachusetts
Name of Court U.S. District Court    Attorney John Conway
Collateral { Wire received by BH    Agent N99925 (Kemper - John Conway, ph. 847-320-3262)
(signed)

Canc. Notice N/A    Class Code 8060    Commission N/A