UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SPECIALTY NATIONAL INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>ONEBEACON INSURANCE COMPANY, )<br>)<br>Defendant. ) | Civil Action No. 04-12306RCL |

## SPECIALTY NATIONAL'S REPLY TO THE OBJECTION TO THE SUPERSEDEAS BOND BY ONE BEACON

One Beacon's objection to the supersedeas bond is not well founded. Specialty National arranged with General Star National Insurance Company for a bond in the amount of $350,000. Specialty National paid General Star a premium of $1750.00 for this bond, the terms of which provide that it shall be null and void if Specialty National satisfies any final money judgment in this action at the conclusion of the appeal, "otherwise to remain in full force and effect." One Beacon's objection entirely ignores this language, and advances a dissonant interpretation of the bond that essentially makes it *nul ab initio*. To accept One Beacon's argument one needs to assume that Specialty National and General Star intended that no contractual obligation was created by their execution of the bond now on file with the Court. That is nonsensical. The only rational conclusion to be drawn from the efforts of Specialty National and General Star to arrange for the filing of the supersedeas bond, is that in exchange for the payment of a premium General Star has undertaken to provide security against a possible final judgment in this action in the event that Specialty National

fails to satisfy such a judgment in the first instance. However, to the extent that any question remains about the nature of this undertaking as evidenced by the bond now on file with the Court, Specialty National and General Star are prepared to arrange such amendment of the bond language as this Court deems appropriate .

                                      SPECIALTY NATIONAL INSURANCE COMPANY

                                      By its attorney,

                                      /s/ *Robert P. Powers*
                                      Robert P. Powers, BBO No.544691
                                      Melick, Porter & Shea, LLP
                                      28 State Street
                                      Boston, MA 02109
                                      Tel.: (617) 523-6200
                                      rpowers@melicklaw.com

## CERTIFICATE OF SERVICE

I, Robert P. Powers, hereby certify that Specialty National' Reply To The Objection To The Supersedeas Bond By One Beacon filed through the ECF system, will be electronically sent to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 13, 2006.

                                      /s/ *Robert P. Powers*
                                      Robert P. Powers, BBO No.544691
                                      Melick, Porter & Shea, LLP
                                      28 State Street
                                      Boston, MA 02109
                                      Tel: (617) 523-6200
                                      rpowers@melicklaw.com

Dated: September 13, 2006