# United States Court of Appeals
## For the First Circuit

USDC-MA
04-12306

No. 06-2036

SPECIALTY NATIONAL INSURANCE COMPANY,

Plaintiff, Appellant,

v.

ONEBEACON INSURANCE COMPANY,

Defendant, Appellee.

**JUDGMENT**

Entered: May 23, 2007

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: _____ Date: 5/23/2007

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is reversed, and the matter is remanded to the district court with instructions to enter judgment in favor of Specialty National Insurance Company.

By the Court:

**RICHARD CUSHING DONOVAN**

Richard Cushing Donovan, Clerk

[Certified copies to Hon. Reginald C. Lindsay and Ms. Sarah Thornton, Clerk, United States District Court for the District of Massachusetts. Copies to Mr. Powers, Mr. Byrne, Ms. Riedel, Mr. Egan, Mr. Hermes, & Mr. Spencer, & Mr. Batson.]