# United States Court of Appeals
## For the First Circuit

No. 06-2036
D.C. No. 04-12306

SPECIALTY NATIONAL INSURANCE COMPANY

Plaintiff - Appellant

v.

ONEBEACON INSURANCE COMPANY

Defendant - Appellee

TAXATION OF COSTS

Entered: August 13, 2007
Pursuant to 1st Cir. R. 27.0(d)

Costs in favor of Appellant Specialty National Insurance Company are taxed as follows:

| | |
|---|---|
| Docket Fee: | $ 450.00 |
| Reproduction of Appellant's Brief: | $ 152.20 |
| Reproduction of Appellant's Reply Brief: | $ 66.30 |
| Reproduction of Appendix: | $ 186.90 |
| **TOTAL:** | **$ 855.40** |

Pursuant to Fed. R. App. P. 39 (d)(3), the district court is directed to add this taxation of costs to the mandate issued on July 31, 2007.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: _____ Date: 8/13/07

By the Court:
Richard Cushing Donovan, Clerk

**ERIC H. DEININGER**

By: _____
Appeals Attorney

[Certified copy: Ms. Sarah A. Thornton, Clerk of the United States District Court of Massachusetts]

[cc: Robert P. Powers, Esq., Michael R. Byrne, Esq., Susan S. Riedel, Esq., John Egan, Esq., Peter G. Hermes, Esq., Randy J. Spencer, Esq., Michael Scott Batson, Esq.]