UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                              )
                                              )
SPECIALTY NATIONAL INSURANCE                  )
COMPANY,                                      )
                                              )
    Plaintiff,                                )
                                              )
v.                                            )   Civil Action No. 04-12306-RCL
                                              )
ONEBEACON INSURANCE                           )
COMPANY,                                      )
                                              )
    Defendant.                                )
_____)

## AGREED-UPON FORM OF JUDGMENT
## IN A CIVIL CASE

In accordance with the Mandate of the United States Court of Appeals for the First Circuit, dated July 31, 2007, the Court declares as follows

**IT IS ORDERED AND ADJUDGED:**

That judgment enter in favor of Plaintiff Specialty National Insurance Company, in the amount of Two Hundred Seventy Five Thousand ($275,000) Dollars, with Prejudgment Interest in the amount of Forty Nine Thousand, Eight Hundred Six and 27/100 ($49,806.27) Dollars, Post-Judgment Interest in the amount of Twenty Thousand Eight Hundred Eleven and 72/100 ($20,811.72) Dollars, reimbursement for the premium for the Supersedeas Bond in the amount of One Thousand Seven Hundred Fifty ($1750.00) Dollars, reimbursement for the District Court filing fee in the amount of One Hundred Fifty ($150.00) Dollars, and payment of the Bill of Costs pursuant to the Order of the United States Court of Appeals for the First Circuit, entered August 13, 2007, in the amount of Eight Hundred Fifty-Five and 40/100 ($855.40) Dollars, for a

total judgment in the amount of Three Hundred Forty Eight Thousand, Three Hundred Seventy Three and 39/100 ($348,373.39) Dollars.

                                                               SARAH A. THORNTON
                                                               CLERK OF COURT

Dated: August _____, 2007                    By_____/s/ Lisa Hourihan
                                                                       Deputy Clerk