UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.04-12306RCL

| | |
|---|---|
| SPECIALTY NATIONAL INSURANCE COMPANY, | |
| Plaintiff, | |
| v. | |
| ONEBEACON INSURANCE COMPANY, | |
| Defendant. | |

**MOTION OF SPECIALTY NATIONAL INSURANCE COMPANY
TO RELEASE SUPERSEDEAS BOND**

The plaintiff in the above-captioned matter, Specialty National Insurance Company ("Specialty National"), hereby moves that this Court release the Supersedeas Bond posted by Specialty National with this Court on September 6, 2006, in the amount of $350,000.00. The bond was posted in connection with Specialty National's entry of an appeal to the United States Court of Appeals for the First Circuit from the Judgment entered by this Court in favor of defendant OneBeacon Insurance Company on May 10, 2006.

As grounds herefor, Specialty National states that, in a Judgment entered May 23, 2007, and issued as a Mandate on July 31, 2007, the First Circuit reversed the judgment of the District Court and remanded the matter to this Court with instructions to enter judgment in favor of Specialty National. Judgment was entered by this Court on August 22, 2007.

**Conclusion**

For the foregoing reasons, Specialty National Insurance Company respectfully requests that this Court release the Supersedeas Bond filed with this Court on September 6, 2006.

SPECIALTY NATIONAL INSURANCE COMPANY

By its attorneys,

\_\_\_/s/  John Egan_____
John Egan, BBO# 151670
Susan S. Riedel, BBO# 419910
POSTERNAK BLANKSTEIN & LUND, LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-8004
617-973-6100

Dated: October 16, 2007