UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SPECIALTY NATIONAL INSURANCE
COMPANY,

      Plaintiff,

v.

ONEBEACON INSURANCE COMPANY,

      Defendant.

Civil Action No. 04-12306RCL

## CERTIFICATE OF SERVICE

    I, John Egan, hereby certify that on this 16th day of October 2007, I caused a copy of this document to be served electronically, through the ECF system. Paper copies will be sent to those indicated as non-registered participants of the ECF system.

                                                    /s/John Egan
                                               John Egan