UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
**SPECIALTY NATIONAL INSURANCE**    )
**COMPANY,**                        )
                                    )
      **Plaintiff,**          )
                                    )
v.                                  )     Civil Action No. 04-12306 RCL
                                    )
**ONEBEACON INSURANCE COMPANY,**    )
                                    )
      **Defendant.**          )
_____)

**ONEBEACON INSURANCE COMPANY'S ASSENT TO MOTION OF SPECIALTY NATIONAL INSURANCE COMPANY TO RELEASE SUPERSEDEAS BOND**

On October 16, 2007, Specialty National Insurance Company ("Specialty National") moved that this Court release the Supersedeas Bond posted by Specialty National on September 6, 2006, in the amount of $350,000.00. In light of the Mandate issued on July 31, 2007 and the Judgment entered on August 22, 2007, OneBeacon Insurance Company assents to Specialty National's Motion.

    Respectfully submitted,
    **ONEBEACON INSURANCE COMPANY,**
    By its Attorneys,


    /s/ Michael S. Batson
    _____
    Peter G. Hermes, BBO #231840
    Michael S. Batson, BBO #648151
    HERMES, NETBURN, O'CONNOR
        & SPEARING, P.C.
    265 Franklin Street, Seventh Floor
    Boston, MA 02110
    (617) 728-0050
Dated: October 30, 2007    (617) 728-0052 (F)

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 30th day of October, 2007.

                                            /s/ Michael S. Batson
                                            _____
                                            Michael S. Batson

G:\DOCS\MSB\Clients\OneBeacon\J. McMillan \Specialty National - 15709\Assent to Release from Bond.doc